**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR :
and JETSUITEX, INC.; XO GLOBAL, LLC; and :
BLADE URBAN AIR MOBILITY, INC.,    :    Civil Action No.: 7:22-cv-01930
                                                                    :
                                    Plaintiffs,    :
                                                                    :
            v.                                        :    **[PROPOSED] ORDER TO SHOW CAUSE**
                                                                    :    **FOR PRELIMINARY INJUNCTION AND**
COUNTY OF WESTCHESTER, NEW YORK, a    :    **TEMPORARY RESTRAINING ORDER**
charter county; APRIL GASPARRI, in her official :
capacity as AIRPORT MANAGER; and    :
AVPORTS, LLC,

                                    Defendants.

Upon the declarations of John N. Thomas, David Drabinsky, Ted Botimer, and Karoline Lozier, all sworn to the 8th day of March, 2022, with exhibits, the memorandum of law in support of the order to show cause for a preliminary injunction and temporary restraining order, and upon the Complaint for Declaratory and Injunctive Relief and Demand for Jury Trial dated March 7, 2022, it is hereby

ORDERED, that Defendants County of Westchester, New York, a charter county, April Gasparri, in her official capacity as Airport Manager, and Avports, LLC (collectively, the "Defendants") show cause before this Court at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Room 530, White Plains, New York 10601 on March _____, 2022 at _____:_____ ____.m., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants from (1) enforcing Westchester County Airport Operational Policy No. 1 ("Policy No. 1"); (2) enforcing the Westchester County Municipal Code § 712.462, the Terminal Use Procedures ("TUP"), as applied to the Plaintiffs or any part 135 operators utilized by Plaintiffs at Westchester County Airport

("HPN"); (3) preventing or interfering with Plaintiffs continuing operations out of the Fixed Base Operators ("FBO") at HPN; and (4) indirectly violating any of the orders contained herein; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are restrained from (1) enforcing Policy No. 1; (2) enforcing the TUP as applied to the Plaintiffs or any part 135 operators utilized by Plaintiffs at HPN; (3) preventing or interfering with Plaintiffs continuing operations out of the FBOs at HPN; and (4) indirectly violating any of the orders contained herein.

ORDERED that service of a copy of this Order, together with the papers upon which it is granted, upon Defendants or their counsel in the manner provided in the Federal Rules of Civil Procedure on or before March _____, 2022, shall be deemed good and sufficient service thereof.

DATED: March _____, 2022
      New York, New York

_____
United States District Judge Philip M. Halpern