# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; XOJET, INC. d/b/a XO GLOBAL, LLC; and, BLADE URBAN AIR MOBILITY, INC.

    Plaintiffs,

v.

COUNTY OF WESTCHESTER, NEW YORK, a charter county; APRIL GASPARRI, AIRPORT MANAGER; and, AVPORTS, LLC

    Defendants.

CASE NO. 7:22-cv-01930-PMH

**PLAINTIFFS' RESPONSE TO COURT REGARDING DISMISSAL OF AVPORTS AND MS. GASPARRI**

---

Application granted. Plaintiffs' letter shall be filed by 3/16/2022 at 5:00 p.m. However, the parties have failed to comply with and address the other items that were due yesterday pursuant to the Court's 3/11/2022 Order, namely the stipulation concerning plaintiffs' operations at the airport and whether plaintiffs are withdrawing their application for a preliminary injunction. Accordingly, the Court *sua sponte* extends the time to file the foregoing as well to 3/16/2022 at 5:00 p.m.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        March 15, 2022

---

Per the Court's March 11, 2022 Minute Order, JSX Air ("JSX"); JETSUITEX, INC.; XOJET, IN[C.]; BLADE URBAN AIR MOBILITY, INC. ("Blad[e]") regarding dismissing Defendants April Gasparri a[nd Avports]

Plaintiffs have met and conferred with M[r. Foont for] Avports regarding dismissal of Ms. Gasparri and A[vports and the] HPN Airport Management Agreement on Friday, March 11, 2022 at 4:23 P.M. ET. Plaintiffs are reviewing the Agreement and researching the issues implicated by dismissal and need a few more days to complete this process and further meet and confer with Mr. Foont given the rights at stake. Plaintiffs believe they can reach a decision on this issue by 5 ET on Wednesday, March 16, 2022, and request that the Court allow Plaintiffs leave to notify the Court by then of its decision.

Dated: March 14, 2022      **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ John N. Thomas*
    John N. Thomas
    Steven D. Allison
    Samrah R. Mahmoud (PHV Forthcoming)
    Jenna C. Hutchinson
    Sheila Z. Chen (PHV Forthcoming)

*Attorneys for Plaintiffs*

-2-