

**Subject: Westchester County Airport Public Charter Operational Policy #1**
**From:    Westchester County Airport (HPN) Manager**
**Date:    Issued on January 21, 2022**

Thank you for interest in conducting air operations at Westchester County Airport (HPN). We review all proposals, giving consideration and approval commensurate with the County laws within **Section 712.462. Westchester County Airport Terminal Use Procedures** [L.L. No. 2-2004; § 1; amended by L.L. No. 7-2005].

Single Seat Charter Operations (SSCO)[1] represent an innovative, recent and distinct type of operation at HPN. In order to determine how to accommodate this new business model at the Airport in compliance with County law, the County has engaged over the last several months in detailed consultations with the SSCOs that have expressed an interest in serving HPN. The County intends to treat all of the SSCO operations in the same fashion, and has developed this policy accordingly.

"Qualified airlines"[2] and cargo companies conducting Passenger Service must be conducted at the Passenger Terminal pursuant to a Terminal Use Agreement. The following list provides minimum information necessary to satisfy a compliant proposal:

1. Charter company name and direct air carrier name.
2. Equipment type and number of seats.
    If a company currently operates at a Fixed Base Operator (FBO) for equipment with nine (9) or fewer seats, and additionally seeks to perform service utilizing equipment with greater than nine (9) seats, then County approval is required prior to the operation of equipment with greater than nine (9) seats.
3. Operating Plan for both below-wing and above-wing services.
4. Security plan with written TSA approval for both passenger and baggage security screening.
5. Terminal Use Agreement terms that support an executable Agreement with the County.
6. Ground handling for third-party services with valid written agreement(s) of each service, including, but not limited to, aircraft maintenance, de-icing, fueling, catering, and lavatory.
7. FBO agreements for such services performed at respective FBO(s).

During the new entrant or new business coordination process with the County, the Airport will plan for appropriate wayfinding on airport property landside roadways and on the terminal frontage, consistent with other "qualified airlines."

---

[1] Single-Seat-Charter-Operators (SSCOs) to refer to DOT Part 380 "public charter" operators, offering single-seat sales to the general public, or any segment thereof, on aircraft with more than nine (9) seats.

[2] Section 712.462. Westchester County Airport Terminal Use Procedures, Para 2k, a "Qualified Airline" shall mean any Airline that: (1) holds a valid operating certificate from the Federal Aviation Administration for the type of service it provides or seeks to provide at the Airport; (2) has, or has immediate and demonstrable access to, sufficient aircraft and operating personnel to provide the service it provides or seeks to provide; (3) has a valid Terminal Use Agreement with the County in effect; (4) furnishes proof of requisite insurance pursuant to the terms of the then-current Terminal Use Agreement; (5) has designated a representative for purposes of this Section; and (6) is current on its financial obligations with the County.

For items #3 and #4 listed above, we offer further clarification herein:
The overall safety, security and health of the operation is of paramount importance and guides approval of any Operating Plan.

For aircraft operations designed for more than nine (9) seats, the Operating Plan shall include passengers and their baggage originating and using the Airport's passenger terminal, at a minimum, for departure. Optional to the Operating Plan is utilizing the passenger terminal for arriving flights.

The Airport supports a plan that optimizes the passenger processing time and, subsequently, overall experience. While all passengers shall be screened at the TSA passenger screening checkpoint, there are approaches for these charter passengers to expedite to the front of the TSA queue, joining the checkpoint directly at the TSA's Ticket Document Checker (TDC) post. We offer the following example scenario.

- Charter passengers check-in at the terminal's check-in area →
- Checked luggage / bags will be introduced into the terminal's baggage screening system →
- Passengers walk to a private area within the terminal, likely on the mezzanine level →
- Passengers are potentially offered food & beverage in this private area, per Operator's agreement with third parties →
- Once the flight's passengers are ready to move (in a group) to TSA screening, they seamlessly utilize an elevator, which transports them directly to the entry point at the TSA's TDC post. This entry point is rarely used and is restricted to approved carriers, such as jetBlue's *Even More Speed* passengers →
- The Airport's ground handling team loads passengers' luggage / bags onto the designated aircraft →
- Passengers board the aircraft, remaining indoors and in a swift manner →
- Aircraft is parked at a contact gate →
- Aircraft pushes back and departs per Carrier and FAA coordination.

This example scenario retains security compliance, excellent customer experience (indoors, no multi-modal transportation, no waiting among crowds), and an overall safe operation.

We look forward to working together to accommodate service for our region's customer demand.

Please refer questions and comments to HPN Properties Manager, Tom Rumbarger, at tar6@westchestergov.com or 914-995-4885.