Sort & Filter

Departing

| 10:30am ▶ 1:50pm | jetBlue |
| HPN        MIA  | Operated by: |
| 3h 20m   Economy | Delux Public Charter dba JSX Air |

Total Travel 3h 20m

Returning

| 2:30pm ▶ 5:30pm | jetBlue |
| MIA        HPN  | Operated by: |
| 3h 0m    Economy | Delux Public Charter dba JSX Air |

Total Travel 3h 0m

$1,739                                        Select

Economy                                   Business                                   First Class