Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545

troutman.com

**Steven D. Allison**
steven.allison@troutman.com

November 17, 2022

**VIA ECF**

Honorable Philip M. Halpern
United States District Court
Charles L. Brieant Federal Courthouse
300 Quorropas Street
White Plains, New York 10601-4150

> Re:   *Delux Public Charter, LLC, et al. v. County of Westchester, et al.*
>         **(Index No. 22-cv-01930)**

Dear Judge Halpern:

Pursuant to the Court's Individual Practices Rule 1.C, Plaintiffs Blade Urban Mobility, Inc. ("Blade"); JetSuiteX, Inc. ("JetSuiteX"); Delux Public Charter, LLC d/b/a JSX Air ("Delux"); and XO Global LLC ("XO") (collectively "Plaintiffs") and Defendant County of Westchester (the "County") (collectively, the "Parties") submit this letter motion to extend the deadline to complete non-expert depositions from January 13, 2023 to February 17, 2023.

Plaintiffs and Defendant are both in the process of making rolling document productions in response to the Parties' written discovery requests. Since all Parties want complete document productions before beginning depositions, the Parties have concluded that they cannot reasonably complete the non-expert depositions both sides intend to take by the current January 13, 2023 deadline for completion of all fact depositions.

As a result, during a meet and confer call on November 15, 2022, counsel for Plaintiffs and the County agreed to jointly request an extension on the deadline to complete non-expert

depositions to February 17, 2023. This will give the Parties sufficient time to prepare for depositions after receiving the completed document productions and will avoid unnecessarily impacting the Parties' and witnesses' holiday schedules. If the Court grants this motion, the Parties agreed to discuss and confirm a deposition schedule in December, so the Parties have confirmed deposition dates in January and February 2023.

This is the first request for an extension submitted by any of the Parties in this case. As detailed above, both Parties consent to this request for an extension of the deadline to complete non-expert depositions to February 17, 2023. Moreover, Plaintiffs are not requesting a continuance or extension of any other deadlines set forth in the Court's Civil Case Discovery Plan and Scheduling Order, so no other deadlines will be impacted if this short extension is granted. Therefore, the Parties respectfully request that the Court enter an order extending the deadline to complete non-expert depositions to February 17, 2023.

Respectfully submitted,

/s/ *Steven D. Allison*

Steven D. Allison

cc: Counsel of Record (via CM/ECF)