Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545

troutman.com



**Steven D. Allison**
steven.allison@troutman.com

December 20, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Court
Charles L. Brieant Federal Courthouse
300 Quorropas Street
White Plains, New York 10601-4150

**Re:**   *Delux Public Charter, LLC, et al. v. County of Westchester, et al.* **(Index No. 22-cv-01930)**

Dear Judge Halpern:

      Pursuant to the Court's order dated December 20, 2022 (ECF No. 75), attached as Exhibits 1 and 2 are copies of (1) Plaintiffs' First Set of Requests for Production of Documents to Defendant County of Westchester, New York; and (2) Defendant's Responses to Plaintiffs' First Set of Requests for Production of Documents.

      Respectfully submitted,

      /s/ *Steven D. Allison*

      Steven D. Allison

cc: Counsel of Record (via CM/ECF)