UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELUX PUBLIC CHARTER, LLC, et al.,

                       Plaintiffs,

-against-

COUNTY OF WESTCHESTER, et al.,

                       Defendants.
-----------------------------------------------------------X

**ORDER**

22-CV-01930 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared by telephone today for a discovery dispute conference. After hearing from the parties, for the reasons stated and as discussed on the record, the Court ruled on the discovery disputes raised in the parties' joint letter (Doc. 73) as follows:

    (1) The County shall include the 12 identified members of the committees as custodians, but their search shall be limited to the passage of Act No. 7 – 2022 and the identification/discussion of airlines other than Plaintiffs with respect to commencement of legal action;

    (2) The County shall include George Latimer as a custodian, but his search shall be limited to the passage of Section 712.462;

    (3) Plaintiffs' application to compel responses to RFP 17 and RFP 28 is denied without prejudice to further narrowing the requests to more appropriately limited and tailored demands;

    (4) Plaintiffs' application to take 12 depositions is granted and Plaintiffs shall endeavor to calendar and conduct the depositions of public officials in the least disruptive manner.

    The parties are directed to meet and confer on a regular basis to resolve any discovery issues.

Dated: White Plains, New York
         December 21, 2022

SO ORDERED:

_____
Philip M. Halpern
United States District Judge