

**George Latimer**
**County Executive**

Department of Law

John M. Nonna
County Attorney

**VIA CM/ECF**

Honorable Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr.
 Federal Building and Courthouse
300 Quarropas Street, Room 520
White Plain, NY 10601

> Application granted. The Clerk of Court is respectfully directed to terminate David H. Chen and Phoenix Marino as attorneys in this action.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>             June 15, 2023

      Re:    **Letter Motion to Substitute Attorney (David H. Chen)**
             *Delux Public Charter, LLC, et al. v. County of Westchester*,
             No. 22-cv-1930 (PMH) (S.D.N.Y.)

Your Honor,

      Pursuant to Local Civil Rule 1.4, defendant/counterclaimant County of Westchester (the "County") writes to request that (i) David H. Chen, Esq. and Phoenix Marino, Esq., be relieved from representation of the County in the above-referenced action; and (ii) that their appearances be terminated from the docket.

      I make these requests because Mr. Chen and Ms. Marino have resigned from the Westchester County Attorney's Office ("WCAO").  The County will remain represented by the three other WCAO attorneys, two of whom have already appeared. (*See* CM/ECF Dkt. Nos. 13, 52.)

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601      Telephone: 914-995-2660      Fax: 914- 995-3132



In accordance with Local Civil Rule 1.5, please note that neither Mr. Chen nor Ms. Marino has a retaining or charging lien on this file. (*Cf.* LCR 1.4 (requiring a showing "whether or not the attorney is asserting a retaining or charging lien)).

Respectfully submitted,

**JOHN M. NONNA**
Westchester County Attorney
*Attorney for Defendants*

By: _____
Sean T. Carey (SC8804)
Associate County Attorney, of Counsel
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, NY 10601

CC:   All Parties (*via CM/ECF*)