UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and
JETSUITEX, INC.; XO GLOBAL, LLC; and BLADE
URBAN AIR MOBILITY, INC.,

                Plaintiffs,

  -against-                                          NOTICE OF APPEARANCE

COUNTY OF WESTCHESTER,                     22-cv-01930 (PMH)

                Defendant.
-------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that FRANCESCA L. MOUNTAIN, Senior Assistant County Attorney, of counsel to John M. Nonna, Westchester County Attorney, hereby appears as counsel for COUNTY OF WESTCHESTER in the above-captioned action.

    I certify that I am admitted to practice in this Court.

Dated:  White Plains, New York
         June 26, 2023

                                                                   Yours, etc.

                                                                   JOHN M. NONNA
                                                                   Westchester County Attorney
                                                                   Attorney for Defendant

                                                                   By:_____
                                                                     Francesca L. Mountain (FM9023)
                                                                  Senior Assistant County Attorney
                                                                  of Counsel
                                                                  148 Martine Avenue
                                                                  White Plains, New York 10601
                                                                  (914) 995-3596
                                                                  frmt@westchestercountyny.gov

TO:    Attorneys of Record (*via ECF*)