

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

June 28, 2023

<u>VIA ECF</u>
Honorable Philip M. Halpern
300 Quorropas Street
White Plains, New York 10601-4150

Re: *Delux Public Charter, LLC, et al. v. County of Westchester, et al.*
Index No. 22-cv-01930

Dear Judge Halpern:

The undersigned seeks the permission of this Honorable Court to open a conference line so that our clients (the "Plaintiffs") may listen to the in-person Pre-Motion Conference scheduled for June 29, 2023 at noon, in Courtroom 520.

Respectfully submitted,

Jonathan B. Nelson
JBN/vw

> Application granted. The public may dial in to the Court's AT&T conference line at the time of the scheduled conference using the following number: (888) 398-2342; access code 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           June 28, 2023