UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; XO GLOBAL, LLC; and BLADE URBAN AIR MOBILITY, INC., <br><br> Plaintiffs, <br><br> -against - <br><br> COUNTY OF WESTCHESTER, <br><br> Defendant. | **STIPULATION AND [PROPOSED] ORDER** <br><br> Civil Action No. 22-cv-01930 (PMH) |

**WHEREAS**, on January 21, 2022, defendant County of Westchester (the "County")—acting through its agent, Avports, LLC ("Avports")—issued "Westchester County Airport Public Charter Operational Policy #1" ("Policy No. 1"), a copy of Policy No. 1 is annexed hereto as Exhibit A; and

**WHEREAS**, on March 7, 2022, plaintiffs Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc.; XO Global, LLC; and Blade Urban Air Mobility, Inc. (collectively, "Plaintiffs") commenced the instant action (CM/ECF Dkt. No. 1 [hereinafter, "Complt."]); and

**WHEREAS**, Plaintiffs allege that Policy No. 1 is preempted by both the Airport Noise and Capacity Act of 1990 ("ANCA") and the Airline Deregulation Act of 1978 ("ADA") (*id.* ¶ 106 (ADA), ¶¶ 122, 125 (ANCA)); and

**WHEREAS**, as a result of the foregoing, Plaintiffs are seeking an injunction prohibiting the County from enforcing Policy No. 1 (*id.* ¶¶ 115, 134); and

**WHEREAS**, during a pre-motion conference held on June 29, 2023, the County confirmed in open court and on the record that it is not seeking to enforce Policy No. 1; and

**WHEREAS**, the Court—upon hearing that representation—directed the parties to meet

and confer concerning the elimination of Policy No. 1 from this case; and

**WHEREAS**, the parties agree in principle to the instant stipulation and proposed order; it is therefore

**STIPULATED AND AGREED**, that the County directly or indirectly, and/or through its agents including, but not limited to, Avports will not enforce Policy No. 1 without a further order from the Court; and it is further

**STIPULATED AND AGREED**, that all sought relief concerning Policy No. 1 is hereby deemed withdrawn from this case and dismissed.

DATED:  White Plains, New York
          July 19, 2023

_____
Sean T. Carey
WESTCHESTER COUNTY ATTORNEY'S OFFICE
148 Martine Avenue, 6th Floor
White Plains, NY 10601
(914) 995-2243
stca@westchestercountyny.gov
*Counsel for the County*

DATED:  Rye, New York
          July 19 , 2023

_____
Jonathan B. Nelson
Paul Noto
DORF & NELSON LLP
The International Corporate Center
555 Theodore Fremd Avenue
Rye, NY 10580
(914) 381-7600 xt 103
jnelson@dorflaw.com
pnoto@dorflaw.com
*Counsel for Plaintiffs*

SO ORDERED:  _____