

**George Latimer**
**County Executive**

Department of Law
John M. Nonna
County Attorney

August 31, 2023

**VIA CM/ECF**

Honorable Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr.
  Federal Building and Courthouse
300 Quarropas Street, Room 520
White Plains, NY 10601

      Re:    **Confirmation of Compliance with Court-Ordered Motion Schedule**
              *Delux Public Charter, LLC, et al. v. County of Westchester*,
              No. 22-cv-1930 (PMH) (S.D.N.Y.)

Your Honor,

In conformance with the Court's motion schedule of June 29, 2023, defendant County of Westchester (the "County") hereby confirms that it just served upon Plaintiffs its motion papers in support of its motion for summary judgment in the above-referenced action.

Pursuant to the aforementioned motion schedule, *see* Docket Entry of 06/29/2023 (No Document), Plaintiffs' opposition is due on or before October 31, 2023; and all motion papers—including Defendant's reply papers—are due to be filed on or before November 30, 2023.

                                                      Respectfully submitted,

                                                      **JOHN M. NONNA**
                                                      Westchester County Attorney
                                                      *Attorney for Defendants*

                                                      By: _____
                                                      Sean T. Carey (SC8804)
                                                      Associate County Attorney, of Counsel
                                                      148 Martine Avenue, Room 600
                                                      White Plains, NY 10601

CC:    All Parties (*via CM/ECF*)

