

# DORF NELSON & ZAUDERER LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

October 31, 2023

**VIA CM/ECF**
Honorable Philip M. Halpern
300 Quarropas Street, Room 520
White Plains, New York 10601

    **Re:**    Delux Public Charter, LLC, et al. v. County of Westchester
             No. 22-cv-1930 (PMH) (S.D.N.Y.)

Dear Judge Halpern:

This firm represents Plaintiffs Delux Public Charter d/b/a JSX Air, JetSuiteX, Inc., XO Global, LLC, and Blade Urban Air Mobility Inc., (collectively "Plaintiffs") in the above-reference matter.

In conformance with the Court's motion schedule set forth on June 29, 2023, Plaintiffs hereby confirm that they have served upon the County of Westchester ("Defendant") their papers in opposition to Defendant's motion for summary judgment, in support of judgment in Plaintiffs' favor pursuant to FRCP 56(f), and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Paul J. Noto
PJN/clg

New York | California | New Jersey