UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; <br><br>XO GLOBAL, LLC; and <br><br>BLADE URBAN AIR MOBILITY, INC., <br>        Plaintiffs, <br><br>-against - <br><br>COUNTY OF WESTCHESTER, <br>        Defendant. | **DEFENDANT COUNTY OF WESTCHESTER'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br>Civil Action No. <br>22-cv-01930 (PMH) |

  **PLEASE TAKE NOTICE** that upon the Declaration of Sean T. Carey, with exhibits thereto; the joint statement of all parties made pursuant to Local Rule 56.1 of the Rules of the Southern District of New York, filed May 5, 2023 (CM/ECF Doc. No. 93); the accompanying Memorandum of Law; the prior pleadings hereto; and the prior proceedings had herein, defendant County of Westchester ("Defendant"), by John M. Nonna, Westchester County Attorney, through Sean T. Carey, Associate County Attorney, of Counsel, will move this Court on November 30, 2023, before the Honorable Philip M. Halpern, United States District Judge, Southern District of New York, at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarrapos Street, White Plains, NY 10601, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Complaint as against Defendant with prejudice, granting Defendant's first counterclaim seeking a declaratory judgment, and for such other relief as this Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's order issued in open court on June 29, 2023, and reduced to a minute entry proceeding later that same day (*see* CM/ECF Minute Entry of 06/29/2023 (No Document)), (i) Plaintiffs' opposition to the instant motion shall be served, not filed, on or before October 31, 2023; (ii) Defendant's reply shall be served on or before

November 30, 2023; and (iii) after Defendant's reply is served—but in no event, no later than November 30, 2023—all papers related to this motion shall be filed to CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that failure to respond to this motion may result in dismissal of the Complaint and termination of this action.

DATED:  White Plains, New York
           August 31, 2023

**JOHN M. NONNA**
Westchester County Attorney
*Attorney for Defendant*

By  *(signature)*
Sean T. Carey
Associate County Attorney, of Counsel
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, New York 10601
(914) 995-2243
stca@westchestercountyny.gov

TO:  DORF & NELSON LLP (*via Sharefile*)
*Co-Counsel for Plaintiffs*
555 Theodore Fremd Avenue
Rye, NY 10580
JNelson@dorflaw.com
PNoto@dorflaw.com

TROUTMAN PEPPER HAMILTON SANDERS LLP (*via Sharefile*)
*Co-Counsel for Plaintiffs*
5 Park Plaza, Suite 1400
Irvine, CA 92614
Steven.Allison@troutman.com
Samrah.Mahmoud@troutman.com
Jenna.Hutchinson@troutman.com
Nicholas.Schuchert@troutman.com