| | |
|---|---|
| From: | Scherrer, Peter |
| Date: | November 08, 2018 9:17:28 AM (-05) |
| To: | Spear, Susan; Meyer, Aviva |
| Subject: | Re: Fwd: Re: Items for Airport Advisory Board agenda 11/14/2018 |

Attachments:

Ok

-------- Original Message --------
From: "Spear, Susan" <SSpear@westchestergov.com>
Date: Thu, November 08, 2018 9:11 AM -0500
To: "Scherrer, Peter" <pfs5@westchestergov.com>, "Meyer, Aviva" <Ameyer@westchestergov.com>
Subject: Re: Fwd: Re: Items for Airport Advisory Board agenda 11/14/2018


We will go through this before the end of the week. My initial recommendation would be to include the items BUT in a shorter, update focused form, without the antagonistic, accusatory language. I would be glad to work on language if there is agreement with that approach.


Susan Spear
Assistant to Westchester County Executive George Latimer
148 Martine Ave., White Plains NY 10601
914.995.2945 (office)
914.391.3803 (cell)
Sspear@westchestergov.com


-------- Original Message --------
From: "Scherrer, Peter" <pfs5@westchestergov.com>
Date: Wed, November 07, 2018 8:34 AM -0500
To: "Spear, Susan" <SSpear@westchestergov.com>, "Meyer, Aviva" <Ameyer@westchestergov.com>
Subject: Fwd: Re: Items for Airport Advisory Board agenda 11/14/2018

Do you want these items on the agenda?

-------- Original Message --------
From: "Camillo M. Santomero" <CSantomero@GuardHillHoldings.com>
Date: Wed, November 07, 2018 1:59 AM -0500
To: Jonathan Wang <jtwang@bitdrip.net>, "Scherrer, Peter" <pfs5@westchestergov.com>, "Quail, Christopher" <cqq2@westchestergov.com>
CC: Rocco Turso <tess370@aol.com>, "Barr, Nancy" <neb7@westchestergov.com>, Peter Schlactus <pschlactus@gmail.com>, Daniel Cremins <cremins@hjkalikow.com>, Robert Fleisher <robertfleisher@gmail.com>, Tracy Levy <tracylevy@live.com>, Richard Conrad <Richard@gpaviation.com>, "Greechan, Hugh" <hjg7@westchestergov.com>, "Drummond, Norma" <nvv1@westchestergov.com>, "Meyer, Aviva" <Ameyer@westchestergov.com>, "Spear, Susan" <SSpear@westchestergov.com>, "Esters, Victoria" <vpe1@westchestergov.com>
Subject: Re: Items for Airport Advisory Board agenda 11/14/2018

Peter please add these specific items to the next board meeting new business section agenda.

Camillo Santomero
(914) 234-7676

Sent from my iPhone

> On Nov 7, 2018, at 3:09 AM, Jonathan Wang <jtwang@bitdrip.net> wrote:
>
> All -
>
> I would like to submit the following items for the next AAB agenda:
>
> 1) Resolutions introduced at September's meeting, attached.
> 2) Discussion of Terminal Use Regulations applicability to charter operators selling single seats such as JetSmarter.

> 3) Discussion of renegotiation of Ross West lease & reversal of county's position on Ross West weight limitation. On April 2, 2018, the county instructed Ross West to cease & desist from servicing overweight aircraft in violation of their lease. However, since then, the county has provided a blanket exemption for JetSmarter aircraft. What vetting and decision making process was undertaken prior to reversing the county's position?
> 4) Discussion of progress & timeline for master plan supplement. The county represented to Million Air on October 17, 2018 that the new master plan would be completed by July 2019. How does the county intend to achieve this timeline while providing for substantive public input and a full consideration of policy options?
> 5) Discussion of lack of county response to July 18, 2018 AAB resolution requesting document production as of the 15th of each month.
> 6) Discussion of continued lack of responsiveness to community noise complaints and implementation progress on new noise complaint system. On July 2, CE Latimer specified a November 1 deadline for a revised noise complaint system. What is the progress on this?
> <resolution no faa grants.odt>
> <resolution noise abatement procedures.odt>
> <resolution master plan capex.odt>
> <resolution vrff noise abatement.odt>
> <resolution part 161.odt>
> <resolution anoms.odt>
> <resolution tur enforcement.odt>

COW-00001169