Page 1

1

2  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3  ----------------------------------------X
DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR

4  and JETSUITEX, INC.; XO GLOBAL, LLC; and
BLADE URBAN AIR MOBILITY, INC.,

5
                              PLAINTIFFS,
6
            -against-    Case No.:
7                        7:22-cv-01930-PMH
8  COUNTY OF WESTCHESTER, NEW YORK, a
Charter County,

9
                              DEFENDANT.
10  ----------------------------------------X
11              DATE:  January 13, 2023
12              TIME:  9:30 A.M.
13
14
15          DEPOSITION of the Defendant,
16  GEORGE LATIMER, taken by the Plaintiffs,
17  pursuant to a Notice and to the Federal
18  Rules of Civil Procedure, held at the
19  offices of John M. Nonna, Esq., Westchester
20  County Attorney, 148 Martine Avenue, White
21  Plains, New York 10601, before Lisa Moran,
22  a Notary Public of the State of New York.
23
24
25

Page 2

1

2  A P P E A R A N C E S:

3

4  DORF & NELSON, LLP
      Attorneys for the Plaintiffs
5      555 Theodore Fremd Avenue
      Rye, New York 10580
6      BY:  JONATHAN B. NELSON, ESQ.
           CHRISTINA L. GRIMES, ESQ.

7

8

9

   JOHN M. NONNA, ESQ.
10     Westchester County Attorney
      Attorney for the Defendant
11     148 Martine Avenue
      White Plains, New York 10601
12     BY:  JOHN M. NONNA, ESQ.
           DAVID H. CHEN, ESQ.

13

14  ALSO PRESENT:
      Samra Mahmoud, Esq., via video conference
15     Raymond Moss, Esq., via video conference

16

17

18          *         *         *

19

20

21

22

23

24

25

Page 3

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6   between the counsel for the respective

7   parties herein that the sealing, filing and

8   certification of the within deposition be

9   waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24            *     *     *     *

25

```
                                            Page 4
 1                  GEORGE LATIMER
 2   G E O R G E    L A T I M E R, called as a
 3   witness, having been first duly sworn by a
 4   Notary Public of the State of New York, was
 5   examined and testified as follows:
 6   EXAMINATION BY
 7   MR. NELSON:
 8        Q.    Please state your name for the
 9   record.
10        A.    George Latimer.
11        Q.    What is your address?
12        A.    47 Wainwright Street, Rye, New
13   York 10580.
14        Q.    Good morning, Mr. Latimer.
15        A.    Good morning, Mr. Nelson.
16        Q.    Jonathan's fine.
17              As you know, I represent the
18   Plaintiffs in this matter, and I am going
19   to be asking you a series of questions this
20   morning.  If at any time I am unclear and
21   you don't have a full understanding of what
22   I'm asking, which happens from time to
23   time, let me know, I will do my best to
24   rephrase it.
25              As you're doing right now, you
```

```
                           GEORGE LATIMER
 1
 2   have to keep your answers verbal so the
 3   Court Reporter can take it down, and
 4   uh-uhh's and mm-mmm's, although I don't
 5   expect you'll do that, don't translate well
 6   to a transcript.
 7          A.      Understood.
 8          Q.      And at times it might feel a
 9   bit conversational, but I will do my best
10   to make sure that you're done with your
11   answer, and you make sure that I am done
12   with my question, so the Court Reporter,
13   again, can take down a clean transcript.
14          A.      Will do.
15          Q.      If at any time you want to take
16   a break, as long as there's no question
17   pending, just indicate, and we'll do that.
18          A.      Good, perfect.
19          Q.      Mr. Latimer, what is your
20   current position?
21          A.      Westchester County Executive.
22          Q.      How long have you held that
23   position?
24          A.      January 1, 2018.
25          Q.      Briefly, your duties and
```

1                        GEORGE LATIMER

2    responsibilities in that particular

3    position.

4         A.    Chief elected officer for

5    Westchester County Government.  Responsible

6    through the other various members of the

7    Executive Team for the administration of

8    County Government and its many different

9    iterations.

10        Q.    Prior to being elected to that

11   position, did you hold any other positions?

12        A.    A number of them.  I was a New

13   York State Senator from 2013, January of

14   2013, through December of 2017.  I was a

15   member of the New York State Assembly from

16   January of 2005 until December of 2012.

17   Westchester County Legislature, from

18   January of 1992 until December of 2004.

19   And a member of the Rye City Council from

20   January 1988 until December 1991.  Those

21   are elected positions.

22        Q.    Sure.

23              Did you have, prior to your

24   elected positions, can you just briefly go

25   through your professional career?

1                GEORGE LATIMER

2       A.    Sure.  I spent 20 years, which

3    overlaps some of my elective office, as a

4    sales and marketing executive in the

5    hospitality industry.  I worked for

6    corporations that were subsidiaries of some

7    major corporations.

8                I worked for Stouffer

9    Corporation, which is a subsidiary of

10   Nestle.  Sheraton Corporation, subsidiary

11   then, at that time, of ITT.  And I worked

12   for a company called Benchmark Management

13   for 11 years.  And I left my corporate

14   career in early 1998, and then did these

15   other positions full-time from that point

16   forward.

17       Q.    Mr. Latimer, there came a time

18   where you became aware with regard to the

19   issues being litigated in this case, and

20   let me, I am going to break that down so we

21   can figure out --

22       A.    Mm-hmm.

23       Q.    -- with regard to, well, let's

24   go back first to the Airport in general,

25   obviously, that is what we're going to be

1               GEORGE LATIMER

2    speaking a lot about now, are you familiar

3    with the concept of grandfathered

4    management restrictions at the Airport?

5         A.    I can't specifically --

6               MR. NONNA:  Object to the form,

7          but go ahead.

8         A.    I can't specifically speak to

9    the restrictions of the Airport, I

10   understand the general concept of

11   grandfathered.

12        Q.    What is your understanding?

13        A.    That there are certain rules

14   and regulations which will apply even if

15   subsequent actions change that rule, an

16   entity is grandfathered and operates under

17   prior rules even though things changed

18   subsequently.

19        Q.    Are you aware pursuant to a

20   settlement in a prior litigation that

21   Westchester County Airport was able to

22   maintain a certain level of rules and

23   regulations pursuant to the FAA?

24        A.    My understanding is that there

25   was litigation that ended in the mid 1980's

```
                                      Page 9
 1                 GEORGE LATIMER
 2   that stipulated certain things that have
 3   followed subsequently.
 4        Q.    Based on your understanding,
 5   would the Airport, the County/Airport, be
 6   able to enact greater restrictions than
 7   that which existed previously?
 8             MR. NONNA:  Objection to the
 9        form.
10        A.    I would assume that, and I
11   assume, I don't know, because I am not a
12   lawyer, that the court set perimeters, and
13   that within those perimeters, we would have
14   some flexibility in how we implemented
15   those things.  We could not of our own
16   ability go beyond the perimeters of what
17   the court decided is my general sense of
18   how things work.
19        Q.    You were a County Legislator,
20   you said, from 1992 to 2004?
21        A.    Correct.
22        Q.    During that tenure as a County
23   Legislator in 2004, were you familiar with
24   a submission that the County submitted to
25   the FAA with regard to the Airport?
```

                    GEORGE LATIMER

1
2       A.    I am not familiar with what the
3  County Executive Branch of that date may
4  have submitted to the FAA.  I would -- I am
5  aware of those issues that came before the
6  Board of Legislators to take action of.  I
7  know now as a County Executive, there are
8  certain actions that an administration does
9  without legislative support, and some
10  actions that require legislative support.
11            As a County Legislator, I would
12  have been aware, generally speaking, of
13  those things that came before the Board of
14  Legislators and required Board of
15  Legislators' support.
16       Q.    What were the things you were
17  aware of at that time?
18            MR. NONNA:  Objection.  At the
19        Airport --
20            MR. NELSON:  I am following, I
21        am sorry, I am assuming we're
22        following the line of questioning.
23       Q.    When you said you were aware of
24  some things with regard to the Airport,
25  what were you aware of?

GEORGE LATIMER

1

2    A.    The first thing to be said is

3    it is now 18 years since I left the County

4    Board of Legislators, so there are things

5    that happened during my tenure at the

6    County Board of Legislators that are a

7    distant memory, and my memory may not be as

8    up to date as it might have been where I

9    was speaking at that time.

10            Obviously, since I've become

11    County Executive for the last five years,

12    I've been involved in things in a different

13    way than I was at that point in time.

14            The general matter of the

15    public policy of the County Airport is

16    always a matter of public discussion and

17    debate.  As a public official, you're in

18    public forums where people ask you

19    questions.  I remember very little about

20    the specific conveyances and the documents

21    of that day because I haven't had access to

22    them over this period of time.

23    Q.    You mentioned that as the

24    County Executive, you became, and I am not

25    quoting you, but you became sort of

```
                                        Page 12
 1                    GEORGE LATIMER
 2    involved again in the issues with the
 3    Airport, can you explain that a bit?
 4         A.    Well, because now in this
 5    position, the team that I manage involves
 6    direct operation of the County Airport.
 7    When you're a legislator, you have
 8    different responsibilities.  Now, as a
 9    County Executive, through the various
10    people, our Director of Operations, our
11    Department of Public Works/Transportation,
12    the management of the Airport falls within
13    the Executive Branch, so I am briefed and
14    have dialog with my Executive Team, and
15    those leaders of those departments on the
16    policy issues that relate to the Airport.
17         Q.    Are you aware that there was at
18    one point proposed legislation to the
19    County Legislators to permit litigation to
20    be commenced with regard to Airport
21    management?
22         A.    I am not --
23              MR. NONNA:  Objection to the
24         form.
25         A.    -- you need to be more specific
```

```
 1                 GEORGE LATIMER
 2    for me to understand what I might have
 3    known or not have known.
 4         Q.     Sure.
 5                Well, I guess, Mr. Latimer,
 6    what I am asking is, when did the issue
 7    with the Airport come to the forefront with
 8    regard to your position as the County
 9    Executive?
10                MR. NONNA:  Objection to the
11          form.
12         A.     Well, I run for the office of
13    County Executive in 2017, the management of
14    the Airport and the function of the Airport
15    is one of a myriad number of issues that I
16    am asked about during the context of the
17    campaign, County Jail, our sewer treatment
18    plants, Playland, the various parks, so to
19    the extent that during the course of the
20    campaign, you have to be conversant at some
21    general level about what's happening in
22    those areas and talk in general terms of
23    what you would do if you became County
24    Executive, I was involved in that level, I
25    was not privy to any particular documents
```

1                    GEORGE LATIMER
2    during my campaign season.
3              In 2018, I come into office,
4    and I have the same myriad of issues that I
5    have to deal with, and I work through the
6    Executive Team that I have.  Point Deputy
7    County Executive; point of Director of
8    Operations; Deputy Director of Operations;
9    and every operating department, one or two
10   exceptions, go through the operations
11   department.  So, when we sit as an
12   Executive Team, it's eight or nine that
13   surround the table, the Director of
14   Operations and Deputy Director of
15   Operations will report on each of those
16   different things, I just mentioned a bunch
17   of them, what happens in Corrections, what
18   happens in the Health Department, what
19   happens in Parks and Recreation, and the
20   Airport as part of Transportation
21   underneath the DPW, Department of
22   Transportation is one of those areas.
23              Beginning at that point in time
24   going forward, we're looking at public
25   policy issues, not necessarily documents or

Page 15

1                   GEORGE LATIMER
2    legal analysis of how the Airport is
3    functioning.
4            When we came in, there were
5    certain issues on the table that we had to
6    begin the process of addressing, which we
7    started to address and have continued to do
8    that up to this point.  There are budgetary
9    issues, there are other operational issues,
10   some of which are covered in this lawsuit
11   and some of which all fall outside of this
12   lawsuit, so.
13        Q.    With regard to the issues on
14   the table you were mentioning when you came
15   into office, what issues on the table were
16   there with regard to the Airport?
17        A.    Well, I mean, in general,
18   ordinance of operation, there is a
19   commercial element to the Airport, there is
20   a general aviation element to the Airport,
21   there are environmental impacts to the
22   Airport, there are reactions that relate to
23   those people who live either around the
24   Airport or on the flight path, their
25   reactions to the Airport.

```
 1                  GEORGE LATIMER
 2             The Airport is an economic
 3   development tool for the way we go about
 4   dealing with the businesses of Westchester
 5   County, and that is an element of
 6   discussion.  So, all of those things come
 7   into play.
 8             What happens with the
 9   environmental impact of the Airport is not
10   just limited to noise, it involves what
11   impacts on the drinking watershed of Rye
12   Lake, just north of it.  What happens to
13   storm water management.  What might flow
14   into the Blind Brook, that would go south
15   of it into Long Island, Long Island Sound.
16             The traffic, ground level
17   traffic that's generated by the Airport as
18   well as the air level traffic generated by
19   the Airport.  All of those things are part
20   of the general public policy issues that
21   deal with the Airport.
22             The various entities of the
23   Airport.  The Fixed Base Operators, the
24   airlines that operate out of the Airport,
25   they all have aspirations and expectations
```

Page 17

GEORGE LATIMER

1
2   of what should happen at the Airport
3   operation.
4             And I would add that many
5   things were impacted by the Covid outbreak,
6   which came two years into my tenure,
7   changed, obviously, the short term and the
8   midterm realities at the Airport, and that
9   created a complication unforeseeable during
10  the context of the campaign.
11       Q.    You had mentioned that there
12  were issues on the table, which we were
13  just talking about, and you said some have
14  to do with the substance of this lawsuit
15  and some don't, which issues were on the
16  table that had to do with the issues in
17  this lawsuit?
18       A.    I think, in general, the
19  operations on the commercial side of the
20  Airport, and the operations on the general
21  aviation side of the Airport, and how those
22  interact.
23             We have the general
24  understanding that there are restrictions
25  that involve the commercial operation of

```
 1                GEORGE LATIMER
 2   the Airport, and there are very few, if
 3   any, restrictions that operate on the
 4   general aviation side of the Airport, and
 5   each of the different players have
 6   different, you know, weights in terms of
 7   how they impact the total operation of the
 8   Airport, and what level of that operation
 9   contributes either to environmental issues
10   or community issues or economic issues, all
11   are in some play between those different
12   things.
13        Q.    Mr. Latimer, when you were
14   going through before and listing the issues
15   on the table, I am going to just keep using
16   that phrase --
17        A.    Yes, that is fine.
18        Q.    -- you had mentioned FBO, Fixed
19   Based Operators, at the Airport, can I
20   abbreviate that to FBO?
21        A.    Yes.
22        Q.    What were the issues on the
23   table with regard to FBO's?
24        A.    Well, some of the FBO's were
25   anxious to add to their available space
```

```
 1                    GEORGE LATIMER
 2   additional hanger space.  The general
 3   perception is that the Westchester market,
 4   the Westchester Airport market, which
 5   includes Westchester, Fairfield, and so
 6   forth, is a very lucrative market.  There's
 7   great demand to operate out of this Airport
 8   by individuals and corporations, and many
 9   of the FBO's saw an opportunity for them to
10   expand their business profitably by having
11   additional services, additional hanger
12   services, and other things they might find
13   important.
14             And each of those different
15   FBO's were at various stages of either
16   having a proposal or not to extend their
17   operations in some fashion.
18        Q.   Do you recall the name of any
19   of the FBO's that you're speaking about?
20        A.   Million Air certainly heads the
21   list of organizations that intended to do
22   some additional work.  There were some
23   other proposals that have been discussed
24   internally in which they have approached
25   the administration, but the Million Air
```

```
                                      Page 20
 1                 GEORGE LATIMER
 2  situation has gotten out into the public
 3  domain, so I referenced that.
 4           The other ones, while they're
 5  under discussion and debate, they have not
 6  necessarily gone out to public discussion
 7  yet.  There haven't been proposals that
 8  have been submitted formally that we're
 9  obliged to act on.
10      Q.    When you took office in 2018,
11  right?
12      A.    Yes, January 2018.
13      Q.    In 2018, were one of the FBO
14  operators that had issues on the table
15  Blade, are you familiar with that?
16      A.    I was not familiar with the
17  name of Blade.
18           MR. NONNA:  Can you repeat that
19       question, please?
20           (Whereupon, the referred to
21       question was read back by the
22       Reporter.)
23           MR. NONNA:  I am objecting.
24      A.    In 2018, I was not familiar
25  with Blade as an entity known to me, not
```

1                    GEORGE LATIMER

2    only when I took office, but it was not a

3    part of the discussion at all in the early

4    stages of looking at the Airport as a

5    policy area.

6         Q.    Were you aware that the prior

7    administration, the Astorino

8    administration, was exploring privatization

9    of the Airport at some point?

10        A.    Yes, I was aware of their

11   proposals.

12        Q.    When were you first made aware

13   of the proposals?

14        A.    As a candidate for office, you

15   know, I studied my predecessor's public

16   record, and became aware that he had had a

17   proposal that dated back to 2015/2016 for a

18   privatization arrangement, and then that

19   proposal was retracted, and then there was

20   a second one that involved Macquarie, that

21   came about a year later, that was part of

22   the 2017 budget process, which was

23   contemporary with my candidacy.

24              During my tenure as a State

25   Senator, prior to running for County

1                   GEORGE LATIMER

2    Executive, I was only marginally aware of

3    what was happening at the County Government

4    because I was focused on the State issues.

5         Q.      With regard to the proposals

6    for the privatization of the Airport, did

7    you actually have an opportunity to review

8    any of the proposals?

9         A.      I reviewed both of them at some

10   level.

11        Q.      Did those proposals include

12   both commercial airlines as well as FBO's?

13        A.      My understanding, which may be

14   imperfect, of the proposals was for the

15   County to turn over the full operation and,

16   therefore, the decision making process at

17   the Airport to a private entity over a 20-

18   year agreement, and so my presumption is is

19   that meant that the private organization

20   that would take over the Airport would then

21   make decisions on all the issues, that the

22   County would not be the decision maker, the

23   private entity would be the decision maker.

24        Q.      Was it your understanding that

25   the private entity would be the decision

```
 1                    GEORGE LATIMER
 2    maker of all Airport operation?
 3         A.    That's my understanding, but I
 4    did not ask for a briefing from my
 5    predecessor to clarify it.
 6         Q.    Did you have occasion to review
 7    any reports generated by the County in
 8    response to any of the proposals?
 9         A.    No, I did not.
10              Are we talking about the time
11    before I became County Executive?
12         Q.    Well, I was actually asking at
13    any time, and if you had, I was going to
14    limit it down, so.
15              MR. NONNA:  This has to do with
16         the privatization proposals?
17              MR. NELSON:  That is right.
18         A.    The privatization proposals
19    that my predecessor dealt with, I did not
20    have access to the documents and detail,
21    followed press reports and general
22    conversation with members of the County
23    Legislature, which was, you know, which was
24    not the full amount of information that an
25    Executive would have.
```

```
 1              GEORGE LATIMER
 2              When I became County Executive
 3   in 2018, there was a proposal on the table
 4   by Macquarie, and we dealt with that issue
 5   at that time.
 6        Q.    When you say we dealt with that
 7   issue at that time, how did you deal with
 8   it?
 9        A.    Ultimately, we decided not to
10   privatize the Airport.
11        Q.    Was there any due diligence or
12   discussion or debate or anything that lead
13   to that ultimate decision?
14        A.    All those things.
15        Q.    Could you just describe it a
16   bit, the process?
17        A.    I tasked our operations team
18   and the Airport operations team, the DPW,
19   Transportation management that overseas the
20   Airport, and then my Executive Team,
21   Director of Operations, Deputy of
22   Operations, and others to evaluate the
23   Macquarie proposal, and then upon their
24   analysis, our Executive Team had
25   discussions about whether or not this is
```

```
 1                    GEORGE LATIMER
 2   the direction we wanted to go in.
 3              I had stated already during the
 4   campaign that I was opposed to
 5   privatization, but when I came in, I wanted
 6   to at least review the proposal that was on
 7   the table and give Macquarie a fair chance
 8   to make their case.  And we ultimately
 9   chose not to go in the direction of
10   privatization, neither with Macquarie or
11   any other outside bidder, outside manager
12   or operations, not management, you know,
13   team that would take over the operations.
14        Q.   What is your view on Airport
15   expansion?
16        A.   Well, can you define how you
17   see the word expansion because it's a very
18   fluid concept in different people's minds?
19        Q.   I'm going to respectfully flip
20   it on its head, how do you define Airport
21   expansion, and then I'll ask you what your
22   views are?
23        A.   Well, expansion is,
24   unfortunately, a word that means so many
25   different things to so many people.  In my
```

1                    GEORGE LATIMER

2    mind, expansion of an Airport is additional

3    land, authorizing additional construction

4    of buildings, allows for heavier equipment

5    to come in, meaning a longer and stronger

6    runway where you accommodate bigger planes,

7    and, therefore, more people come through

8    the Airport.

9              I was publicly in opposition to

10   those elements of expansion through the

11   campaign and to this day.  We had the

12   responsibility to repave the runway, which

13   we did in the Covid year of 2020.  When

14   repaving it, we made a point of repaving

15   the existing runway for safety, but not

16   lengthening it, and not strengthening it.

17   We made it as public policy, so that the

18   equipment that could be served at the

19   Airport would not be expanded to heavier

20   equipment, heavier being able to

21   accommodate more passengers.

22             You can't land a 747 Jet DC10

23   at that Airport, you can land a 737 and

24   other equipment below that level.

25             We have not sought to add land

```
 1                    GEORGE LATIMER
 2    to the Airport.  We have not sought to,
 3    from a public standpoint, construct public,
 4    additional public facilities that would
 5    accommodate a greater public use of the
 6    Airport.
 7                 So, to me, those were the
 8    things that to me represent expansion, now
 9    to different people means different things,
10    and I don't necessarily accept another
11    person's definition of expansion.  I have
12    humorously said for some people fixing the
13    men and women's rooms is expansion at the
14    Airport because it makes it a more
15    comfortable environment for people, for
16    passengers to use the Airport.
17                 But I think we have been
18    reasonable about looking at what I've just
19    described as expansion, but I am not, you
20    know, I don't debate the policy and the
21    principal, in general, of expansion because
22    it's too flexible, and it's opinions, and
23    feelings.
24                 The policies that we implement
25    are along the lines I've just described.
```

```
                                        Page 28
 1                GEORGE LATIMER
 2   We have not added land to the Airport.  We
 3   have not strengthened the runway to the
 4   Airport.  We have not sought to accommodate
 5   officially more new FBO's at the Airport.
 6   So, I think we're keeping with a policy
 7   that I stated during my campaign.
 8        Q.    You had just mentioned more new
 9   FBO's at the Airport, and I want to ask you
10   a couple of questions about that, are there
11   existing FBO's at this Airport?
12        A.    There are.
13        Q.    With regard to the existing
14   FBO's at the Airport, what is your view on
15   those?
16             MR. NONNA:  Objection to the
17        form.
18        A.    From my standpoint, the issue
19   of the FBO's have a business model, and I
20   do come out of a business background, they
21   have certain aspirations to improve their
22   business, and, therefore, they come to the
23   County requesting County approval to do
24   certain things, they are different
25   depending on the FBO's.
```

Page 29

```
 1               GEORGE LATIMER
 2               Depending on what they ask is
 3    how we respond.  We have not established a
 4    philosophy of FBO's.  An FBO that came to
 5    us and said, you know, we need to modernize
 6    a building is one type of request.  Another
 7    FBO that comes and says, we need to expand
 8    and add another hanger is a different kind
 9    of request.  Comes out of the FBO request
10    to us based on their perception of their
11    business model and what can happen.
12               In general, you know, because
13    this is something I am familiar with from
14    my past experience, the market to use this
15    Airport is significant, Westchester County,
16    Fairfield County, and further up to
17    Connecticut, the demand to use this Airport
18    is potentially unlimited.
19               It is closer to LaGuardia, it's
20    an easier drive for people who live in this
21    area.  We have major corporations in this
22    area.  They have every reason to want to
23    see more and better service of whatever
24    sort of Westchester County Airport.
25               So, I expect that the FBO's, as
```

GEORGE LATIMER

1
2  they approach us, will have specific
3  proposals to "expand" their services, and
4  then we have to sit and look at their
5  proposal to determine how viable it is
6  given the other public policy issues that
7  are at hand.  We have to look at the
8  environmental impacts, what they want to
9  do.  We have to look at the impact on
10 noise, but not only noise, we have to look
11 at the impact on water quality, and
12 drainage.  We have to look at the traffic
13 impacts of what they want.  We also look at
14 the economic impact, how many jobs, what
15 does it mean to those businesses that look
16 at the Airport as a vital asset and why
17 their headquarters are here, we try to put
18 all those things in some perimeter of
19 discussion to determine what our policies
20 are.
21        In some cases, those policies
22 aren't just made by the administration,
23 Board of Legislators, depending on what the
24 specific ask is.  Certain things have to go
25 before the Board, I rely on Counsel to

```
 1                 GEORGE LATIMER
 2    advise.  You know, we'll turn to our
 3    Counsel and say, this particular proposal,
 4    does this require approval of the Board of
 5    Legislators.  If it does, then there's more
 6    decision makers in the process.
 7         Q.    In evaluating FBO's requests
 8    from time to time, you listed, I am
 9    assuming, a nonexhaustive list of
10    considerations?
11         A.    Mm-hmm.
12         Q.    Is security a consideration as
13    well?
14         A.    Yes.
15         Q.    Could you tell me a little bit
16    about what about security is a
17    consideration?
18         A.    Well, I think, again, from a
19    generalist standpoint, I am not an airport
20    professional, the rules from TSA that have
21    changed since 9/11 require significant
22    security that didn't exist previously.  In
23    my corporate years of business travel,
24    prior to 9/11, I traveled only
25    commercially, I was never on a charter
```

```
 1                  GEORGE LATIMER
 2   flight or any other type of private
 3   aviation, it was pretty easy to go in and
 4   out of an airport; post 9/11, it's changed.
 5   The security concerns that go through the
 6   FBO is something that will be defined by
 7   the TSA.  I don't put my judgement in over
 8   the top of TSA, but I presume that there's
 9   a more complicated matter for TSA to ensure
10   security of passengers that are taking
11   private flights, whether they're two seater
12   light aviation or charter for corporate jet
13   or whatever it is.
14             So, we look at the TSA to
15   determine what they think is the necessary
16   components of security, and I assume it's
17   significant because you don't have in
18   multiple FBO's, the same physical layout
19   that you have at a commercial airport, the
20   size and scope of our airport, which you
21   can have a central point of interaction, a
22   central point of security, that takes the
23   person from outside the security perimeter
24   and inside the security perimeter.
25        Q.    As you mentioned that ultimate
```

Page 33

```
 1                    GEORGE LATIMER
 2    security question would be up to the
 3    Federal Government and the TSA?
 4         A.    Correct.
 5         Q.    Would the County have any input
 6    with regard to that particular security
 7    issue that you just --
 8         A.    I assume we had input, I assume
 9    what TSA might, under some circumstances,
10    request is some additional structure
11    services to provide that security.  And,
12    you know, it's the Federal Government, the
13    Federal Government operates, you know,
14    through the FAA, the air traffic systems,
15    so, you know, we certainly understand our
16    position as subordinate to whatever the
17    Federal Government chooses to require in
18    terms of security.
19              MR. NELSON:  Let's mark this
20         Latimer 1.
21              (Whereupon, the aforementioned
22         document was marked as Latimer
23         Exhibit 1 for identification as of
24         this date by the Reporter.)
25         Q.    Mr. Latimer, I am handing you
```

Page 34

1                    GEORGE LATIMER
2   what has been just today marked Latimer 1,
3   and I am going to ask you to take a look at
4   that for a moment.
5            Do you recognize what that is?
6        A.    Yes, I do.
7        Q.    What is it?
8        A.    This is a Committee Report
9   along with a Local Act that authorizes the
10  County Attorney to initiate legal action.
11  Requires the approval of the Board of
12  Legislators before it can happen.  This was
13  the conveyance that allows that to occur.
14       Q.    More particularly, it allows
15  for litigation with regard to the FBO's in
16  relation to the Airport Terminal Use
17  Procedures, is that your understanding?
18            MR. NONNA:  Objection to the
19        form.
20       A.    Well, I mean, I'll follow the
21  language of this in which the litigation is
22  directed broadly to protect those
23  restrictions that are in force at the
24  Airport, and those entities that we believe
25  are in conflict with those protections.

```
                                        Page 35
```

                        GEORGE LATIMER

1

2        Q.     Right, so, in the second

3    paragraph, it speaks to the Airport's

4    Terminal Use Procedure, Section 712.462 of

5    the Laws of Westchester County, right, do

6    you see --

7        A.     Yes, I see the section.

8        Q.     And then in the next paragraph,

9    it speaks of the position that certain

10   FBO's are not in conformity with the TUP,

11   the Terminal Use Procedures?

12            MR. NONNA:  Objection to the

13         form because it doesn't say that.

14            MR. NELSON:  Mr. Nonna, that is

15         not an objection to the form, that is

16         now testifying for the witness.  So,

17         please be very careful.

18            MR. NONNA:  Reflecting what the

19         document says.

20            MR. NELSON:  That is for the

21         witness to testify to.  Listen, you

22         can object to form, but when you say

23         the document doesn't say that, that

24         is testifying.  So, I don't want to

25         get into a situation where you're

```
 1                    GEORGE LATIMER
 2         testifying.  I know it's not your
 3         intention to, but my position is --
 4              MR. NONNA:  My objection is to
 5         form, and I think it was valid
 6         objection.  My statement in
 7         connection is permissible as well,
 8         but I understand what you are saying,
 9         we'll move on.
10              MR. NELSON:  I'll say one more
11         thing, there are no speaking
12         objections under the local rules.
13              MR. NONNA:  I didn't see that
14         as a speaking objection.
15         Q.    Let me rephrase that, Mr.
16    Latimer, so we can move on.
17         A.    I am sorry, what was the
18    question?
19         Q.    I'm going to withdraw the
20    question and I am going to rephrase it.
21         A.    Okay.
22         Q.    In that paragraph, generally
23    speaking, it speaks to the committee being
24    informed by the County Attorney and the
25    Airport director that certain airlines
```

```
 1                    GEORGE LATIMER
 2  operating at the Airport are in violation
 3  of the TUP's because they are operating,
 4  not from the terminal, but rather from
 5  FBO's, is that fair?
 6        A.    That is what it says.
 7        Q.    On the next page, you can see
 8  that this was dated January 31, 2022, all
 9  the way at the top?
10        A.    Mm-hmm, I see it.
11        Q.    Mr. Latimer, when were you
12  first made aware of the issues that are
13  contained in this legislature?
14        A.    I couldn't give you a precise
15  date.  I would assume, given the amount of
16  time it took for us to take some action,
17  sometime earlier in 2022.  I was not -- I
18  was not aware of it prior to that period of
19  time.
20        Q.    Well, this is dated January 31,
21  2022 --
22        A.    Earlier than '21, yes, sometime
23  in '21, it would have been something that I
24  was aware of, and then we would have
25  discussed with our operations people and
```

```
                                        Page 38
```

                        GEORGE LATIMER

1

2    our Counsel.

3         Q.     Do you recall what you were

4    aware of in 2021?

5         A.     My memory is imperfect, so, I

6    am not exactly sure how I can specify it,

7    but it may have been through the Village of

8    Rye Brook or some other source, but I was

9    made aware, and it came through other

10   executives on our team that there was

11   operations occurring at the FBO's, that as

12   was presented to me, that should not be

13   operating at the FBO's, but should be

14   operating through the terminal, and they

15   would have to be part of a lottery system

16   and gate system, which is how the

17   commercial side operates, because the

18   functional operation was a commercial

19   operation, not a charter operation, based

20   on the rules that were established.

21              The authority to litigate was

22   the outgrowth of the discussion about the

23   issue, and, uhm, some of that, I presume,

24   is covered by our confidentiality, which

25   would be the legal advice that we have been

```
 1                    GEORGE LATIMER
 2   given as an Executive Team.
 3        Q.    I am certainly not asking about
 4   that.
 5        A.    I understand, but we made a
 6   decision to go through litigation because
 7   we thought that there was an issue that
 8   needed to be -- needed to be dealt with.
 9        Q.    Let me take it a step now
10   before, you mentioned there were
11   conversations and internal communications,
12   what prompted those conversations and
13   internal communications?
14        A.    Like I said, I am not sure
15   exactly how I personally was informed of
16   this.  I vaguely remember that in the
17   Village of Rye Brook, there was knowledge
18   of in some way, shape or form this action
19   happening, and that it was brought to the
20   attention of either our operations people,
21   maybe the Airport, maybe the Transportation
22   Department, and it came up as a matter of
23   public policy, we had to discuss it.  It
24   may have come from an individual or
25   individuals from the community, I don't
```

Page 40

```
 1                  GEORGE LATIMER
 2   recall a specific letter that I received
 3   that said I want to inform you of this.
 4   But whatever they became common knowledge
 5   within our operations team and Executive
 6   Branch, we then had discussions about this
 7   prior to moving forward with this
 8   legislation.
 9              It would have happened during
10   the course of 2021.  I don't recall this
11   issue having ever come across my radar
12   screen prior to that in my tenure.
13        Q.    You had mentioned earlier, and,
14   actually, we were just chatting before that
15   you've used the Airport throughout your
16   professional career?
17        A.    I have.
18        Q.    When were you first aware of
19   FBO's operating at the Airport?
20        A.    Truthfully, until I served the
21   County Legislature, I had no exposure to
22   what I would have called in those days the
23   west side of the Airport.  I thought of the
24   Airport as being the terminal, and there
25   are flights from known carriers of the day,
```

Page 41

1                    GEORGE LATIMER
2   whatever they were then, and whatever they
3   are now, and if I needed to fly to Boston,
4   Detroit, Washington, whatever, I could get
5   a flight, commercial flight, out of
6   Westchester as opposed to getting it out of
7   a different airport.
8                 I did not know about the FBO's,
9   I was not in a position to charter a plane
10  or the companies that I worked for, that
11  they would do that, so I knew there were
12  corporate jets out there for major
13  corporations, I didn't know much of the
14  structure of it prior to becoming a County
15  Legislator.
16                When I became a County
17  Legislator, and the matter of the Airport
18  and its operations, public policy, that's
19  when I learned about some of these policies
20  that came up.  As a County Legislator in my
21  first County Legislative race in 1991, my
22  district was not one that had the Airport
23  as a major public policy matter, so the
24  issues that related to the Airport, its
25  operations, concerns or whatever else it

Page 42

```
 1              GEORGE LATIMER
 2  was, was more of what happened once I got
 3  into office, served as a legislator, and
 4  then those issues came up before all of us
 5  as a legislature rather than as it affected
 6  me in the district level.
 7       Q.     With regard to the FBO's, and I
 8  keep centering back on that, it was during
 9  your term as Westchester County Legislator
10  from somewhere between 1992 and 2004 that
11  you really first learned about the
12  operation of the FBO's at the Airport?
13       A.     Within the first year or two as
14  my tenure of a legislator, understood.  The
15  budget was at the end of the each year, and
16  when the budget is presented by the
17  Executive Branch to the legislature, then
18  you start to read every nook and cranny of
19  operations of the things you don't know,
20  you start asking questions in the budget
21  process.
22            So, my first year in office as
23  a County Legislator was 1992, the budget is
24  presented in the fall of 1992, and by then
25  certainly I had a grasp of the basic
```

Page 43

```
 1                    GEORGE LATIMER
 2   rudiments of the issue.
 3              But most legislators tend to
 4   focus on the issues that affect their
 5   district primarily, and then only
 6   secondarily the issues that are outside of
 7   their district.  So, I focused on County
 8   legislature I represented, Long Island
 9   Sound, Playland, you know, things that were
10   germane to the district that I represented,
11   and I became more knowledgeable about the
12   County structure during my tenure.
13        Q.    You had mentioned that one of
14   the things that aided you in understanding
15   the Airport operations was the budget, did
16   the budget contain breakdowns of revenue
17   streams from the Airport?
18        A.    Budget summarized the revenue
19   streams.  The breakdowns would have to be
20   requested as backup documents.  Because
21   you -- you -- we understand that the --
22   that the County Airport is like an
23   enterprise fund, it sits outside of the
24   main County budget, and whatever profit is
25   made at the Airport cannot be applied to
```

Page 44

```
 1                  GEORGE LATIMER
 2   the rest of our services in the County
 3   Government.
 4             So, you look at it as an entity
 5   onto itself, and you look at its revenues,
 6   then you look at it in light of its
 7   expenditures as opposed to what you might
 8   do somewhere else where you say, if we have
 9   fees at Saxon Woods Park because we've
10   rented the pavilion, the more rentals we
11   get at the park, the more revenue we make,
12   the more profit we make, the more that
13   helps the bottom line of our County budget.
14   The Airport sits outside of that.  So, you
15   don't look at the budget quite the same way
16   that you do other operational parts.
17        Q.    Is the Airport part of the
18   annual audit that the legislature does
19   every year?
20        A.    I assume it is, it's a
21   universal part of County Government.
22        Q.    Let's go through some
23   documents.
24             MR. NELSON:  Please mark
25        Latimer 2.
```

```
 1                    GEORGE LATIMER
 2              (Whereupon, the aforementioned
 3           document was marked as Latimer
 4           Exhibit 2 for identification as of
 5           this date by the Reporter.)
 6         Q.    Mr. Latimer, I am handing what
 7    has been marked as Latimer 2, it's a
 8    multiple-page document, and I am going to
 9    ask you, I am not going to ask you to read
10    through the whole thing, if you can thumb
11    through it because I am going to ask you if
12    you recognize what this is, the extent that
13    you need to look through it to answer that
14    question.
15         A.    I don't believe I've ever seen
16    this document before, but it has been a
17    while since I was on the County
18    Legislature.  This document is dated March
19    of 2004.
20         Q.    And you were still part of the
21    County Legislature?
22         A.    I was a member of the County
23    Legislature.
24         Q.    Looking through it, can you
25    now, based upon your experience, recognize
```

1                     GEORGE LATIMER

2    what it is?

3         A.    I understand what it is, I

4    don't recognize it.

5         Q.    Sure.  Well, then let me

6    rephrase it, can you understand what it is?

7         A.    Yes.

8         Q.    Can you tell me what your

9    understanding of what it is?

10         A.    Well, within the minute and a

11    half that I've had it in my possession --

12         Q.    Take your time.

13         A.    No, that's okay, if I read the

14    whole thing through, I'd have to read

15    through it for a while to grasp it, it's

16    obviously detailed, this looks like a

17    conveyance that explains the history of the

18    use restrictions of Westchester County

19    Airport in some detail which goes back to

20    things that happened that lead up to the

21    mid 1980's lawsuit case in detail.

22              In fact, I would probably like

23    to read this outside of the context of this

24    deposition.

25         Q.    In fact, if you look at, if you

```
                        GEORGE LATIMER
 1
 2    look at the bottom right hand, you'll see
 3    Bates stamp numbers that I will refer to
 4    for the ease of finding the page I am
 5    speaking about.  If you turn to the page
 6    that has 5768, it's actually just the third
 7    page.
 8          A.    Yes.
 9          Q.    That is a memorandum from the
10    Westchester County Airport to the FAA, is
11    that right?
12          A.    I assume so, but it doesn't say
13    who it's from, it says who it's to, what
14    the subject is.  Westchester County
15    Airport, I don't know, when I look at this
16    document, if this was generated by the
17    Executive Administration of the day or by
18    the Airport management of the day.  And I
19    was looking to see if the Board of
20    Legislators was specifically copied on
21    this, which I don't see.  I'd have to go
22    through it, but.
23               But obviously it was submitted
24    by Westchester to the FAA, that's obviously
25    clear.
```

GEORGE LATIMER

1

2      Q.     Is it your understanding that

3   in or about 2004 that in order for the

4   Airport to maintain certain policies that

5   it must get the consent of the FAA?

6      A.     I generally know that the FAA

7   has to consent to most things that happen

8   down at the Airport.  I don't recall what

9   the issue of the day was in 2004 or since

10  this is earlier in 2004 and 2003, I don't,

11  I mean, I have to look at some of these

12  internal documents, but I don't know that

13  all of this was clear to members of the

14  legislature at this point in time because

15  there are some things that the Executive

16  Branch communicates to the FAA.

17           As I said earlier, only bring

18  the legislature in on when the legislature

19  had to take action.

20     Q.     I am going to now direct your

21  attention within the same document to 5839,

22  that is a good ways through.

23     A.     Yep, I got it.

24     Q.     Do you recognize what 5839

25  through -- do you recognize what begins on

```
                                        Page 49
 1                GEORGE LATIMER
 2    5839?
 3         A.    Once again, it's not a question
 4    of recognition, it's if I have seen it and
 5    seeing it again, as I am reading it, I
 6    understand what it is, it is a draft
 7    proposed law, which would be enacted by the
 8    Board of Legislators to do those following
 9    things.
10         Q.    Then your all be it brief
11    review of this Exhibit, is it your
12    understanding that this draft law was being
13    submitted to the FAA for its review and
14    approval?
15         A.    Well, I presume that because of
16    the nature of the conveyance and when it
17    was done, I do recall that later in the
18    year, the Board of Legislators took some
19    action.  So, this is a package by its own
20    statement that was a review of the FAA in
21    March of 2004, and then the document that
22    you've asked me to look at on page 5839 is
23    a draft presumably of what the
24    administration would submit to the Board of
25    Legislators for our approval to implement
```

```
 1                    GEORGE LATIMER
 2   elements in this document, that is what I
 3   presume this is, if I were to read the
 4   whole thing.
 5        Q.     Understood.
 6               And, again, I know you haven't
 7   read the whole thing, that is why I am
 8   directing you to particular pages.
 9               If, in fact, what begins on
10   5839 was submitted to the FAA for its
11   approval, would it be the practice of the
12   County of Westchester to submit a local
13   law, a proposed local law, that is
14   different from what begins on 5839 for
15   actual inaction for the legislature?
16               MR. NONNA:  Objection to the
17          form.
18        A.    My experience has been, not on
19   this particular issue, but on general
20   issues, as with any other laws or agencies,
21   State government or the Federal government,
22   we, the County, may propose something for
23   their comment.  I would have to look at
24   subsequent responses to this document from
25   the FAA to determine if there was a dialog
```

```
 1                    GEORGE LATIMER
 2    that occurred between the County and the
 3    FAA that would then change what is being
 4    proposed here before it comes to the
 5    legislature.
 6              My recollection, and I assume
 7    you have a document that would improve my
 8    recollection, was that there was action
 9    taken in this general area later in the
10    year.  What I don't know is what comes in
11    between this document and what was
12    submitted to the Board of Legislators, and
13    if there were modifications, and if there
14    were modifications, were they subsequently
15    approved by the FAA.  This document is
16    what's requested by the County, I don't
17    know what the response of the FAA is to
18    this request, whether or not they
19    authorized or didn't, whatever wound up in
20    the action that we took later in the
21    Airport.
22         Q.    Understood.
23              If the FAA responded to this
24    type of submission and said, yes, but we
25    require A, B, C, D, there may be further
```

```
                                           Page 52
 1                  GEORGE LATIMER
 2   dialog that ensued?
 3              MR. NONNA:   Objection to the
 4        form.
 5        A.     Then there may be, and I am
 6   speculating, but there may be changes what
 7   was submitted to the Board of Legislators,
 8   you know.  I know from my current
 9   experience that we have many iterations of
10   things back and forth before we submit
11   something to the Board of Legislators,
12   sometimes we consult with leadership,
13   sometimes we don't, it depends on the
14   issues and circumstances.  What we submit
15   publicly, which goes on the public record
16   that people can see, is the
17   administration's "final" position on it
18   subject to the legislature negotiating and
19   wanting to make changes.
20        Q.     And I started asking you
21   before, but if the FAA says what you said
22   before, says we need further dialog,
23   further dialog would ensue, is that right?
24        A.     Yes, I assume there would be
25   dialog, might have draft language between
```

```
                        GEORGE LATIMER
 1
 2    them, I don't know.
 3        Q.    If the FAA says, this is
 4    approved, what would happen at that point?
 5            MR. NONNA:   Objection to the
 6        form.
 7        A.    Well, I don't know, not being a
 8    lawyer, I don't know exactly what
 9    implementation step the Law Department of
10    that day would take from the -- from a
11    letter of approval, to then craft the
12    legislation that would go before us, I
13    assume that day Andy Spano, County
14    Executive of that day, had his executives,
15    they had some discussions, and then they
16    submit them to the Board.  The Counsel of
17    that day, '04, was it Alan Scheinkman, I
18    forgot who was County Attorney at that
19    time, but that County Attorney also advises
20    the Board of Legislators.  I am sitting
21    downstairs at the Board of Legislators, the
22    County Attorney's office submits to us a
23    document, and asserts that it's a legal
24    form, we can act on it in the form that
25    it's on.
```

```
 1                GEORGE LATIMER
 2              At that time, I am not sure
 3    even if it's true at this time, at that
 4    point in time, the Board of Legislators had
 5    no independent Counsel, that's different
 6    from other levels of government.  There is
 7    a Counsel to the State Assembly, and a
 8    Counsel to the State Senate, and they
 9    interpret what the Governor's, you know,
10    legal branch provides, and sometimes there
11    is conflict.
12              The Board of Legislators would
13    receive a piece of legislation from the
14    Executive, and would consult the County
15    Attorney.  The same County Attorney would
16    advise the County Executive, and we would
17    presume as the legislator that this is in
18    proper form to discuss and it had gone
19    through whatever the vetting process.
20         Q.    Let me just take it a step
21    further, if the FAA responds to the
22    submission and says in substance that local
23    law that you proposed beginning on 5839, of
24    course, those numbers weren't there, but
25    for the sake of the question, the local law
```

1                    GEORGE LATIMER

2    that you propose beginning on 5839, that is

3    approved, would it then be incumbent upon

4    the County to submit the local law that

5    begins on 5839 to the legislature?

6         A.    It's still the Executive

7    prerogative to submit the law when and how

8    they choose to.  So, you may have approval

9    to do something from the higher level, you

10   may -- you may determine that you have the

11   ability to slightly adjust the law, I don't

12   know, this is the matter of discussion

13   between the Counsel, County Attorney of

14   that day, and the County Executive of that

15   day, to determine if they have flexibility,

16   been given approval by the FAA, whatever

17   else happened, blah, blah, blah, so, back

18   and forth, correspondence that modifies

19   this or doesn't modify it, but that at that

20   point in time, the Executive and the County

21   Attorney would determine the actual form of

22   what would go before the Board of

23   Legislators.

24              If the Board, chairman of that

25   day would have been Bill Ryan, he would

```
 1                    GEORGE LATIMER
 2    probably be aware of it earlier than the
 3    rest of the members would be, if he saw
 4    some differentiation, might ask a question,
 5    might come up in committee discussion,
 6    might not, I can't tell you, and I can't
 7    remember.
 8                    I served on both the
 9    transportation and the legislation
10    committee at that time, but it's 18 years
11    ago, and if I may be candid, in 2004, I was
12    running for the New York State Assembly,
13    that was a campaign, I attended meetings
14    here and did my job here, but I was also
15    focused at that point on State issues for
16    the sake of that campaign, so I was not
17    privy to any of the conversations that may
18    have gone on between this draft, its
19    potential approval, and the form of its
20    approval, and whatever was submitted to the
21    Board when it was submitted.
22         Q.    As County Executive, if under
23    your administration --
24         A.    Right.
25         Q.    -- a draft of legislation was
```

Page 57

1                    GEORGE LATIMER

2    submitted to the FAA, and you wished to

3    make substantive changes after its

4    approval, would you then seek further

5    approval by the FAA for those substantive

6    changes?

7                    MR. NONNA:  Objection to the

8           form.

9           A.     The key is what determines

10   substantive.  If I looked at a set of

11   changes, and I thought that they were

12   substantive, and if I thought that they

13   were not consistent with the original

14   submission, if I were adding a restriction

15   of some sort, then I might feel the need to

16   go back to the FAA, and I will give you an

17   example of it, if they have a restriction,

18   voluntary flight restriction at 12

19   midnight, and if I thought that 12 midnight

20   was too late, and I wanted to change it to

21   11:00, that would be a more restrictive

22   curfew, and I would presume that I would go

23   back to the FAA for approval.

24                    If I wanted to make it a less

25   restrictive curfew, and I said, you know

```
 1                  GEORGE LATIMER
 2   what, we could live with a 1 a.m. curfew,
 3   this is all theoretical, right, all
 4   theoretical, a 1 a.m. curfew is less
 5   restrictive, I would make the presumption
 6   that the Airport, the airplanes, and the
 7   various entities would prefer a later
 8   curfew, so I wouldn't consider that a
 9   necessity to go back to the FAA because I
10   was making it less restrictive within a
11   perimeter of restriction, I was actually
12   doing something that was for the benefit of
13   the other side of this agreement by making
14   it less restrictive.  That's all
15   theoretical because that never came up, but
16   that is, you asked me in the current state
17   how I would look at it, that's how I would
18   look at it.
19            What changes I would make to
20   make something more restrictive, then, yes,
21   I would probably need to go back to the FAA
22   going forward theoretically.
23            If I made something less
24   restrictive, I would assume that the FAA
25   wouldn't mind, and airline industry would
```

```
 1                    GEORGE LATIMER
 2   appreciate it, so I would make it less
 3   restrictive.  And I would presume, if my
 4   County Attorney agreed with me, that I did
 5   not have to go back and get additional
 6   approval.
 7              This is all theoretical, you've
 8   asked me a theoretical, I am trying to
 9   think it through as I am sitting here.
10        Q.   Understood.  You're not
11   endorsing a later curfew through your
12   answer, I understand.
13        A.   No, I'm just trying to get the
14   most simplest way to compare whatever it is
15   we're talking about.
16              MR. NELSON:  This is now going
17         to be Latimer 3.
18              (Whereupon, the aforementioned
19         document was marked as Latimer
20         Exhibit 3 for identification as of
21         this date by the Reporter.)
22        Q.   Mr. Latimer, you've been handed
23   Latimer 3, and I would like you to take a
24   look at it, and take your time, again,
25   unless you want to, you don't need to read
```

```
                        GEORGE LATIMER
 1
 2     every word, but I am going to ask you if
 3     you have an understanding as to what this
 4     document is.
 5              But definitely take your time
 6     so you'll be able to answer that question.
 7        A.    I've done a cursory reading of
 8     the first document.
 9        Q.    Mr. Latimer, first of all, have
10     you seen the document before?
11        A.    I have not seen it prior to
12     this morning.
13        Q.    What is your understanding as
14     to what that document is?
15        A.    This appears to be the FAA
16     individual of that day, if I could find his
17     name, Mr. Whitlow, Deputy Chief Counsel,
18     his clarification of understanding from the
19     FAA's standpoint as relating to the various
20     restrictions at Westchester County Airport,
21     and they go back over a history of it,
22     lawsuit and stipulation, and the
23     implementation of it with some, you know,
24     very specific references as to how it was
25     to be implemented --
```

```
                                          Page 61
 1                    GEORGE LATIMER
 2         Q.    At the time -- that was an
 3    instance where I interrupted you, and I
 4    apologize.
 5         A.    It's okay.
 6         Q.    I am going to read a sentence
 7    on the top of the second page and ask you a
 8    question about it, it says, "According to
 9    the County, all changes will make the
10    limitations less restrictive than those in
11    effect today."
12              With regard to that sentence,
13    do you have any reason to believe that that
14    is not an accurate statement?
15         A.    Do I have any reason to believe
16    that that is not accurate?
17              No, I believe it is still
18    accurate, to the best of my knowledge, this
19    was made in '04, obviously, I can't speak
20    to what's happened between that time and
21    when we came into the office, I don't know
22    that we have made anything to make it -- to
23    make a change that makes it more
24    restrictive, which would be opposite of
25    what is stated here.
```

Page 62

```
 1                    GEORGE LATIMER
 2        Q.    Let me go now to page 5906,
 3    that's page 8 of the document.
 4        A.    All right.
 5        Q.    I am going to read this
 6    sentence to you and ask you a question
 7    about it, but it's the paragraph under the
 8    set of bullets, starts with based, the
 9    words based upon, do you see --
10        A.    Yes, based upon.
11        Q.    Right, "Based upon the above,
12    we can conclude that Westchester County has
13    had an access restriction in effect on or
14    before October 1, 1990, and as a result,
15    the County's restriction is "grandfathered"
16    under ANCA and is therefore not subject to
17    its requirement."
18              What is your understanding of
19    that sentence?
20              MR. NONNA:   Objection to the
21         form.
22        A.    My understanding, layman's
23    understanding is, is that whatever ANCA
24    rules were created, the restrictions at
25    Westchester County predate them, and,
```

Page 63

                        GEORGE LATIMER

1

2    therefore, it is grandfathered as asserted

3    or as agreed to, if you want to call it

4    that, by the author of this letter, who at

5    the time was Counsel of the FAA.

6         Q.    I believe you said this, but

7    your understanding that this June 9, 2004

8    letter was in response to the submission

9    that we had talked about under Latimer 2 --

10        A.    I assume that is the case.

11   Now, I don't know who the law firm is here,

12   Kaplan, Kirsch, and Rockwell, and who they

13   represented.  They represent somebody that

14   he felt the need to inform.  So, perhaps an

15   airline that is represented by Kaplan,

16   Kirsch, and Rockwell, I don't know, I don't

17   know.

18              MR. NELSON:  Let's continue.

19         This is Latimer 4.

20              (Whereupon, the aforementioned

21         document was marked as Latimer

22         Exhibit 4 for identification as of

23         this date by the Reporter.)

24        Q.    Mr. Latimer, I am handing you

25   what has been marked Latimer 4, again, I am

```
 1              GEORGE LATIMER
 2  going to ask you to look through that, and
 3  I am going to ask you two questions, one,
 4  have you seen it before, and, two, what is
 5  your understanding of what it is, as much
 6  time as you need to review it?
 7       A.    Okay.
 8       Q.    With regard to that document,
 9  number one, have you seen it before?
10       A.    I signed it, so, yes.
11       Q.    What is it?
12       A.    This is a conveyance from the
13  Executive, well, it is a conveyance from
14  the Board of Legislators with a committee
15  report and a committee vote that
16  establishes a series of rules, protections,
17  I would call them, at the County Airport,
18  which is voted out by two committees, I was
19  a member of both, transportation and
20  legislation, which I eluded to earlier.
21  And my signature as a member of both of
22  those two committees.
23            And I do remember this going
24  before the Board of Legislators, this
25  document does not convey -- yes, it does
```

Page 65

GEORGE LATIMER

1
2    convey the final vote, which was unanimous
3    and bipartisan, the adoption of this
4    legislation.
5         Q.    So, you mentioned that your
6    signature is on page 856, it's actually on
7    that page, it's on the upper right-hand
8    corner?
9         A.    Yes.
10        Q.    That is your signature?
11        A.    That is my signature on both
12    committees.
13        Q.    Right, on both sides, George
14    Latimer?
15        A.    Yep.  This means it was
16    reported out of each committee favorably.
17        Q.    I am going to ask you a
18    question then on page 855, that is the
19    bottom page, that is 3581, if you're
20    looking at the top page, and I am going to
21    read, as I did before, a sentence and ask
22    you a quick question.
23             "Your committee is informed
24    that, in order to secure FAA consent, it
25    was necessary to demonstrate to the FAA

Page 66

                    GEORGE LATIMER

1

2  that the provisions of the local law are no

3  more restrictive than the restrictions that

4  had been in effect at the Airport since

5  1990."

6           Do you agree with that

7  sentence?

8      A.    Well, the sentence says that

9  the committee, which I am a member of, has

10 been informed that this is accurate.  Being

11 informed by the Executive Branch and County

12 Attorney.  So, we're acknowledging that

13 we're told that these are no more

14 restrictive than what has been in place.

15     Q.    I'm also going to read the next

16 sentence, "In fact, had the County

17 attempted to adopt new or more stringent

18 restrictions, not only would the effort

19 have been denied, but the County could have

20 lost all the restrictions that are

21 currently in place."

22           What is your understanding with

23 regard to that sentence?

24     A.    It is very straight forward,

25 which is that this document codifies what

```
                                          Page 67

 1                    GEORGE LATIMER
 2    protections had been in place, and any
 3    desire to add additional protections,
 4    whatever those might be, could jeopardize
 5    these protections, and that is the
 6    rationale for why these particular
 7    protections are being asked to be codified
 8    in this regulation document.
 9         Q.    Let's keep going through the
10    pages, we have touched upon your signature
11    page, which is the following page, not just
12    your signature page, the committee's
13    signature page, and then on page 3583, at
14    the top page number, what is this document,
15    what is this page?
16         A.    3583?
17         Q.    Yes, I went to the top number
18    of pages, they're sequentially numbered.
19         A.    Oh, I am sorry.
20              MR. NONNA:   3583 at the top
21         right.
22         A.    This is a conveyance from the
23    Planning Department that the SEQRA review
24    process has been done on this particular
25    piece of legislation, and that there was no
```

Page 68

GEORGE LATIMER

1
2    further internal review required as a type
3    two action.
4         Q.    Let's go to the next page,
5    which is 3584, can you tell me what that
6    page is?
7         A.    This is what we would call the
8    short form, SEQRA status, the Planning
9    Department reviews the law, and then
10   asserts that it's classified as a type two
11   action, and gives the reference that it
12   is -- it does not need a more detailed
13   study, that this is sufficient to qualify
14   what its environmental impact, that it
15   would not be a negative impact, describe
16   what you would have to do to mitigate the
17   impact.
18        Q.    Let's go to the next page,
19   which is 3585, can you tell me what this
20   page, and candidly, following pages are?
21        A.    This is the local law itself
22   that is being adopted.  What we had earlier
23   is a committee report, SEQRA review, and
24   the actual language itself of the law that
25   would codify those different regulations.

GEORGE LATIMER

1

2      Q.    Is this, starting on 3585, is

3   this the law that was actually codified or

4   is this proposed legislation or something

5   else?

6      A.    This is actually what was

7   passed.  This is what was voted on, 17, I

8   think, by the Board.

9            (Whereupon, an off-the-record

10       discussion was held.)

11     Q.    Who is Susan Spear?

12     A.    Susan Spear is currently the

13   Deputy Commissioner of the Department of

14   Emergency Services.  She previously served

15   in our executive chamber on the 9th floor

16   in operations.

17     Q.    What were her duties and

18   responsibilities in operations?

19     A.    Well, she was the No. 3 person

20   behind Joan McDonald and Emily Saltzman.

21   Joan would have assigned her certain areas

22   of public policy to monitor and report on

23   when she was with us upstairs, and I can't

24   recall how long ago she left to become a

25   Deputy Commissioner.  She was promoted to

```
 1                    GEORGE LATIMER
 2  become a Deputy Commissioner.
 3        Q.    In 2019, was she also your
 4  assistant?
 5        A.    She wasn't my assistant.  The
 6  way I've described her position is what
 7  she's had.  You know, she and I, as
 8  everybody on the 9th floor, interact with
 9  each other, and I might ask a person to do
10  a particular thing, but she's not an
11  assistant, she had direct responsibility in
12  role and operations.
13        Q.    Did she from time to time
14  e-mail for you?
15        A.    E-mail for me?
16        Q.    For you?
17        A.    Perhaps, you know, in
18  responding to something.
19              MR. NELSON:  Can I have this
20         marked Latimer 5?
21              (Whereupon, the aforementioned
22         document was marked as Latimer
23         Exhibit 5 for identification as of
24         this date by the Reporter.)
25        Q.    Mr. Latimer, I am handing you
```

```
 1                GEORGE LATIMER
 2    Latimer 5, it's an e-mail from Susan Spear,
 3    if you look down under her e-mail
 4    signature, it does say, assistant to
 5    Westchester County Executive George
 6    Latimer?
 7         A.    Yes, the legal title for the
 8    people that we have on the 9th floor are
 9    all assistants.
10         Q.    Understood.
11         A.    Budgetary assignment.  If you
12    look at the business cards, if you go
13    upstairs right now, you could look at the
14    budget right now and it will say assistant,
15    assistant one, assistant two, but if you
16    look at the business cards, it will say,
17    director of policy and program, particular
18    area or whatever else the other title is.
19         Q.    With regard to this particular
20    e-mail dated March 1, 2019, looks like 9:46
21    a.m., is that --
22         A.    Yes.
23         Q.    It looks like there is a Google
24    search she's indicating, but below that, it
25    says, also note JetSmarter TUR/TUA
```

```
 1                    GEORGE LATIMER
 2   compliance is a developing issue, do you
 3   see where she says that?
 4        A.    I see it, yes.
 5        Q.    What is your understanding --
 6        A.    I have no understanding, never
 7   seen this before, wasn't copied on it.  I'm
 8   not sure what JetSmarter is.  I don't know
 9   what this Google search that was done at
10   that time.
11        Q.    Do you know what TUA stands
12   for?
13        A.    Terminal Use Agreement.
14        Q.    Looks like perhaps the TUR may
15   have been TUP, typo, for Terminal Use
16   Procedure, but we'll leave that aside.
17        A.    When I see it --
18              MR. NONNA:  Is that a question?
19              MR. NELSON:  No, it was just a
20        comment.
21        A.    Okay.
22        Q.    I am sorry, you were saying,
23   you weren't answering a question, but was
24   there something else you wanted to add?
25        A.    All it is is that when I see
```

```
 1                  GEORGE LATIMER
 2   TUR, I interpret it to mean Terminal Use
 3   Regulations, and TUA is Terminal Use
 4   Agreement.
 5        Q.    Are you familiar with an entity
 6   called JetSmarter?
 7        A.    I am not.
 8        Q.    Let's look at the Google search
 9   that she had put in there, and, again, I am
10   not, we're going to focus more on the words
11   rather than the numbers, and so on and so
12   forth, but do you see where it says, well,
13   I'll read it, it says, HTTP// I am going to
14   skip over, private-charter-standard-
15   security-program-what-you-need-to-know,
16   does that help you at all with regard to
17   your understanding of what JetSmarter is?
18        A.    No.
19             MR. NELSON:  Please mark this
20        6.
21             (Whereupon, the aforementioned
22        document was marked as Latimer
23        Exhibit 6 for identification as of
24        this date by the Reporter.)
25        Q.    Mr. Latimer, I am handing you
```

```
                        GEORGE LATIMER
 1
 2    Latimer 6.
 3          A.    Okay.
 4          Q.    Again, it's an e-mail chain,
 5    and I think what makes sense is let's sort
 6    of start from the bottom up, which is
 7    chronological order, do you see an e-mail
 8    on the bottom from an individual named
 9    Peter Schlactus?
10          A.    Yes, I do.
11          Q.    Do you know who that is?
12          A.    I do.
13          Q.    Who is Peter Schlactus?
14          A.    He's a resident of the Village
15    of Rye Brook, he heads the Village of Rye
16    Brook Airport Committee, and he serves on
17    our Airport Advisory Board.  More recently
18    he's a principal in an advisory group,
19    Airport group, concerned about Airport
20    expansion.
21          Q.    The e-mail is March 1, 2019,
22    7:59 a.m., that is the one I am looking at.
23          A.    Same.
24          Q.    To Susan Spear, that is the
25    same person we were speaking about earlier,
```

Page 75

1                    GEORGE LATIMER
2   right?
3        A.    Mm-hmm.
4        Q.    This e-mail, take a moment to
5   read it, it's not particularly long, take a
6   moment to read through it.
7        A.    Okay, I've read it.
8        Q.    Is it your understanding that
9   Mr. Schlactus was, in part, responding to
10  the County Law Department's conclusion that
11  the Terminal Use Procedures did not apply
12  to JetSmarter or Federal Aviation
13  Regulation, Part 135, Air Carrier
14  Operations?
15       A.    Well, that is what he states in
16  his letter or his conveyance.  I don't see
17  a prior conveyance from someone in the Law
18  Department that says those things, but he's
19  certainly saying that.  I don't know, you
20  know, I am unaware of JetSmarter, I've
21  never seen this e-mail chain before, so I
22  don't want to try to guess as to what
23  generated Peter's e-mail.
24            But, as I've said, he has a
25  number of different positions that give

```
 1              GEORGE LATIMER
 2   him, you know, concern and access to
 3   information about the Airport, so I am not
 4   surprised to see an e-mail like this.
 5        Q.    Ms. Spear responds at 9, sorry
 6   at 10:49 a.m., and says, "See below from
 7   AAB Chairman Peter Schlactus in response to
 8   the JetSmarter e-mail I sent him yesterday,
 9   as we discussed.  He is pushing back on
10   legal opinion.  Any suggestions for a
11   response?"
12             Is it your understanding that
13   Susan Spear, in fact, sent an e-mail to Mr.
14   Schlactus regarding JetSmarter?
15        A.    Well, I don't know what the --
16   I don't know what precedes that, and I
17   don't know what follows this.  I see what I
18   see here, and I believe that during this
19   period of time, Susan was the liaison in
20   her responsibilities to the AAB.  So, it is
21   not at all surprising to me that Schlactus
22   could be communicating, he was chairman of
23   Airport Advisory Board at that point, the
24   County wide Airport Advisory Board, he
25   would have likely sent her something, and
```

Page 77

1                       GEORGE LATIMER
2      she would be responding.
3                   What I read here is just what
4      you see, he sees something, he's eluding to
5      a County Law Department response, but he
6      sees something that he thinks is a concern,
7      he's sending it to her, and she's in turn
8      contacting people in the Law Department,
9      our chief of staff at the top to, you know,
10     get a response, to evaluate a response to
11     Schlactus.
12         Q.    Is it your understanding that
13     there is an additional e-mail, additional
14     to these two e-mails, I should say, that
15     Susan Spear sent Peter Schlactus on the day
16     before March 1, 2019, which I guess would
17     either be February 28, 2019 or if it were a
18     leap year, February 29, 2019?
19         A.    I am not aware of any other
20     e-mails in this chain, if that is what
21     you're asking me.  I saw what you gave me a
22     minute ago, which looks like it's around
23     the same time, same date.  But these are
24     the first two documents of seems to be this
25     communication that went back and forth.

```
 1                  GEORGE LATIMER
 2              MR. NELSON:  Let's mark this
 3         Latimer 7.
 4              (Whereupon, the aforementioned
 5         document was marked as Latimer
 6         Exhibit 7 for identification as of
 7         this date by the Reporter.)
 8         Q.    Mr. Latimer, I am handing you
 9    Latimer 7, I would like you to take a look
10    at that.
11         A.    Okay.
12         Q.    Mr. Latimer, the main body of
13    this e-mail is an e-mail from Christopher
14    Bradbury to you sent on April 26th, April
15    26, 2021 at 2:15 p.m., do you see that
16    portion of it?
17         A.    Yes, mm-hmm.
18         Q.    Do you recognize the e-mail?
19         A.    Yes.
20         Q.    And what was your understanding
21    of what Mr. Bradbury was conveying to you?
22         A.    Well, if you remember earlier
23    in my deposition, you asked me a question
24    of when was I made knowledgeable about
25    certain things, so I can't recall
```

```
 1                GEORGE LATIMER
 2    specifically when I thought I got
 3    communications from Village of Rye Brook, I
 4    believe I said this already, it was
 5    sometime earlier in 2021, so this was most
 6    likely what I was thinking of without
 7    remembering the specifics.
 8              Chris, as a Village
 9    administrator, I know for a long, long
10    time, I represented Rye Brook in my
11    legislative positions previously in the
12    State Legislature, we had regular dialog,
13    and he would normally send me things that
14    he thought I should know about certainly
15    the Airport.
16              I recall seeing this document,
17    I did not know what Blade was prior to
18    getting this particular document.  I see
19    Ellen Hendrickx' conveyance to a couple of
20    individuals.  To the best of my
21    recollection, when I saw this document, I
22    alerted operations people to this.
23              I, you know, I don't have a
24    copy of whether I took this e-mail and then
25    sent it to the Executive Committee, that
```

```
 1                   GEORGE LATIMER
 2   would have been what I might have normally
 3   done, but I don't know that I did or didn't
 4   do that.  But I know that we had a
 5   conversation about this at an Executive
 6   Committee meeting that would have come up
 7   in some approximate time to this.
 8             At the time Ellen Hendrickx
 9   sent this, she was Deputy Director of
10   Intergovernmental Activity, which is how
11   she would have been interacting with Chris
12   Bradbury, a municipal ask, and she was
13   responsible for the municipal side of our
14   intergov.  She's now Director of Research,
15   still on the Executive Team.
16             But, uhm, you know, I didn't
17   see her conveyance of it to these people,
18   but these would be some of the people on
19   our Executive Committee.  That would be
20   Joan McDonald, Emily Saltzman, Ken Jenkins
21   would have also been made aware of this.
22             I did see this and I did
23   recognize that we had to investigate what
24   this was and have some response back to
25   Chris so he knew that we were on top of it.
```

```
 1              GEORGE LATIMER
 2      Q.     Who is Andrew Ferris?
 3      A.     He's Chief of Staff on the 9th
 4  floor.  He reports directly to me.  He's
 5  one of the few people that does not report
 6  to Joan McDonald.  He is, in essence, the
 7  person who helps the implement the things
 8  that I want to see done amongst the
 9  Executive Team.
10      Q.     Who is Steven Bass?
11      A.     He's the Director of
12  Intergovernmental Affairs, I guess, I
13  forgot what we exactly call it in the
14  office.  He had that position, he's had
15  that position with us three years, and
16  certainly during this period of time.  And
17  his interaction with this would have been
18  because he was overall responsible for our
19  work in intergovernmental which includes
20  how the Executive Team interacts with
21  State, Federal, County Board of
22  Legislators, and local government.  So
23  Ellen as his subordinate, Deputy Director,
24  is informed by something on the local
25  government so she's keeping Steven
```

Page 82

                    GEORGE LATIMER
1
2    informed, and she also informs Andrew
3    Ferris and Joan.
4        Q.    Do you know what was done by
5    your administration in response to this
6    e-mail?
7        A.    Well, I can't tell you the
8    exact next step, but this e-mail triggered
9    all of us being aware that there was this
10   entity Blade that was operating, and
11   apparently operating in a different way
12   than other entities have operated at the
13   Airport.
14            I eluded to it earlier that my
15   general sense at the Airport was that there
16   was a commercial side and a general
17   aviation side.  In my mind or at least I
18   had some understanding of what segmented
19   each of those two things.  When I read
20   this, which made me go, okay, this is
21   something different, this is taking an
22   element that conceivably should operate out
23   of the commercial side, but operating it
24   out of the general aviation side, what is
25   this, what is the, you know, what is the

Page 83

```
 1                    GEORGE LATIMER
 2   backup of this.
 3              And, you know, I make the
 4   presumption that because Chris is the
 5   Village Administrator, Peter Schlactus,
 6   with his many titles, is the head of the
 7   Village's Airport Advisory Board, may have
 8   said something to Chris, and Chris
 9   generated this letter to me.
10              Which includes on this, Paul
11   Rosenberg, who is the mayor at the time of
12   the Village, and Stephanie Fischer, who is
13   a member of the Village Board, Nancy Barr
14   is the County Legislator that represents
15   that area, Alex Marshall is the assistant
16   to Chris Bradbury, so really telling
17   everybody in his world of interaction with
18   the County that this is a concern.
19        Q.    Peter Schlactus is not in
20   government, is that right?
21        A.    Well, he serves, as I
22   mentioned, in two capacities as on boards
23   and commissions as a voluntarily
24   individual.  The Airport Advisory Board,
25   he's now a member of the Airport Advisory
```

Page 84

1                    GEORGE LATIMER
2    Board, he's on a chair, it's an unpaid
3    position, advisory position, but "in
4    government" because he has a seat at the
5    table, and he is the chair of the Village's
6    advisory board on this, also unpaid, and so
7    in that regard, he is, you know, he
8    provides advice to the Village on these
9    issues.  He lives near the Airport, very
10   active in these things.
11       Q.    You may have said this before,
12   Ellen Hendrickx, what was her position?
13       A.    At the time of this memo, she
14   was the deputy or assistant, I forgot the
15   title, Assistant Director of
16   Intergovernmental Services, which meant
17   that she was subordinate to Steve Bass.
18   She is currently our Director of Research,
19   I moved her to a different function, same
20   office upstairs, but at this time she was
21   involved in intergov, and she was, uhm, she
22   was copied on this, and as you see, she was
23   the first person copied by Chris, so she
24   was the local contact for Chris, as was, by
25   the way, she was the local in municipal

```
 1              GEORGE LATIMER
 2   government, we would get God knows how many
 3   different e-mails from any of the 45
 4   governments, and Ellen was copied on it,
 5   and she takes the initiative to tell her
 6   boss Steve and other folks.
 7              Now, she didn't send this to
 8   me, I didn't see this initially because I
 9   had gotten it directly from Chris.  So, she
10   felt, I'm assuming the people she sent it
11   to are not on the original conveyance list.
12   She saw the e-mail from Chris to me did not
13   include Andrew, Steve or Joan, that is why
14   she sent it to them.
15        Q.    You had known Chris Bradbury
16   for some time?
17        A.    A long time.
18        Q.    Would you normally have
19   received this type of e-mail or do you
20   think you got it because of the
21   relationship or some other scenario?
22        A.    I think -- I think it is --
23   it's normal for a town or village
24   administrator to contact us as a government
25   directly if there is a County issue.  If,
```

lang

```
 1                    GEORGE LATIMER
 2   you know, a County bus shelter is in poor
 3   shape, that sits within a town or city,
 4   they would convey to the County government,
 5   this bus shelter, which you own, there is a
 6   problem, we need to have some action.
 7            When I look at who he copied,
 8   he copied his County Legislator, Nancy
 9   Barr, and me as the other elected official
10   that represents them.  The fact that we
11   have a working and a friendship, you know,
12   a working friendship, we knew each other
13   very well over an extended period of time
14   means he had a comfort of doing that.
15   Maybe someone that didn't know me that well
16   would have sent to the County Legislators
17   and not to me.  When I get something like
18   this, it's not a surprise, the nature of
19   the relationship you develop over time.
20            MR. NELSON:  This is Latimer 8.
21            (Whereupon, the aforementioned
22         document was marked as Latimer
23         Exhibit 8 for identification as of
24         this date by the Reporter.)
25      Q.    Mr. Latimer, do you know, are
```

```
                                          Page 87
 1               GEORGE LATIMER
 2   you familiar with a company called AvPORTS?
 3        A.    Yes.
 4        Q.    Can you tell me what AvPORTS
 5   is?
 6        A.    They are an organization that
 7   we have contracted with to provide
 8   day-to-day management at the Airport, at
 9   the County Airport.  They have other
10   airports that they also manage in some
11   similar fashion, and they directly report
12   to our Department of Public Works/
13   Transportation, Hugh Greechan is the
14   Commissioner, and they are tasked with all
15   of the day-to-day management of the things
16   that happen at the Airport.
17        Q.    In addition to day-to-day
18   management, is AvPORTS tasked with
19   promulgating policy at the Airport?
20        A.    You know, it depends on what is
21   considered policy.  If you have an agreed
22   upon, uhm, policy, that's been cleared by
23   the Department of Public Works or senior
24   management, then they can issue policy to
25   everybody in the Airport, whether they
```

Page 88

1                    GEORGE LATIMER
2    created the policy or they created the
3    policy and got approval for the policy
4    would depend on the specifics, but they
5    would communicate with the various players
6    at the Airport, the various vendors, the
7    FBO's, potentially the airlines, stating X,
8    Y, or Z, that would relate to this is the
9    way we're going to do this thing, whatever
10   is embedded in the policy.
11            Whether they convey policy does
12   not necessarily to me mean they created the
13   policy, maybe they do, it depends.  If
14   we're talking about, you know, we've
15   established recycling bins, please use
16   them, they would have the authority to do
17   that, they wouldn't have to run that up the
18   flagpole to senior management.
19            If it falls in a different way,
20   maybe it does require our approval, depends
21   on the specific policy their issue is.
22       Q.    Would the perimeters of what
23   you're talking about, would that be spelled
24   out in the contract?
25       A.    To some degree it would be, but

Page 89

1                   GEORGE LATIMER
2     I think some of it too would be subjective.
3     There would be a dialog where now the
4     manager, current manager, April Gasparri,
5     the prior manager, Peter Scherrer, would
6     have some issue on their table, they might
7     determine that we need to tell all of our
8     vendors this thing, whatever it is, and
9     they would most likely have conversation,
10    April would most likely have conversation
11    with Hugh Greechan, and then depending on
12    how Hugh viewed it, if it was something he
13    felt comfortable, he would give her a
14    direction on it, fine.
15              If he wanted to run it up the
16    flagpole further, probably Joan and Emily
17    would be involved in it, and if it became
18    something of a greater magnitude, then it
19    would come before the full Executive
20    Committee, myself, Ken, the rest of it.
21              It depends, and I would have to
22    theorize what falls into what bucket.  We
23    have a good working relationship with
24    AvPORTS, and specifically the manager,
25    April Gasparri, now, so it's rare it's

```
 1                   GEORGE LATIMER
 2   something that gets all the way up to the
 3   point which we would sit in the Executive
 4   Committee and say, you know, it's policy of
 5   the Airport.  It would have to be of the
 6   highest magnitude for us to directly
 7   discuss it and, you know, approve it.
 8                 And, you know, self statement,
 9   I am not a micro manager as an Executive,
10   different people do it differently,
11   obviously, there is no right way, it's the
12   personality of the Executive.  I have
13   confidence in the people we appoint to a
14   position, and I give them wide birth.
15                 So, it's not surprising to me
16   if you see certain memos that I am not on
17   it, I don't have that kind of style.  Other
18   Executives in public office have different
19   styles as we have seen over the years.
20        Q.    How are the communication
21   channels between AvPORTS and the County?
22        A.    From where I am sitting, I
23   think they are good.  If I ever have a
24   question about something, I would go
25   through the channels.  I'll tell Joan and
```

Page 91

1                    GEORGE LATIMER
2   Emily, most likely, and then I will say,
3   hey, such and such a thing, will you check
4   it out.
5            It's just as easy for me, if I
6   have what I think is a minor question, I
7   might call April directly.  April, George,
8   I tend to be on a first name basis with
9   everybody in the government, such and such
10  a thing has occurred, how do we handle
11  that, and she'll tell me, are you
12  comfortable with that, does that need to
13  change.
14            And then I'll say go through
15  the process, I don't want to make policy in
16  a telephone conversation.  But I might get
17  a call from someone, I was just at the
18  Airport, yada, yada, so I might call her
19  directly.  I think the relationship is
20  good, it's a personal relationship, but
21  also structural.  If a "policy" is of a
22  greater magnitude, then AvPORTS consults
23  and goes up the ladder.
24       Q.    Are there formalized modes of
25  communication?

```
1                    GEORGE LATIMER
2        A.    I can't tell you, you know, how
3   frequently AvPORTS representatives meet
4   with Hugh and/or meet with Joan and Emily.
5   I assume there's some periodic situations.
6   We have meetings, for example, of the
7   Airport Advisory Board, that is once a
8   month, and at that meeting, the DPWT is
9   represented, AvPORTS, April, would be
10  present, and that is a regular monthly
11  thing that happens all year long.
12              Whether there is a formalized
13  structure separate from that, I can't tell
14  you.  There is some monthly reporting of
15  statistics that come out of the Airport
16  that talk about activities, number of, I
17  guess, flights or number of whatever, that
18  occur at the Airport.  I don't always see
19  those reports, you know, it's more like
20  something significant is changing out there
21  and it's important for me to know.
22              If the oscillation of things
23  looks like it's within a certain area and
24  sort of consistent and it doesn't normally
25  come before me nor does it normally come
```

Page 93

GEORGE LATIMER

1
2   before discussion in the Executive
3   Committee.  It stays within the lanes as
4   necessary.
5             My sense is it's a good working
6   relationship, there may be some formalized
7   structures, Jonathan, that I am not
8   familiar with every periodic period of time
9   April speaks to Hugh about this, but, you
10  know.
11       Q.    Thank you.
12             Mr. Latimer, I am going to show
13  you Latimer 8.
14       A.    Okay.
15       Q.    Now, this is an e-mail dated
16  April 26, 2021, 12:23 a.m., and I am going
17  to ask you, who is Tom Rumbarger, if you
18  know?
19       A.    I am not familiar with Tom.
20       Q.    How about Peter Scherrer?
21       A.    Peter was the Airport manager
22  prior to April.
23       Q.    This e-mail appears to be from
24  vice president of strategic and corporate
25  development, David Drabinsky of JSX?

Page 94

```
 1                    GEORGE LATIMER
 2        A.    I am not familiar with him.
 3        Q.    Now, with regard to what is
 4   conveyed in this e-mail, and I will quote
 5   the part I am going to ask about, "To
 6   confirm our discussion, all JSX flights
 7   proposed for HPN are on demand charter
 8   flights operated under 14 CFR part 380.
 9   These flights are operated by JSX's wholly
10   own subsidiary Delux Public Charter.
11   Federal aviation regulation 110.2 is clear
12   part 380 operations are not categorically
13   on demand operations."
14             I'm not going to ask you to
15   opine about that --
16        A.    Good.
17        Q.    -- I am going to ask you about,
18   do you have an understanding of whether
19   that sentiment was communicated to the
20   County from AvPORTS?
21             MR. NONNA:  Objection to the
22        form.
23        A.    I've truthfully never seen the
24   document before.  I am to the familiar,
25   other than Peter Scherrer, I am not
```

Page 95

1                     GEORGE LATIMER
2    familiar with the other players involved.
3    I am not familiar with JSX operation and
4    how it played through, so I am really
5    unable to comment intelligently nor the
6    reference that they make as to what the
7    justification is for these things.
8         Q.    I understand, what I'm getting
9    at, I am just wondering, assuming for the
10   sake of this question that this is
11   important information --
12        A.    Yeah.
13        Q.    -- what would the mechanism be
14   for this information, if there is a
15   mechanism, what would it be for this
16   information to be conveyed to the County?
17             MR. NONNA:   Objection to the
18        form of the question.
19        A.    I would assume that Scherrer,
20   this is an assumption, or now April, upon
21   receiving something like this, and we'll
22   assume that an Airport manager understands
23   more of the backdrop and details would
24   immediately be in touch with Hugh Greechan
25   as Commissioner of DPWT, that we have a

```
 1                  GEORGE LATIMER
 2    liaison of Aviva Meyer, you've seen her
 3    name on a couple of things here, she
 4    performs perhaps the liaison efforts that
 5    Susan Spear provided a number of years ago.
 6    Aviva is on our Executive Team upstairs,
 7    she's the Director of Program and Policy,
 8    and she might be on the loop as well with
 9    Hugh.  And then in the discussion of this,
10    which looks significant enough, to come up
11    to the Joan and Emily level of discussion,
12    and then because it involves some
13    interpretation of what is in the law, then
14    I suspect the County Attorney's office
15    would be involved in that as well.
16            It just depends on the initial
17    conversation as Scherrer in this particular
18    case or April, if something else were to
19    happen now, as they convey this
20    information, they have a discussion about
21    it, they say, well, this is significant,
22    and we better loop in other people who were
23    involved in making an assessment as to what
24    this actually represents.
25            That's probably how it works, I
```

```
                    GEORGE LATIMER
 1
 2   can't speak specifically in this case as I
 3   was not looped into any of this.
 4             MR. NELSON:   Latimer 9.
 5             (Whereupon, the aforementioned
 6        document was marked as Latimer
 7        Exhibit 9 for identification as of
 8        this date by the Reporter.)
 9        Q.   Mr. Latimer, I am handing you
10   Latimer 9, and ask you to take a look at
11   that, please.
12        A.   Okay.
13        Q.   Okay, so, Latimer 9 appears to
14   be a letter written by Peter Scherrer,
15   Airport manager, on November 5, 2021, do
16   you agree?
17        A.   Yep.
18        Q.   And the first line says, this
19   letter responds to your e-mail of October
20   26th, and that, would you agree, appears to
21   reference Latimer 8?
22        A.   Yes, right, that is why I
23   looked back to double-check.
24        Q.   I am going to focus a little
25   bit on the last page.  Particularly, I am
```

Page 98

```
 1                GEORGE LATIMER
 2   going to look at the cc's.
 3             One of the cc's is Joan
 4   McDonald, I know you've made mention of
 5   Joan a number of times.
 6        A.    Yes.
 7        Q.    It says, Director of
 8   Operations, is Director of Operations, can
 9   you give us a overview of what Ms.
10   McDonald's role would be --
11        A.    She would be in the private
12   sector what you would call a COO, Chief
13   Operating Officer, CEO is at the top of the
14   pyramid, COO has day-to-day
15   responsibilities.  The operating
16   departments of County Government, the
17   departments and the offices all report in
18   to Joan, I often reference her and Emily
19   Saltzman, Emily Saltzman is the Deputy
20   Director of Operations, the two of them
21   work in close quarters, Joan, the ranking
22   officer, Emily, her right hand, and not in
23   an administrative way, in a professional
24   policy related way.
25             Joan, for the record, is a
```

```
 1                  GEORGE LATIMER
 2   former New York State Commissioner of
 3   Department of Public Transportation for New
 4   York State.  She's a former Commissioner of
 5   Economic Development for the State of
 6   Connecticut.  She's a woman of great
 7   substance, she's had some very big jobs in
 8   her prior experience.  And almost every
 9   department reports through her, there are
10   some exceptions, a couple of exceptions.
11        Q.    She's been with you your
12   entire administration?
13        A.    From the beginning of the
14   administration.
15        Q.    And then Hugh Greechan, I know
16   you mentioned Hugh a number of times --
17        A.    Yes.
18        Q.    -- is that the Hugh you were
19   referring to?
20        A.    Yes, correct, he's Commissioner
21   of Public Works and Transportation.  He
22   joined the administration about a month in.
23   He previously worked in County Government
24   for a number of years, left it 10 years
25   before he came back.  Had other assignments
```

```
 1              GEORGE LATIMER
 2   with other significant organizations, did
 3   some consulting work and so forth, and I
 4   asked him to come in and head up our Public
 5   Works/Transportation Department.
 6        Q.    And, of course, Mr. Nonna who
 7   is setting next to you?
 8        A.    Correct.
 9        Q.    Prior to Mr. Scherrer writing
10   this letter to David Drabinsky of JSX, did
11   Mr. Scherrer receive authorization from the
12   County?
13        A.    Well, what I presume, looking
14   at the cc's, is that Peter, when he got
15   that prior conveyance from Drabinsky, he
16   did exactly what I described, which is he
17   went up the ladder.  I couldn't tell that
18   from the e-mail he received, but now I see
19   he was copied on it, makes logical sense.
20   There was a conversation between Joan and
21   Hugh, John, of course, as attorney/client
22   privilege, may have well been part of those
23   conversations as well, and they had a
24   discussion about the response that would be
25   appropriate to this.  And I have to presume
```

Page 101

GEORGE LATIMER

1
2    actually that Ken Jenkins and myself may
3    have been involved in those conversations
4    as well because the nature of that e-mail
5    represents, as you can see from the
6    response, this represents a major matter of
7    policy, this is not recycling bins in a
8    terminal.
9            I don't recall the JSX
10   reference, but I would not be surprised if
11   we sat and discussed, what do we do with
12   organizations plural, one or more, that may
13   be operating out of the FBO's, but
14   operating at what could be interpreted to
15   be a commercial passenger service.
16           So this response would reflect
17   the policy, not just of that, of course,
18   but the policy of the County.
19       Q.   Let just focus on that for a
20   moment, you mentioned that this is not a
21   recycling bin, this is, you know, this is
22   policy.
23           During the discussions that
24   lead to this policy, where would they take
25   place, I mean, can you just describe them

1                    GEORGE LATIMER

2    to me?

3              MR. NONNA:  I have to object to

4         the form.  You asked two questions

5         there, I am sorry.

6              MR. NELSON:  Let me rephrase.

7              MR. NONNA:  One question at a

8         time.

9         Q.    Can you describe the

10   discussions that took place prior to this

11   policy?

12             MR. NONNA:  Objection to the

13        question to the extent it calls for

14        disclosure of privileged

15        communications with Counsel.

16        Q.    Mr. Latimer, let me be

17   perfectly clear, I am never asking for

18   anything that was either in Executive

19   session, you know, with your attorney or

20   directly with your attorney.

21        A.    In most cases when an issue

22   arises, we discuss it operationally, and

23   then we consult with Law, and the minute we

24   consult with Law, we recognize that we're

25   now getting legal opinions about what to

```
 1                    GEORGE LATIMER
 2   do, which may or may not be harmonious with
 3   operationally opinions of what to do.  It's
 4   my responsibility to figure out how we
 5   adjust that.
 6                 Looking at the flow of
 7   information, I don't recall a specific
 8   meeting, but I do recognize from this, and
 9   who was copied on this, that the Drabinsky
10   letter triggered a discussion.  I recall,
11   in general terms, a discussion which may
12   have been, you know, the physical where is
13   not what you are asking really, it's under
14   what sequence of events, most likely we had
15   some individual informal conversations, and
16   I would be confident that this is of a
17   magnitude that Joan and Hugh would have
18   wanted Ken and myself to be involved in it.
19                 And, you know, Ken as Deputy
20   County Executive may get involved in
21   certain conversations even before I get
22   involved, and I get involved a half step up
23   the ladder.
24                 The question in this response
25   to that e-mail is really what you're
```

1                    GEORGE LATIMER

2    litigating.  That is really the function of

3    the litigation of it.  What we perceive as

4    our authority given to us in the mid '80's

5    is under question, and I assume at some

6    point in time in a Court of Law, there will

7    be a decision on this case which will then

8    either reinforce, redefine or vacate

9    whatever these perceptions are of

10   authority, and that is a very important

11   matter of public policy, it's matter of

12   law, it's a matter of public policy.

13              I am not a lawyer so I don't

14   purport to be able to describe the legal

15   implications, the legal play out of these

16   things, but it matters a lot to the people

17   of Westchester County whether or not the

18   way we have operated the Airport since the

19   mid '80's is the way we operate the Airport

20   going forward.

21              So, without getting to the

22   bottom line on that, this response from

23   AvPORTS asserts the County's position that

24   we have certain protections that we were

25   granted, because, remember, when the

1              GEORGE LATIMER

2   lawsuit occurred, we lost certain, not

3   lost, but we asserted, I wasn't part of the

4   situation in the '80's, but we asserted

5   that we had a right to impose a curfew at

6   the Airport.  And the settlement of that

7   lawsuit said, no, you don't have a right to

8   impose a curfew, you have a voluntary

9   curfew, so that was a "loss" of what was a

10  perceived authority at the time.

11             And we had to create a system

12  that allowed airlines to potentially come

13  in and operate out of the commercial area,

14  we couldn't arbitrarily say midway -- I

15  couldn't restate that case in its entirety.

16             So, this really goes to the

17  heart of what is being litigated here, and

18  this response from Scherrer summarizes to

19  JSX what it is the County believes it has

20  the authority to enforce.

21       Q.    Mr. Latimer, with regard to the

22  operational discussions, again, I don't

23  want to ask for attorney/client privilege,

24  but with regard to the operational

25  discussions, when those discussions are

1                    GEORGE LATIMER

2     ongoing, is someone taking notes, I mean,

3     is someone writing things down?

4          A.     I don't know.   In an

5     operational discussion between Scherrer and

6     Greechan or between Scherrer and maybe

7     current day, it would be Aviva Meyer, in

8     the prior day, Susan Spear, or Joan or

9     Emily get involved in it, it could easily

10    be verbal, telephone.   It could be sitting

11    around the table at a meeting with no

12    specific notes.   These are not established

13    meetings of a legislative body, these are

14    conversations between individuals who have

15    differing authority.

16             And then at the point that that

17    conversation involves legal advice, then

18    that may be day one, it could be day ten,

19    it depends on the nature of the

20    conversation what it evolves to.   You know,

21    we then start understand that, you know,

22    whenever we take action that involves the

23    assertion of something that we lean on the

24    law for that there could be an alternate

25    situation to litigation.   It's a different,

1                    GEORGE LATIMER

2    you know, it becomes a different level of

3    intensity.

4              It also is true, it's a

5    different level of intensity, if we have to

6    take action that requires Board of

7    Legislators action, this falls within

8    Executive authority, and it's ultimately my

9    ability to say, do this, don't do that,

10   Executive Order, that's one thing; if in

11   our conversations about something, the

12   decision is that the Board of Legislators

13   has to establish certain types of things by

14   law, then it's a different situation

15   because that then goes out to the public

16   domain, and public hearings, and public

17   discussion.

18             Those are the decisions that

19   get made, the question you're asking is

20   what's the process in between Peter talking

21   to maybe Hugh in the first iteration of

22   this, then how that goes up the ladder, and

23   what is interpreted to be the way this is

24   going to be established or resolved may

25   involve the law, may involve legislature,

GEORGE LATIMER

1
2  maybe in our ability to assert, and then
3  the public or the legal avenues exist to
4  counter that understanding.
5       Q.    I mean, again, operationally,
6  at the beginning of this, would it have
7  been your practice, not in these words, but
8  to say something to the extent of, give me
9  the lay of the land, tell me what's
10  happening at the Airport so I can
11  understand it?
12       A.    This goes back to the Bradbury
13  memo about Blade.  Something is happening
14  at the Airport that doesn't fit what has
15  traditionally occurred, and we have to look
16  at it to determine what is it that is
17  happening, what is its implications as a
18  matter of public policy, and what does it
19  mean in terms of all the impacts of the
20  Airport, you know.
21            And we review that in light of
22  what is the restrictions that are in place,
23  how do we interpret those things, are we
24  legally on solid ground if we say something
25  or not.  Then, of course, separate and

Page 109

1                    GEORGE LATIMER
2    distinct from that, what are the public
3    policy side, which are much more
4    subjective.
5              But as I am, am deposing myself
6    in the legal system, I have to, I speak
7    with as much truth and as much specificity
8    as I can.  Completely separate from this
9    room, when I go out there, when I
10   communicate on some public means, when I
11   get interviewed by the press, when I
12   compete, I'm not going to run again, for
13   public office, I am accountable in a
14   completely different way, so I have to
15   consider the accountability of the
16   decisions we make, at the end of the day,
17   they will be my responsibilities, whether I
18   am copied on the letter or not, whether I'm
19   the focus of the review or not, Ken
20   Jenkins -- Chaminski (phonetic), John
21   Nonna, Joan McDonald, all of those people
22   are critical players in some way, shape or
23   form, at the end of the day, it's on my
24   head, what did I do, what didn't I do, is
25   it defensible in the Court of Law, and is

```
 1                    GEORGE LATIMER
 2    it defensible in the court of public
 3    opinion.  That is the "X" factor that I
 4    can't project as I sit here at the table.
 5              I'm still the County Executive,
 6    however this case is adjudicated, I will
 7    still have the responsibility to manage
 8    this County for the remaining three years
 9    of my term, so, see ya on January 1, 2025.
10    Lord help me if I come in for a deposition
11    on any topic after I have left office, I
12    will even know less then about what my
13    thinking is.
14              But I read this document, and I
15    understand that there is a dialog and a
16    process that works its way up the line, and
17    then we take a position that we believe
18    that we have the right as a government to
19    enforce those rules that were given to us
20    in 1985, and that is ultimately what this
21    document says we're doing.
22              Whether we have that right or
23    not will be determined as an outgrowth of
24    whatever happens in this case, and I will
25    be responsible to the public at large to
```

```
 1                GEORGE LATIMER
 2   explain it as to why whatever happens
 3   happens.
 4        Q.    You spoke about responsibility
 5   and accountability, with regard to
 6   accountability and responsibility, with
 7   respect to policy and operational issues
 8   surrounding the Airport, are there internal
 9   memorandum that get drafted to convey
10   information and to memorialize information?
11        A.    Well, I assume in the discovery
12   process of a lawsuit, most things that are
13   written down, certainly when I am asked to
14   provide for a lawsuit under discovery any
15   written documentation that you have, we
16   provide whatever there is.  We already are
17   subject to the Open Meetings Law, and we
18   can be FOIL'd for all kinds of things that
19   represent anything that we ever put in
20   writing.  It's not that we don't put
21   something in writing, but we're not as
22   bureaucratic as somebody on the outside
23   might think that every dialog that we have
24   is written down in a memo, and it's my
25   policy, and given to you -- and give you
```

```
 1                    GEORGE LATIMER
 2   direction, doesn't work to that degree,
 3   it's much more conversational.
 4              And, you know, when I served in
 5   the State Government, you have two branches
 6   of government that are physically
 7   separated, we have a wide and a large
 8   Executive Branch that ultimately reports up
 9   to a Governor, but a Governor is dealing
10   with branches of that government in Montauk
11   and Buffalo.  The County is a little more
12   proximate.
13              Many, not all, of the decision
14   makers are in this building.  Hugh Greechan
15   is on the floor below us, I could very
16   easily say, Hugh, I need 10 minutes of your
17   time, do you have 10 minutes, and we sit
18   and we have a conversation in my office,
19   and we don't have a memo that follows that,
20   I ask him some questions.
21              Of course, I've been around,
22   you have my resume, I know a lot of these
23   people, we talk on a personal level.  I
24   might pick up the phone and call Chris
25   Bradbury, it wouldn't necessarily manifest
```

```
 1                    GEORGE LATIMER
 2    itself in sending him a memo.
 3            But if there is anything that
 4    we put in writing, and I assume your
 5    discovery requests came in at some point in
 6    time, transparent about all the things that
 7    I am aware of.  Joe Biden found a box of
 8    documents five years later, so all I could
 9    say is we did our diligence to try to give
10    you everything in writing that we had, you
11    know.
12            MR. NELSON:  Please mark this
13         Latimer 10.
14            (Whereupon, the aforementioned
15         document was marked as Latimer
16         Exhibit 10 for identification as of
17         this date by the Reporter.)
18        Q.    Mr. Latimer, I'm handing you
19    Latimer 10, it's very similar to Latimer 9
20    that we saw before, except there are
21    differences, obviously, take a quick look
22    at it.
23        A.    I will.  Okay.
24        Q.    Mr. Latimer, the Latimer 10 and
25    Latimer 9 are both dated what date?
```

```
 1                    GEORGE LATIMER
 2        A.      November 5th.
 3                MR. NONNA:   '21.
 4        Q.      That is what I wanted to say.
 5        A.      November 5th, for the record,
 6   November 5th.
 7        Q.      Latimer 9, obviously, we went
 8   through, referenced an e-mail from JSX from
 9   October 26th, Latimer 10 doesn't have any
10   such reference, does it?
11        A.      Reference to an October 7th
12   letter, which was not part of what I seen
13   here in our discussions.
14        Q.      With regard to Latimer 10, do
15   you know, do you have, do you know how XO
16   and JetSmarter became the subject of
17   AvPORTS letter as depicted --
18        A.      No, I don't, and as I eluded to
19   before when you showed me something earlier
20   that made the reference to JetSmarter, I am
21   not familiar with the name of the
22   organization nor am I of XO, nor was I of
23   JSX.  I did understand Blade, that was an
24   e-mail that you showed me with which I was
25   asked about Blade.  I don't know how these
```

Page 115

GEORGE LATIMER

1
2    entities or corporations interact, I assume

3    they're separate, but they do somewhat

4    similar things.

5              But as I read this, this is the

6    first time I'm seeing this document, I am

7    not familiar with the operation of XO or

8    JetSmarter, but I am reading here what is

9    informed of me, and I do see the

10   differences between this and that.

11        Q.    I'm going to hand you back

12   Latimer 5 for just a moment, hold onto that

13   for a second, Latimer 5 is an e-mail by

14   Susan Spear back on March 1, 2019.

15        A.    Yes.

16        Q.    Is it fair to say that at least

17   as far as back March 1, 2019, someone in

18   your administration was aware of an entity

19   by the name of JetSmarter?

20        A.    Well, on the face, the

21   differences of the two memos are two and a

22   half years apart, and both reference

23   JetSmarter, but I was not copied on either

24   of these two memos, so I did not know to

25   this day until I saw this memo an hour and

                    GEORGE LATIMER

1    a half ago what JetSmarter was.

2         Q.    Looking back at Latimer 10, in

3    the first line, it says, thank you for your

4    October 7th letter on behalf of XO and

5    JetSmarter, Inc.?

6         A.    Yes.

7         Q.    It goes on, but it references

8    JetSmarter, does it not?

9         A.    It does, yes.

10        Q.    On the second page, it copies

11   the same individuals we went through with

12   Latimer 9, right?

13        A.    Yes.

14        Q.    With regard to Latimer 10, was

15   this letter written as a result of

16   authorization from the County?

17        A.    Well, I can't speak to whether

18   other executives authorized it.  I presume

19   that Peter would not have written it unless

20   he had some approval above him.  The fact

21   that Joan and Hugh were copied on this as

22   well as John elude to that.  I am not

23   familiar with XO or JetSmarter as a name,

24   so I am not surprised that I wasn't aware

                         GEORGE LATIMER

1

2    of this, and, therefore, I personally did

3    not give particular authority because it

4    doesn't have to come from me if our senior

5    management people have discussed this and

6    consulted with legal advice, so.

7         Q.      Would the position in Latimer

8    10 also rise to the level of policy as you

9    had mentioned before about Latimer 9?

10        A.      Well, I think -- as a matter of

11   policy, we were clear what the policy is.

12   This letter and the other letter that you

13   showed me represent us informing various

14   operators or potential operators, this one

15   apparently is operating, the other one, I

16   am not sure was operating yet, that they

17   are in -- they are in conflict with an

18   existing policy.

19             So, these two letters are not

20   creating policy.  If we were going to

21   create policy, then I would expect that to

22   come to my desk with others.

23             But if we're implementing or

24   informing a potential entity of what our

25   policy is, that doesn't have to come to me

1               GEORGE LATIMER
2  because we have established the policy, and
3  that is what is reflected as I read this
4  letter on its face, this is the policy of
5  Westchester County, and you are in, you
6  know.
7               The other difference between 10
8  and 9 is the other one 9, okay, I guess I
9  messed up the order of these things, is
10 that it appears that this entity is
11 operating already, and this operator is
12 seeking or intending to start operations,
13 but not yet done so, which makes this a
14 more urgent action because it does say here
15 that it needs to cease and desist what it's
16 doing, and it gives a more specific example
17 of something that more clearly breaks the
18 assertion that this is not a -- this is not
19 a commercial situation.
20      Q.    With regard to the cease and
21 desist aspect of this letter, what is the
22 procedure of your administration to reach
23 the level of issue in the cease and desist?
24      A.    Well, I mean, I think it's a
25 matter of practicality here.  I think I

```
 1                    GEORGE LATIMER
 2   just touched on it.  Of the two letters
 3   that you presented to me, as I read them,
 4   and I haven't seen either of these two
 5   things before this session, this letter to
 6   JSX describes what -- that we are
 7   explaining to them that they cannot operate
 8   as they plan to operate.
 9              In the case of XO JetSmarter,
10   they apparently are already operating or
11   plan to, they have, they reference that is
12   going to happen on November 12th, which
13   they are taking reservations for slightly
14   in advance of when they receive this memo.
15              So, this is a different level
16   of action, I use the phrase cease and
17   desist.  But this letter is more pointed
18   because something is about to happen which
19   ought not to happen.  I don't know if these
20   things happened or didn't happen.
21              But the policy isn't being made
22   in this letter, the policy that has been
23   made is being conveyed in these letters to
24   the entities involved.
25         Q.    Let me just focus, and I know
```

```
1                    GEORGE LATIMER
2     the letter may not say cease and desist,
3     I'm just going to use that as a general
4     term or phrase, is there a level in your
5     administration that needs to occur in order
6     to issue a cease and desist?
7          A.    If there is a policy as to what
8     represents a commercial use.  We have a
9     policy that says commercial has to fall
10    into this category, regulations that were
11    promulgated, some were promulgated after I
12    left as a County Legislator, they have been
13    in effect for this period of time.
14              Some of these entities have a
15    way to operate that appears to us to be
16    working around these existing regulations,
17    and they would argue that it is legal for
18    them to do this around these legal
19    regulations.  So, the element of response
20    is to tell them, no, we interpret our
21    authority to prohibit you from doing the
22    things what you want to do.  Cease and
23    desist, our language, not what's in the
24    letters, comes when an entity is already
25    operating, not seeking to come in to
```

Page 121

                    GEORGE LATIMER

1
2   operate, but is already doing things that
3   appear to be skirting the responsibilities.
4              So, in one, we say, you're not
5   entitled to do this based on the
6   protections we have; and another one, we
7   say, you must stop doing something you're
8   already doing that became apparent to us at
9   the time this became apparent to us.
10             It appears that in the case of
11  XO's JetSmarter, you know, they started
12  marketing this flight well before this
13  November 5th letter, I assume that is the
14  case.  And, so, the element of these
15  flights are in clear violation, you know,
16  in addition it undercuts assertions here.
17  That we take a stronger position if, in
18  fact, you're doing something already, not
19  asking to do something, you're actually
20  doing it, and we believe it's outside of
21  the authority that you have to do it.
22        Q.    I understand the difference
23  that you've outlined, what I am trying to
24  ask is, you have a business background, and
25  in appreciating the business aspect of it,

Page 122

```
 1                    GEORGE LATIMER
 2    you understand that there is a difference
 3    between telling a business to stop doing
 4    something, which may employ people, and has
 5    revenue, and so on and so forth, than
 6    perhaps just saying, you can't start doing
 7    something, so what I am asking is, with
 8    regard to telling a business to stop doing
 9    what it's doing, is there a certain level
10    in your administration that that decision
11    needs to get to before it's sent?
12              MR. NONNA:  Objection to the
13         form.
14       A.    I eluded to it upfront when I
15    talked about the impacts to the Airport.  I
16    was very clear to talk about things like
17    noise, pollution, and I also referenced
18    economic development, and I referenced
19    those in the business community that rely
20    on the Airport as a matter of their
21    presence in this County, their economic
22    development, and their growth.
23              I am sure, I have no doubt that
24    you did, if you listened to any of the
25    testimony in the public hearings that we
```

```
 1                    GEORGE LATIMER
 2   had in the summer of '18, and what we have
 3   done in anticipation of the Master Plan, we
 4   heard testimony from any number of people
 5   that talked about the jobs at the Airport.
 6            The -- some individuals, the
 7   value of having access to service at the
 8   Airport, that may have been a smaller
 9   number of people who testified, but I know
10   that they represent a significant portion
11   of the population of the County, it's not
12   just three or four people, and I don't
13   waive them as being not relevant to the
14   discussion.
15            The economic aspect of the
16   Airport is profound.  The number of people
17   that are employed at the Airport is
18   significant.  The presence of major US
19   corporations in Westchester County in some
20   part is advanced by the fact that we have
21   an Airport here, not only by that, we're
22   next to New York City, we have commuter
23   rail lines into the City, yada, yada, yada.
24            I've often said publicly that
25   the Airport is an important transportation
```

Page 124

1                    GEORGE LATIMER

2    asset of this County.  And when I've dealt

3    with the extreme elements who want to close

4    the Airport for whatever reason, I push

5    back on that and I say you don't understand

6    how important this Airport is to us.  So, I

7    do recognize this.

8              From a business standpoint, the

9    business model of any business is based on

10   their ability to provide a service or

11   product at a profitable level, and because

12   of what I did professionally, I looked at

13   the market potential for, in the industry

14   that I was in, of having a business based

15   here, and was there a market here that

16   could support that business profit.  And it

17   was my fiduciary responsibility to the

18   people that employed me to accurately

19   project that, yes, build it here because,

20   yes, we can make money, and put it here,

21   there's no market that makes money.

22              So, I understand, without

23   knowing the industry, that this is a

24   lucrative market, Westchester and

25   Fairfield.  I recognize that there is the

```
 1                    GEORGE LATIMER
 2    potential for a business, any of these
 3    businesses, to operate with a market that
 4    will pay for their services at a fairly
 5    high level because of the wealth of the
 6    residents, and to the extent that they use
 7    corporations.  All of that I get.  And I
 8    get the value of having the people who live
 9    here enjoy a convenient use, as I myself
10    did, from a commercial side, to go to the
11    Airport, get on a plane, and go to Boston.
12    I get all of that, that is not unknown to
13    me.
14              The balancing act when an
15    entity starts a service, as apparently XO,
16    JetSmarter, maybe they all did, I didn't
17    know that they were operating, maybe they
18    were operating, and, you know, it happens,
19    and we don't know.  It's possible for us
20    not to know, it's up to a certain point.
21              They are operating, and I don't
22    put a negative malevolent value to them
23    seeing a business opportunity and trying to
24    use it in a marketplace where they can make
25    a profit.  But if the government has
```

```
 1              GEORGE LATIMER
 2  certain authority, then we have a right to
 3  be able to say to that business, you need
 4  to operate within that authority.
 5              I elude that -- I make an
 6  analogy to that to the restrictions that we
 7  have in our Health Department.  You have a
 8  restaurant, you can make a lot of money in
 9  a restaurant.  We have rules that say you
10  must keep the cleanliness of your kitchen
11  at a certain level.  When a sanitarian goes
12  into that kitchen in the government and
13  surveys the kitchen, if they determine that
14  your conditions are deficient, you can
15  operate if you correct the deficiencies.
16  If you don't want to correct the
17  deficiencies, we have the right and
18  authority to shut you down.  I don't want
19  to shut you down, I want to make sure that
20  someone coming into your restaurant doesn't
21  get E. coli, that's the public policy
22  mission.
23              Not to be negative to a
24  business, but to protect the public
25  interests that comes from that.  And the
```

```
 1                    GEORGE LATIMER
 2   same is true at the local government level
 3   where you have a building inspector who
 4   goes into the building, the mission isn't
 5   to shut the building down, the mission is
 6   to make sure that there is not a deficient
 7   situation that when a fire breaks out and
 8   20 people die, what did the government do
 9   to anticipate this, well, we didn't do
10   anything, and the person who operated this,
11   we're not talking about things of that
12   level here.
13             But that is to me the balance
14   point between business operating in a
15   capitalistic society to try to make a
16   profit where they see a need and they can
17   fill it profitably, and the nature of a
18   government to enforce certain restrictions
19   that are for the general benefit of the
20   society at large.
21             I did not create the 1985
22   Stipulation.  If I walk in the door as
23   County Executive and that Stipulation does
24   not exist, that is a whole different thing.
25   But I walk in the door with certain
```

Page 128

1              GEORGE LATIMER
2    authority given to the County, as I
3    understand it, out of the 1985 Stipulation,
4    and I believe it's my responsibility to
5    adhere to those standards as a means of
6    keeping the Airport at a certain size and
7    scope, which was the wish of my
8    predecessors within the context of this
9    job.
10             As I said a few minutes ago,
11   the adjudication of this case in a Court of
12   Law will determine these things, it's not
13   for me to determine.  But as I sit here at
14   the moment, my understanding is those
15   protections exist, and, so, therefore, we
16   tell an XO and a JetSmarter, you started to
17   operate profitably for your benefit, but
18   you don't have the authority to do that,
19   you need to go into the system that we have
20   because the what you're operating is
21   commercial.
22             To me, it's not evil and good,
23   it's a matter of practicality.  And those
24   restrictions either do apply to you or they
25   don't apply to you.  If they do apply to

```
 1                    GEORGE LATIMER
 2   you, this is the response we have.
 3            It's a long philosophical
 4   thing, but just so you understand where I
 5   am coming from, and I know in a deposition
 6   I shouldn't go into those long
 7   philosophical things, but this is what
 8   drives our decision to do the things that
 9   we do the way that we do them.
10        Q.    Only because you mentioned
11   Fairfield County a number of times because
12   it's our neighboring Connecticut County,
13   has there been any communication with
14   Fairfield County with regard to the issues
15   of this lawsuit?
16        A.    Yes, Fred Camillo, who is the
17   First Selectmen of Greenwich, and I have
18   talked a number of times, we talked about
19   the Master Plan and process.  We even had
20   one of our public hearings, public forum
21   about getting input for the Master Plan in
22   Greenwich.  You know, I mean, I live in
23   that general area of the County.  And I
24   recognize that the usage of the County
25   Airport is Connecticut as well as New York.
```

```
 1                  GEORGE LATIMER
 2              The FAA does not particularly
 3   care that it's in one state alone, they
 4   care about the overall operation.  Air
 5   routes go over Connecticut as much as they
 6   do us.
 7              What we don't have in Fairfield
 8   County is an equivalent local government,
 9   County Government that we can interact with
10   at that level.  So, primarily the Town of
11   Greenwich, to some extent the City of
12   Stamford, and other suburban communities
13   that are not far away that have access to
14   the Airport, but we don't interact with New
15   Canaan and Darien, and all the way up the
16   line.
17              But primarily with Greenwich,
18   we do, and I personally have considered
19   them as relevant a player in these
20   discussions as I do the Town of North
21   Castle and Town of Rye Brook, City of
22   Harrison, and White Plains, and I try to
23   project that as we do things.
24              But as we are a government
25   structure in the Laws of New York, I can't
```

```
 1                  GEORGE LATIMER
 2   structurally include Connecticut legally in
 3   some of these structures.  It's more
 4   informal, you know, George and Fred, Fred,
 5   we're thinking of doing this, do you want
 6   input on it, do you want to know more about
 7   it, I'll have someone brief you, that kind
 8   of thing.
 9        Q.    Did you receive any input from
10   anyone in government in Connecticut with
11   regard to this lawsuit?
12        A.    Not to my knowledge.
13        Q.    And did you receive any input
14   from anyone in government in Connecticut
15   with respect to the position that the
16   County is taking with regard to the FBO's?
17              MR. NONNA:  Objection to the
18         form.
19        A.    Not in any direct fashion.  In
20   the general conversations that I have had
21   with, and not just Camillo directly, but
22   State representatives, State Legislative
23   representatives, they have, I believe,
24   subjective, the same balancing act that we
25   have on this side of the border.
```

Page 132

1              GEORGE LATIMER

2              They have residents who are

3    affected by the Airport's operations,

4    noise, late night flights, traffic at some

5    level on the Merritt, blah, blah, blah.

6    And they also have residents who use the

7    Airport for convenience sake, and residents

8    of corporate or other entities that use the

9    Airport.  And my observation is that

10   Greenwich specifically is pretty much in

11   the same boat that the municipalities in

12   Westchester adjacent to the Airport are.

13              The further you get from the

14   Airport itself, the less amount of

15   opposition you have.  The usage of the

16   Airport is whatever it is, but the people

17   who live in Ardsley, Hastings, Yonkers,

18   just like the people who live in Westport,

19   don't feel a negative impacts, and see the

20   benefit and positive of.

21              So, I think Connecticut in that

22   regard is very similar to where we are, but

23   we have involved in the level that we can

24   with our neighbors in Greenwich, the

25   dialog.  But they are not part of our

```
 1              GEORGE LATIMER
 2   governmental structures, so, they're not
 3   part of the AAB, they are not officially
 4   being briefed the way a municipality briefs
 5   in Westchester.  We try to keep them
 6   involved because they are part of the
 7   marketplace.  It is my background in
 8   business that, you know, you don't look at
 9   dotted lines as you do in government.
10   Here's an asset, here's the likely radius
11   of people that will use that asset, and it
12   clearly goes into Connecticut as it does
13   into New York.
14        Q.    I am going to ask several
15   milestones, but prior to, you've seen the
16   legislation which gave the County authority
17   to commence litigation?
18        A.    Yes.
19        Q.    We went over that before?
20        A.    Mm-hmm.
21        Q.    Prior to that legislation, did
22   Westchester County, your administration,
23   confer with or consult with any government
24   people or entities in Connecticut?
25              MR. NONNA:  Objection to the
```

                        GEORGE LATIMER

1      form.

2      A.   I don't recall if we had a

3  dialog with Connecticut

4  municipal officials, I don't recall,

5  doesn't stand out as if we did.

6      Q.   Did your administration consult

7  with any New York government people or

8  entities, other than your own

9  administration?

10        MR. NONNA:  Objection to the

11     form.

12     A.   We have had dialog with

13 Westchester municipal officials, which

14 comes more informally because we're in more

15 direct contact with them in the normal

16 function of our lives.  We go to the

17 Westchester municipal officials, I will see

18 the supervisor of the towns and villages.

19 And we have other business to conduct with

20 these entities.  Then we also have, couple

21 of times, down to now once a month, but

22 previously we have had as many as weekly

23 calls with municipal officials in

24 Westchester County on a host of different

Page 135

GEORGE LATIMER

1
2    issues.  So, Municall, we call it, it began

3    with the Covid related things, and we would

4    talk about certain issues, and at various

5    times we might talk about Airport issues.

6              We would not necessarily talk

7    about litigation on something like that,

8    but we might talk about we're working on a

9    Master Plan, if you have interest in what

10   is happening, interact with Jane Doe or Jim

11   Smith within our administration or we have

12   upcoming public forums with input on the

13   Master Plan here on this date, if anyone

14   wants to come and submit written testimony.

15             But that kind of dialog would

16   happen with the New York municipalities,

17   not normally have the same structure with

18   Greenwich.

19        Q.    You had mentioned the Master

20   Plan, specifically with regard to the

21   issues involved in this litigation, whether

22   prior to suit or after suit, were those

23   municipalities consulted with?

24        A.    Not structurally, to my

25   knowledge.  We may have had some discussion

Page 136

                      GEORGE LATIMER

1

2  with Rye Brook because they raised the

3  issue of Blade initially, but I don't

4  recall a specific conversation that I may

5  have had with someone, and certainly there

6  could have been some dialog below the level

7  of me.  The County Legislator for the area,

8  Nancy Barr, may have had some dialog with

9  people.  She's not the only person that

10  represents the neighboring areas, Margaret

11  Cunzio represents North Castle and Mount

12  Pleasant, which has representation on the

13  AAB.  There may have been some conversation

14  or consultation there.  It's not unlikely

15  that I might have a conversation with

16  either Nancy or Margaret, saying, are you

17  hearing anything from your locals.  They

18  may say, well, such and such thing.  Well,

19  if you need a briefing, do this, that,

20  something like that.

21         But it wasn't like we're going

22  to launch this lawsuit, they would know as

23  County Legislators, because we have to go

24  through for authority, we would not

25  naturally call them up and say, we're going

Page 137

GEORGE LATIMER

1                       GEORGE LATIMER
2    to launch this lawsuit and run it past your
3    locals, that is not what we do.
4              We believe we are enforcing
5    regulations that we have the authority to
6    do.  We welcome input, we're not seeking
7    input, we are doing what we think is in our
8    area of authority.
9              MR. NELSON:  Please mark as
10         Latimer 11.
11             (Whereupon, the aforementioned
12         document was marked as Latimer
13         Exhibit 11 for identification as of
14         this date by the Reporter.)
15    Q.    Mr. Latimer, I am handing you
16    Latimer 11, it's a similar letter, I would
17    like you to take a look at it, please.
18    A.    Okay.
19    Q.    So, you'll notice Latimer 11 is
20    dated a few days after Latimer 10 and 9,
21    this one is dated November 9, 2021.
22    A.    Right.
23    Q.    And this one is addressed to
24    Blade Urban Air Mobility, Inc., do you see
25    that?

```
 1                    GEORGE LATIMER
 2        A.    I do.
 3        Q.    How did, so, unlike the other
 4   letters, this one doesn't reference a prior
 5   communication, does it?
 6        A.    It does not.
 7        Q.    How was it that Blade became
 8   the subject of this letter from AvPORTS?
 9        A.    I don't know.  I see what it
10   says in front of me, which it has come to
11   our attention, that is a reference.
12        Q.    Do you have any information as
13   to what that refers to?
14        A.    No.
15        Q.    Do you see that particularly in
16   the second to last paragraph, again, not
17   using any particular language, it's telling
18   Blade that it may not operate from an FBO,
19   it may only be operated out of the
20   terminal?
21        A.    Yes, I see that in the letter.
22        Q.    Is it your understanding that
23   that is not the way Blade was operating at
24   the time this letter was written?
25        A.    I don't know how Blade was
```

                    GEORGE LATIMER

1

2    operating.  What I am looking at is a

3    statement or restatement in a different

4    fashion of the other two letters, which is

5    restating how we interpret, you know,

6    operation which is coming out of an FBO,

7    and that it should be through the

8    commercial side of the terminal.

9         Q.    Unlike the other two Exhibits,

10   one was to JSX and one was to XO and

11   JetSmarter, where it was in response to

12   communication, again, this one is not in

13   response to communication --

14        A.    Right.

15        Q.    -- what underlying

16   investigation was done to lead AvPORTS to

17   the conclusion that this letter was

18   warranted?

19        A.    I don't know, you'd have to ask

20   them to determine how they got their

21   information.

22        Q.    Well, I also, I note the same

23   cc's Joan McDonald, Hugh Greechan --

24        A.    I see it as well, mm-hmm.

25        Q.    -- John Nonna, do you see that

```
 1                    GEORGE LATIMER
 2   on this letter as well?
 3            Did AvPORTS have the County's
 4   authority to write this letter?
 5        A.    I don't know.  I presume that
 6   since it's consistent with earlier letters
 7   that this came out of whatever discussions
 8   happened at the time, I was not personally
 9   involved in those discussions, I wasn't
10   copied on this.  My presumption is that
11   there was a general discussion that was
12   triggered by these other things, and
13   perhaps they reviewed other operators at
14   the same time and said we have one or more
15   other operators that are operating in the
16   same fashion or they choose to operate.
17   But I don't know that, I wasn't part of the
18   conversation nor have I seen this document
19   before.
20        Q.    Is it your understanding that
21   some sort of investigation must have
22   preceded writing this letter, at least into
23   the operations of Blade?
24            MR. NONNA:  Objection to the
25         form.
```

1                     GEORGE LATIMER
2         A.    I don't know that to be the
3     case or not to be the case.
4         Q.    Would you expect that there
5     would have been some investigation?
6              MR. NONNA:  Objection.  Asked
7          and answered.  And also objection as
8          to form.
9         A.    I can't, you know, I can't
10    speculate beyond what I've already said,
11    which is that it does appear that this
12    issue became important through some of the
13    other actions that happened, and it, you
14    know, this letter followed fairly closely
15    after that.
16        Q.    Mr. Latimer, generally
17    speaking, for your administration to
18    authorize what we have been sort of
19    referring to as a cease and desist letter,
20    would you expect that there would be an
21    investigation prior to an authorization of
22    such a letter?
23              MR. NONNA:  Objection to the
24          form of the question.
25        A.    Cease and desist, our language,

```
 1                    GEORGE LATIMER
 2    revolves around somebody who is operating
 3    already to do a specific thing.  Some of
 4    the players in the game are planning to do
 5    something.  So, those that are planning to
 6    do something are in a different bucket than
 7    those that are already doing something.
 8    Cease and desist would apply to already
 9    doing something.  Let me reread the letter
10    and see if it relates, but since I didn't
11    see this at the time --
12         Q.    Take your time.
13         A.    -- and I wasn't part of any
14    conversation at that time.  You know, I am
15    reading and guessing off of this, and I am
16    really, you know, not working with specific
17    knowledge, so.  It's really no direct
18    benefit to know.
19              MR. NELSON:  Please mark this
20         as 12.
21              (Whereupon, the aforementioned
22         document was marked as Latimer
23         Exhibit 12 for identification as of
24         this date by the Reporter.)
25         Q.    Mr. Latimer, I am handing you
```

                    GEORGE LATIMER

1    what's been marked Latimer 12.

2         A.    Okay.

3         Q.    Thanks.  Take your time and

4    look that over, please.

5         A.    Okay.

6         Q.    This appears to be another

7    letter from AvPORTS dated November 9,

8    2021 --

9         A.    Yes.

10        Q.    -- and it's from Peter

11   Scherrer, the Airport manager, right?

12        A.    Right.

13        Q.    Then, again, the same cc's,

14   Joan McDonald, Hugh Greechan, and

15   John Nonna, is that right?

16        A.    Yes, that's correct.

17        Q.    This one is sent to, looks

18   like, Benjamin Sanzone of Signature Flight

19   Support, are you familiar with the

20   individual?

21        A.    The individual, no, but

22   Signature is one of the FBO's at the

23   Airport.

24        Q.    Tell me the extent of your

1              GEORGE LATIMER

2    familiarity with Signature, please.

3         A.    No great detail, they are one

4    of the FBO's at the Airport, you know,

5    prominent players out there.

6         Q.    Do you know, what, if anything,

7    resulted from this letter?

8         A.    No, I am not familiar with the

9    letter, and I had not seen it before, I was

10   not copied on the letter.  This appears to

11   be from a general restatement of policy, it

12   doesn't have some of the things that were

13   eluded to in the other letters you showed

14   me.  They were talking about being aware of

15   specific activities.  This reads like,

16   we're informing you or reminding you of

17   what our policy is, in general.  Doesn't

18   appear to have a specific reference of

19   something that was happening in Signature.

20             And, you know, the timeframe of

21   this letter was similar to the last couple.

22   I assume this was part of what came out of

23   the general discussions about the

24   operations of or the proposed operations of

25   some of these corporations.  And, you know,

```
 1                GEORGE LATIMER
 2   the Airport manager is informing this
 3   particular FBO, and maybe others, that
 4   here's the way we interpret the TUA.
 5        Q.    In this case, this letter,
 6   unlike the other ones, there is no similar,
 7   what we're calling cease and desist
 8   language?
 9        A.    No, and there's no assertion
10   that Signature has either, wouldn't conduct
11   it themselves, but they've allowed for
12   certain operations to happen, that is not
13   apparent from the letter alone.
14        Q.    Let's go to the next one.
15             Mr. Latimer, what circumstance
16   would the County authorize that type of
17   informational letter rather than, you know,
18   what we have been calling a cease and
19   desist letter?
20             MR. NONNA:  Objection to the
21        form.
22        A.    Well, I can only theorize since
23   I wasn't part of the letter itself being
24   sent out.  I make the same general
25   assumption that anyone would make if you
```

```
 1                    GEORGE LATIMER
 2   look at the combination of the documents
 3   that you've given me, which is we responded
 4   in at least one or two cases to some very
 5   specific operational situations that were
 6   coming out of FBO's in general.  They don't
 7   specify which FBO's.  And now you're
 8   showing me a letter in which we write to a
 9   specific FBO, and without making a specific
10   reference to the way they operate, that
11   this is the policy of the County
12   Government, and the way we operate the
13   Airport.
14              So, my presumption is at this
15   point in time, it may well be that we were
16   informing all the FBO's what our policies
17   are.  I don't know that unless you show me
18   other documents that represent us or
19   whoever else.
20        Q.    Well, let me ask you a few
21   questions about that document.
22        A.    Sure.
23              MR. NONNA:  Still on Signature
24        Flight Support?
25              MR. NELSON:  Yes.
```

```
 1                GEORGE LATIMER
 2       A.     Sure, okay.
 3       Q.     In the second paragraph and
 4  elsewhere, there is some, what seems to be
 5  interpretation in quotation and/or
 6  quotation of law, do you see that?
 7       A.     Mm-hmm, I do.
 8       Q.     Do you know if that was done in
 9  consultation with the County Attorney's
10  office?
11       A.     I have no way to know one way
12  or the other, I assume it was.
13       Q.     And the County Attorney's
14  office doesn't represent AvPORTS, does it?
15       A.     It represents all elements of
16  the County Government, so if AvPORTS went
17  to DPWT and said, we need to send a letter
18  out, DPWT would say, let's make sure that
19  the County Attorney's office gets it, and
20  looks at the form or structure of it.
21       Q.     Right, but am I correct by
22  saying that under statute County Attorney
23  doesn't represent any entity other than the
24  County and its component parts?
25                MR. NONNA:  Objection to the
```

1              GEORGE LATIMER

2         form.

3         A.    AvPORTS is contracted by the

4    County to do a particular function.  They

5    report directly to the Department of Public

6    Works and Transportation.  They may make a

7    request of the Department of Public Works

8    and Transportation, which they would then

9    be entitled to go to the County Attorney

10   and say we would like your consultation

11   before we communicate.

12             So, it is certainty possible,

13   without me knowing one way or the other,

14   that the quotation marks were used in a

15   document that had legal input before they

16   made this.

17             MR. NELSON:  Please mark this

18        13.

19             (Whereupon, the aforementioned

20        document was marked as Latimer

21        Exhibit 13 for identification as of

22        this date by the Reporter.)

23        Q.    I am going to show you Latimer

24   13, and, again, it's very similar.

25        A.    As I expected, Ross.

```
                                        Page 149
 1                    GEORGE LATIMER
 2        Q.     Ross Aviation you are saying?
 3        A.     Yes.
 4        Q.     Why is it that you expected
 5   that?
 6        A.     Well, I eluded to the fact that
 7   Signature was one of a number of FBO's, and
 8   Ross is also an FBO, I said at the time
 9   there might be a similar letter to other
10   FBO's.  Looking now, they appear to be
11   similar.
12        Q.     When did you first learn of
13   Ross, how long ago, do you think?
14        A.     At some point in time, probably
15   during my County Legislative term, when I
16   understood who the FBO's were out there, I
17   assume Ross was there at that time, I am
18   not sure if they were or not, but certainly
19   during my tenure of County Executive, I am
20   aware that Ross is one of the FBO's out
21   there.
22        Q.     Do you know how it came to be
23   that Ross became the subject of this
24   particular letter?
25        A.     No.  Particularly, no.
```

```
                                      Page 150

 1                 GEORGE LATIMER

 2            It appears to me that Latimer

 3    13 and Latimer 12 look exactly alike.  If

 4    there is a difference, I haven't spotted

 5    it.

 6        Q.    So let's go to the next one.

 7             MR. NELSON:  Please mark this

 8         as 14.

 9             (Whereupon, the aforementioned

10         document was marked as Latimer

11         Exhibit 14 for identification as of

12         this date by the Reporter.)

13        Q.    Mr. Latimer, I am handing you

14    14, and this one is a very similar letter

15    to the last two, also dated November 9,

16    2021, to an entity by the name White Plains

17    Aviation Partners LLC, are you familiar

18    with that entity?

19        A.    I am familiar in the reference

20    of this as Million Air, which it is

21    referred to as elsewhere in the document.

22        Q.    How are you familiar with,

23    we'll call it Million Air, generally?

24        A.    They too are an FBO at the

25    Airport.
```

GEORGE LATIMER

1

2      Q.    Is this the same type of

3   informational letter that we have been

4   going through the last two, just take a

5   look at it?

6      A.    Yes, appears to be, dated the

7   same date as the other two.

8      Q.    Are you familiar with any

9   results from this letter?

10              MR. NONNA:  Objection to the

11        form.

12      A.    From the response to this

13   letter?

14      Q.    Yes, to Million Air?

15      A.    No, not from this letter, no.

16      Q.    There is a litigation ongoing

17   between Million Air and the County, is that

18   true?

19      A.    There is.

20      Q.    It's separate and apart from

21   this instant litigation?

22      A.    Yes.

23      Q.    Are you aware that part of

24   Million Air's structure was renovated for

25   the benefit of Blade?

```
 1                    GEORGE LATIMER
 2              MR. NONNA:  Objection to the
 3         form.
 4         A.    I have become aware that that
 5    was the case, I don't know that I knew that
 6    earlier in my tenure.
 7         Q.    When did you become aware of
 8    that?
 9         A.    At some point in time, you
10    know, within the context of this discussion
11    about Blade.  When we saw a letter from
12    Chris Bradbury about Blade, that was most
13    likely the first time I heard of Blade as
14    an entity, and, you know, what followed
15    from there referenced that it was the tie
16    in to Million Air.
17              MR. NELSON:  Off the record.
18              (Whereupon, an off-the-record
19         discussion was held.)
20              MR. NONNA:  You've just advised
21         me, you said, I have another two
22         hours of deposition.
23              MR. NELSON:  Generously
24         speaking.
25              MR. NONNA:  I don't know what
```

```
 1              GEORGE LATIMER
 2       that means.
 3              MR. NELSON:  Means I don't want
 4       to say I have another 15 minutes and
 5       go, you know, an hour, I want to
 6       just --
 7              MR. NONNA:  You said two hours,
 8       based upon that statement, I am
 9       telling you that we're not agreeing
10       to continue this deposition at this
11       time, we're reserving our right to
12       seek a Protective Order, you've had
13       enough time to question the County
14       Executive about any topic related to
15       this lawsuit, and that is sufficient
16       given the fact he's the County
17       Executive and has made himself
18       available for three and a half hours.
19       We're reserving our rights.
20              MR. NELSON:  Let's continue
21       then.
22              Please mark 15.
23              (Whereupon, the aforementioned
24       document was marked as Latimer
25       Exhibit 15 for identification as of
```

Page 154

GEORGE LATIMER

1
2          this date by the Reporter.)

3          Q.    Mr. Latimer, I am handing you

4     Latimer 15.   I would like you to take a

5     look at that and tell me what that is.

6          A.    It's a relevant excerpt of

7     County local laws that relate to the

8     Airport Terminal Use Procedures.

9          Q.    Hold onto that for a moment, I

10    am going to hand you back Latimer 4 at the

11    same time, and I've separated a page, in

12    Latimer 4, you see that I've separated the

13    page that begins with what you testified to

14    earlier, the enacted law part of Latimer 4?

15         A.    3585.

16         Q.    If you would just look at the

17    definition, for example, of airline in that

18    and compare it to the definition to the

19    airline in Latimer 15, they are different,

20    are they not?

21         A.    I have to read it first.

22         Q.    Yes, please.

23         A.    They -- they are different, I

24    see a difference, I haven't read for

25    content, but.

Page 155

1                    GEORGE LATIMER

2        Q.    One of the differences that

3   you've seen is that in Latimer 15, it adds

4   the additional designation of an airline

5   shall be providing passenger services and

6   aircraft design for more than nine

7   passenger seats, that language is not in

8   Latimer 4?

9        A.    That is correct, as I look at

10   the top of the page, this local law was

11   amended in 2005, and then again in 2010, so

12   when I signed on to in 2004 was twice

13   amended, I don't know if that was part of

14   what was amended, I'd have to look at what

15   was done in '05 and what was done in '10 to

16   see what the reference was, but this was

17   amended subsequently twice.

18        Q.    Would you agree that that

19   additional language, that additional

20   language of defining an airline as an

21   aircraft design more than nine passenger

22   seat appears in Latimer 15, but does not

23   appear in Latimer 4?

24        A.    That is correct.

25        Q.    And you've explained that the

GEORGE LATIMER

1
2     potentiality that it may have been amended
3     pursuant to the language on top of Latimer
4     15?
5          A.     That's right.
6          Q.     As County Executive, would you
7     have submitted that additional language to
8     the FAA for them to consider it prior to
9     enacting or asking the legislature to enact
10    an amendment?
11              MR. NONNA:  Objection to the
12          form of the question.
13          A.     It appears to me that the
14    language in 2004, which I voted on, was
15    more restrictive because it did not -- it
16    did not provide any limitation, and the
17    language that I am looking at here, both in
18    2005 and 2010, I was not in the
19    legislature, so whatever modifications came
20    in '05 and '10, I was not part of that
21    discussion.  This appears to make the law
22    less restrictive because you're creating
23    the ability for an aircraft at nine or
24    under not to be affected by what this
25    affected because this did not make that

```
 1              GEORGE LATIMER
 2   limitation.  And I've just read the first
 3   couple of sentences, I did not read the
 4   whole thing.
 5              But, as I said earlier, when I
 6   used that imaginary example of a curfew, if
 7   you're making something less restrictive as
 8   the language of this, it says in the
 9   Committee Report, says, we could not make
10   it more restrictive or we could lose all of
11   the different protections of it.  If you
12   make it less restrictive, which is what
13   this does compares to this, I don't think
14   that has to go to the FAA because the FAA
15   and the airlines would prefer a less
16   restrictive scenario.  How less restrictive
17   up to nine passenger seats is, it is still
18   less restrictive than what I voted on in
19   '04.
20        Q.    Mr. Latimer, I want you to go
21   down to F now on Exhibit 4, definition of
22   passenger, review that.
23        A.    Okay.
24        Q.    I would like you to compare
25   that to the definition of passenger in
```

```
 1                   GEORGE LATIMER
 2   Exhibit 15.
 3        A.    Yes.
 4        Q.    On Exhibit 15, do you see
 5   passenger service?
 6        A.    J.
 7        Q.    J?
 8        A.    Yes.
 9        Q.    That is a definition of what
10   passenger service means; correct?
11        A.    Yeah.
12        Q.    Does that exist on Exhibit 4?
13        A.    It does not appear to exist on
14   4.
15        Q.    It would be an additional
16   definition on Exhibit J?
17        A.    Let me read it and see.
18        Q.    Sure, yes.
19        A.    Okay.
20        Q.    Would it be your position that
21   that would not need FAA approval prior to
22   inclusion?
23              MR. NONNA:  Objection to the
24        form.
25        A.    I don't know, to be honest with
```

                        GEORGE LATIMER

1
2   you.  I would have to read that.  First of
3   all, I would have to understand, which I
4   have not, what the intent behind that was
5   and try to just on my own and talking with
6   other people determine if this is a subset,
7   if we pulled this out as a subset of
8   something here, and then to answer the
9   question, is it more or less restrictive.
10  I can't judge that just by reading it at
11  this point.  But that would be the question
12  in my mind is is pulling this out making
13  something more restrictive or less
14  restrictive, that is what I would try to
15  interpret.
16       Q.    And if it were more
17  restrictive, your understanding would be
18  that the County would need to seek
19  permission from the FFA, and if it were
20  less restrictive, it would not?
21            MR. NONNA:  Objection to the
22       form.
23       A.    If it's less restrictive, then
24  we would not; if it seemed more
25  restrictive, then I think the first thing

1                    GEORGE LATIMER

2   we would do is have dialog with the FAA,

3   have somebody get on the phone and say

4   we're looking at additional language, how

5   do you react to it.  The formal submission

6   would be if the feedback we got is what we

7   really like to analyze in great detail or,

8   no, that seems to be okay.  I mean, I am

9   generalizing.  But you would consult

10  informally before you made a formal request

11  to approve.  But I have no idea of what

12  dialog happened, I am in the State

13  Assembly.  If this happened in '05 or '10,

14  I am in the State Assembly.  I have no idea

15  of the dialog, it wasn't part of the

16  government, and didn't focus on this issue

17  at all.

18       Q.    You'll notice, Mr. Latimer,

19  that in both of the provisions in the

20  applicability section, they both mention

21  the term passenger service, one, in 15, as

22  a defined term, and 4 as an undefined term?

23       A.    Okay, yes, both referenced,

24  yes.

25       Q.    Would you agree that passenger

1              GEORGE LATIMER

2    service as an undefined term would have a

3    much broader reach than passenger service

4    as a defined term?

5              MR. NONNA:  Objection to the

6         form.

7         A.    Well, what I don't know is

8    whether or not in the dialog that happened,

9    the FAA might have required it, the County,

10   to define passenger service because it was

11   undefined in the former situation, that

12   might have come up in the dialog with the

13   FAA.  I don't know that that is the case.

14   I don't know that that is not the case.  I

15   would have to be privy to the dialog back

16   and forth to make a determination if the

17   FAA had any involvement in seeing this

18   document beforehand.  And either informally

19   or even formally, because there is no

20   document in front of me that says the FAA

21   said we've never seen this document before,

22   maybe the amendments were done with FAA

23   approval.  I don't know that.  And I don't

24   know if it's a formal or informal approval.

25              So, I'd have to say that I

Page 162

GEORGE LATIMER

1
2  don't know until I know more specific
3  details.  It could be and it might not be.
4  It depends on whether or not the definition
5  of passenger service in this document is
6  seen as more restrictive.  It may not be,
7  it may be this codifies exactly what they
8  meant in this document.  It never came up,
9  I can tell you in my voting on this
10 document, I never heard a discussion of
11 passenger service at all, it was not a
12 matter of discussion.  We talked about the
13 other stuff, the specific restrictions.
14      Q.     When you say you spoke about
15 the specific restrictions, can you tell me
16 what you mean by what you discussed?
17      A.     Well, I mean, in committee, we
18 went over, let's go passed the definition,
19 the very meaning of the details that this
20 identified, you know, the lottery
21 structure, this identified the host of
22 specifics, I mean, I have to go back and
23 look at these things, you know, but all of
24 the elements of the restrictions, the
25 number of gates, the number of passengers

1                    GEORGE LATIMER

2    per half-hour, that's all identified in

3    this document that we passed in '14, that

4    was the meat of our discussions.  And, as I

5    recall, again, over 18 years of distant

6    time that we had representatives in the

7    administration, and our concern was is this

8    document consistent with what was done in

9    the '85 lawsuit, were we staying consistent

10   with what the Court said then.  It was

11   presented as a codification in County Law

12   of that which was granted to us in the '85

13   description, and that was the focus of it,

14   not necessarily the definitions as you've

15   asked.

16           But this is, you know, as I am

17   looking at this document, you know, I have

18   never sat down during my tenure as County

19   Executive to draw this differentiation.

20   These things were amended at the time they

21   were amended.  One of the things you look

22   for is were these things done unanimously,

23   and if they were done unanimously with both

24   parties in agreement, in which there was

25   not a lot of debate or discussion about it,

                        GEORGE LATIMER

 1

 2    then you assume that it was a general

 3    consensus of government to do these things,

 4    but I would have to look to see that.

 5         Q.    Let's take another example in

 6    the applicability section in the last

 7    paragraph, let's first look at Latimer 4,

 8    where it says, this section does not apply

 9    to any activity by Airport users not

10    providing passenger services or not using

11    the terminal building or terminal ramp,

12    right, do you see where it says that?

13         A.    What page?

14         Q.    859.

15         A.    I am sorry, repeat again?

16         Q.    Sure.

17               The last sentence of

18    applicability, this section does not

19    apply --

20         A.    859, last section.

21         Q.    This section does not apply to

22    any activities by Airport users not

23    providing passenger service or not using

24    the terminal building or terminal ramp, do

25    you see where it says that?

```
 1                  GEORGE LATIMER
 2      A.     I do.
 3      Q.     It doesn't apply, the whole
 4  section, will not apply to Airport users
 5  that either don't provide passenger service
 6  or do not use the terminal building or
 7  terminal ramp, do you see that?
 8      A.     Yes, I do.
 9      Q.     If you go now to 15, the same
10  applicability section with the same
11  sentence at the end, it says, this section
12  does not apply to any activities by Airport
13  users not providing passenger service, do
14  you see that?
15      A.     Yes.
16      Q.     So, it got rid of the exception
17  of or not using the terminal building or
18  terminal ramp, that is omitted in Latimer
19  15, do you see that?
20      A.     Right, I do.
21      Q.     The omission of a whole group
22  of people that it would not apply to, would
23  you say that would be less restrictive or
24  more restrictive?
25                  MR. NONNA:  Objection to the
```

1                    GEORGE LATIMER

2        form.

3        A.    It seems to be a more universal

4    coverage of the rules of the Airport to a

5    larger group of people, a larger group of

6    entities, the next sentence after that, all

7    passenger service provided at the Airport

8    shall be provided at the terminal.  Now,

9    that makes me want to have a definition of

10   passenger service now because it says not

11   that -- I would have to read that in some

12   greater detail.

13              Because this one says,

14   passenger service or not using the terminal

15   building or terminal, blah, blah, blah;

16   this says, all passenger service shall be

17   provided at the terminal.  So, it basically

18   codifies that passenger service is at the

19   terminal.

20              Here it says, if you're not at

21   the terminal, this doesn't apply to you,

22   and there may be passenger service that is

23   not at the terminal, so this should apply

24   to you because of the definition of

25   passenger service.  But, again, I'm

Page 167

```
 1                 GEORGE LATIMER
 2  theorizing about things I was not part of,
 3  so.
 4            It's an interesting discussion
 5  of how we got here.  I walk in the door as
 6  County Executive, this is the law of
 7  Westchester County.  I walk in the door
 8  2018, this was last amended in 2010.  I was
 9  not aware of any challenges to this law, so
10  I operate with this being legal and
11  appropriate and what we apply.
12            So, whether or not this was
13  properly enacted is, again, probably the
14  nature of the lawsuit.
15       Q.    With regard to amendment, I
16  don't, respectfully, I don't think we have
17  the amendment.
18       A.    Hang on one second.
19            (Whereupon, an off-the-record
20       discussion was held.)
21       Q.    How do amendments operate?
22       A.    Well, amendments from the
23  standpoint of the government of Westchester
24  County, I can't speak to what was passed
25  through FAA.
```

1                GEORGE LATIMER

2        Q.     No, no, I am speaking of

3   amendments to the local law, Westchester

4   County Law?

5        A.     Okay, it's presented with

6   language that, you know, ultimately is

7   presented generally for something like

8   this, generally the administration will

9   submit an amendment to an existing law in

10  proper form to the County Attorney, the

11  committee and legislature as a whole

12  discusses it, they bring in the relevant

13  people to ask them questions, and then if

14  we're convinced this is the right thing to

15  do, we would then vote for the amendments

16  to the law.

17             Since I wasn't part of this, I

18  don't know what discussions took place when

19  this was debated in '05 and then again in

20  '10, I don't know what was done in '05 and

21  '10.

22             Some of the things you're

23  talking about could have been in the '05

24  amendment, and could have been the '10

25  amendment.  Break the law down and see what

```
                        GEORGE LATIMER
 1
 2     it looked like in the end of '05 and then
 3     '10 to see what changed.
 4               There was some different
 5     configuration of legislators, certainly by
 6     '10, there was a decent change of
 7     legislators from when I served at the end
 8     of '04.  But the legislature would debate,
 9     discuss, and then agree to adopt perhaps
10     with some changes that which was submitted
11     to the Board to change the policy.
12               What I don't know is whether or
13     not what happened in '05 or '10 was run
14     passed by the FAA.  You've asked a general
15     question, should we have gone back to the
16     FAA to get further approval, I don't know
17     whether that happened formally or
18     informally, that might have happened
19     informally.  The definition of passenger
20     service might have been informal
21     discussion.  Someone of the FAA at that
22     date might have said, that's not too much
23     of a problem, go ahead, I don't know.  And
24     if there are documents that define that,
25     then that would be important to know.
```

1                    GEORGE LATIMER

2              But at this point, given the

3    documents I have in front of me, it appears

4    that the amendments were made and have not

5    been challenged up to this point.  So, from

6    George Latimer, the County Executive's

7    standpoint, this is the law as I have it in

8    front of me, and the law we work off of.

9              If the FAA has not reviewed or

10   approved this all these years later, 18

11   years since what I voted for as a

12   legislator to where we are today, I would

13   be surprised if the FAA isn't familiar with

14   what we have done.  They apparently raised

15   no objections to it.  You know, I have to

16   leave it as speculative on my part, because

17   I only remember what we discussed when I

18   was a legislator and left.  And I come

19   back, and here's the law as it has been

20   amended.

21        Q.    Can I ask you one more question

22   quickly, this is just location of

23   documents?

24        A.    Sure.

25        Q.    You've said you don't know

1              GEORGE LATIMER

2   because it's not in front of you, how would

3   we find out about these amendments?

4        A.    Well, this is what I do as a

5   legislator in the State Legislature, this

6   document, as of this date was amended, this

7   is the amended version as of 2010, no

8   further amendments.  You have a document

9   that gives you the bill as it was passed in

10  2011, you would need to go back and

11  reference the 2005 legislation, to see what

12  that, same material as you have here, what

13  it looked like at the end of 2005, compare

14  that, not just the 2004 because that will

15  tell you what things were changed, but

16  compare 2005 to what it is today, and then

17  the delta between those would be defined in

18  theory by the 2010 amendments that came,

19  you'd have that document down and say,

20  okay, this is what we did in '04, this is

21  how it changed in '05, this is how it

22  changed in '10 to do what it is today.

23            If I thought that there was

24  important policy implications in each of

25  those changes, and the thinking of the

```
 1                    GEORGE LATIMER
 2   legislature, I need to see all those
 3   things, and, of course, you ask the
 4   decision makers, and I'd call former
 5   Chairman of the Board or whoever and say,
 6   hey, what were you thinking when you did
 7   this, why did you do this, and I might ask
 8   them if they had FAA approval, but I also
 9   might ask them, when you made these
10   amendments, what was the purpose of it, why
11   did you define passenger service in this
12   way, there may be a reason for it that
13   makes logical sense, I just don't know
14   that.
15             I certainly want to be a
16   cooperative depose, but I really need to go
17   upstairs and greet the Congressman.  I will
18   let my Counsel determine what happens next.
19   You will advise me accordingly, and,
20   Jonathan, I will be as cooperative.
21             MR. NELSON:  Off the record.
22             (Whereupon, an off-the-record
23         discussion was held.)
24             MR. NONNA:  I am reserving our
25         rights, we're willing to consider
```

1          GEORGE LATIMER

2     having a discussion with you about

3     limiting another session of George

4     Latimer's deposition.  Willing to

5     have that discussion with you.

6          MR. NELSON:  Understood, good.

7          (Whereupon, at 1:15 P.M., the

8     Examination of this witness was

9     concluded.)

10

11          o          o          o          o

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 174

1                    GEORGE LATIMER
2                D E C L A R A T I O N
3
4        I hereby certify that having been
5    first duly sworn to testify to the truth, I
6    gave the above testimony.
7
8        I FURTHER CERTIFY that the foregoing
9    transcript is a true and correct transcript
10   of the testimony given by me at the time
11   and place specified hereinbefore.
12
13
14
              _____
15                    GEORGE LATIMER
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21
     _____
22        NOTARY PUBLIC
23
24
25

```
                                         Page 175

 1                  GEORGE LATIMER

 2                E X H I B I T S

 3

 4    LATIMER EXHIBITS

 5

 6    EXHIBIT     EXHIBIT                 PAGE

 7    NUMBER      DESCRIPTION

 8    Exhibit 1  Committee Report         33

 9    Exhibit 2  Multi-page document      45

10    Exhibit 3  Document                 59

11    Exhibit 4  Document                 63

12    Exhibit 5  E-mail (Susan Spear)     70

13    Exhibit 6  E-mail                   73

14    Exhibit 7  Chris Bradbury letter    78

15    Exhibit 8  Document                 86

16    Exhibit 9  Peter Scherrer letter    97

17    Exhibit 10 Document                 113

18    Exhibit 11 Letter                   137

19    Exhibit 12 11/9/21 letter           142

20    Exhibit 13 Ross letter              148

21    Exhibit 14 White Plains Aviation

22               Partners LLC letter      150

23    Exhibit 15        Document               153

24         (Exhibits retained by Counsel.)

25
```

Page 176

1                    GEORGE LATIMER

2                    I  N  D  E  X

3

4    EXAMINATION BY                        PAGE

5    MR. NELSON                            4

6

7

8    INFORMATION AND/OR DOCUMENTS REQUESTED

9    INFORMATION AND/OR DOCUMENTS        PAGE

10   (None)

11

12

13        QUESTIONS MARKED FOR RULINGS

14   PAGE LINE QUESTION

15   (None)

16

17

18

19

20

21

22

23

24

25

Page 177

1                    GEORGE LATIMER

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK        )

                             :   SS.:

5    COUNTY OF WESTCHESTER   )

6

7          I, LISA MORAN, a Notary Public for

8    and within the State of New York, do hereby

9    certify:

10         That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14         I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19         IN WITNESS WHEREOF, I have hereunto

20   set my hand this 25th day of January 2023.

21

22

23

24         LISA MORAN

25

Page 178

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Delux Public Charter, et al. v. County of Westchester, NY
DATE OF DEPOSITION: 1/13/2023
WITNESSES' NAME: George Latimer

PAGE    LINE (S)         CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                              _____
                                       George Latimer

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20___.

_____              _____
(NOTARY PUBLIC)                    MY COMMISSION EXPIRES:

**[& - 26th]**                                                                Page 1

**&**

**&**   2:4 3:17

**0**

**01930**   1:7
**04**   53:17 61:19
 157:19 169:8
 171:20
**05**   155:15
 156:20 160:13
 168:19,20,23
 169:2,13
 171:21

**1**

**1**   3:17 5:24
 33:20,23 34:2
 58:2,4 62:14
 71:20 74:21
 77:16 110:9
 115:14,17
 175:8
**1/13/2023**
 178:3
**10**   99:24
 112:16,17
 113:13,16,19
 113:24 114:9
 114:14 116:3
 116:15 117:8
 118:7 137:20
 155:15 156:20
 160:13 168:20
 168:21,24
 169:3,6,13
 171:22 175:17

**10580**   2:5 4:13
**10601**   1:21
 2:11
**10:49**   76:6
**11**   7:13 137:10
 137:13,16,19
 175:18
**11/9/21**   175:19
**110.2**   94:11
**113**   175:17
**11:00**   57:21
**12**   57:18,19
 142:20,23
 143:2 150:3
 175:19
**12:23**   93:16
**12th**   119:12
**13**   1:11 148:18
 148:21,24
 150:3 175:20
**135**   75:13
**137**   175:18
**14**   94:8 150:8
 150:11,14
 163:3 175:21
**142**   175:19
**148**   1:20 2:11
 175:20
**15**   153:4,22,25
 154:4,19 155:3
 155:22 156:4
 158:2,4 160:21
 165:9,19
 175:23

**150**   175:22
**153**   175:23
**17**   69:7
**18**   11:3 56:10
 123:2 163:5
 170:10
**1980's**   8:25
 46:21
**1985**   110:20
 127:21 128:3
**1988**   6:20
**1990**   62:14
 66:5
**1991**   6:20
 41:21
**1992**   6:18 9:20
 42:10,23,24
**1998**   7:14
**1:15**   173:7

**2**

**2**   44:25 45:4,7
 63:9 175:9
**20**   7:2 22:17
 127:8 174:19
 178:22
**2003**   48:10
**2004**   6:18 9:20
 9:23 42:10
 45:19 48:3,9
 48:10 49:21
 56:11 63:7
 155:12 156:14
 171:14
**2005**   6:16
 155:11 156:18

**171**:11,13,16
**2010**   155:11
 156:18 167:8
 171:7,18
**2011**   171:10
**2012**   6:16
**2013**   6:13,14
**2015/2016**
 21:17
**2017**   6:14
 13:13 21:22
**2018**   5:24 14:3
 20:10,12,13,24
 24:3 167:8
**2019**   70:3
 71:20 74:21
 77:16,17,18
 115:14,17
**2020**   26:13
**2021**   38:4
 40:10 78:15
 79:5 93:16
 97:15 137:21
 143:9 150:16
**2022**   37:8,17,21
**2023**   1:11
 177:20
**2025**   110:9
**21**   37:22,23
 114:3
**24394**   177:23
**25th**   177:20
**26**   78:15 93:16
**26th**   78:14
 97:20 114:9

**28** 77:17
**29** 77:18
**2:15** 78:15

**3**

**3** 59:17,20,23
  69:19 175:10
**30** 3:16
**31** 37:8,20
**33** 175:8
**3581** 65:19
**3583** 67:13,16
  67:20
**3584** 68:5
**3585** 68:19
  69:2 154:15
**380** 94:8,12

**4**

**4** 63:19,22,25
  154:10,12,14
  155:8,23
  157:21 158:12
  158:14 160:22
  164:7 175:11
  176:5
**45** 85:3 175:9
**47** 4:12

**5**

**5** 70:20,23 71:2
  97:15 115:12
  115:13 175:12
**555** 2:5
**5768** 47:6
**5839** 48:21,24
  49:2,22 50:10

50:14 54:23
  55:2,5
**59** 175:10
**5906** 62:2
**5th** 114:2,5,6
  121:13

**6**

**6** 73:20,23 74:2
  175:13
**63** 175:11

**7**

**7** 78:3,6,9
  175:14
**70** 175:12
**712.462** 35:4
**73** 175:13
**737** 26:23
**747** 26:22
**78** 175:14
**7:22** 1:7
**7:59** 74:22
**7th** 114:11
  116:5

**8**

**8** 62:3 86:20,23
  93:13 97:21
  175:15
**80's** 104:4,19
  105:4
**85** 163:9,12
**855** 65:18
**856** 65:6
**859** 164:14,20

**86** 175:15

**9**

**9** 63:7 76:5
  97:4,7,10,13
  113:19,25
  114:7 116:13
  117:9 118:8,8
  137:20,21
  143:8 150:15
  175:16
**9/11** 31:21,24
  32:4
**97** 175:16
**9:30** 1:12
**9th** 69:15 70:8
  71:8 81:3

**a**

**a.m.** 1:12 58:2
  58:4 71:21
  74:22 76:6
  93:16
**aab** 76:7,20
  133:3 136:13
**abbreviate**
  18:20
**ability** 9:16
  55:11 107:9
  108:2 124:10
  156:23
**able** 8:21 9:6
  26:20 60:6
  104:14 126:3
**above** 62:11
  116:21 174:6

**accept** 27:10
**access** 11:21
  23:20 62:13
  76:2 123:7
  130:13
**accommodate**
  26:6,21 27:5
  28:4
**accountability**
  109:15 111:5,6
**accountable**
  109:13
**accurate** 61:14
  61:16,18 66:10
**accurately**
  124:18
**acknowledging**
  66:12
**act** 20:9 34:9
  53:24 125:14
  131:24
**action** 10:6
  34:10 37:16
  39:18 48:19
  49:19 51:8,20
  68:3,11 86:6
  106:22 107:6,7
  118:14 119:16
  177:16
**actions** 8:15
  10:8,10 141:13
**active** 84:10
**activities** 92:16
  144:15 164:22
  165:12

**activity** 80:10
164:9
**actual** 50:15
55:21 68:24
**actually** 22:7
23:12 40:14
47:6 58:11
65:6 69:3,6
96:24 101:2
121:19
**add** 17:4 18:25
26:25 29:8
67:3 72:24
**added** 28:2
**adding** 57:14
**addition** 87:17
121:16
**additional** 19:2
19:11,11,22
26:2,3 27:4
33:10 59:5
67:3 77:13,13
155:4,19,19
156:7 158:15
160:4
**address** 4:11
15:7
**addressed**
137:23
**addressing**
15:6
**adds** 155:3
**adhere** 128:5
**adjacent**
132:12

**adjudicated**
110:6
**adjudication**
128:11
**adjust** 55:11
103:5
**administer**
3:11
**administration**
6:7 10:8 19:25
21:7,8 30:22
47:17 49:24
56:23 82:5
99:12,14,22
115:18 118:22
120:5 122:10
133:22 134:7
134:10 135:11
141:17 163:7
168:8
**administratio...**
52:17
**administrative**
98:23
**administrator**
79:9 83:5
85:24
**adopt** 66:17
169:9
**adopted** 68:22
**adoption** 65:3
**advance** 119:14
**advanced**
123:20

**advice** 38:25
84:8 106:17
117:6
**advise** 31:2
54:16 172:19
**advised** 152:20
**advises** 53:19
**advisory** 74:17
74:18 76:23,24
83:7,24,25
84:3,6 92:7
**affairs** 81:12
**affect** 43:4
**affected** 42:5
132:3 156:24
156:25
**aforemention...**
33:21 45:2
59:18 63:20
70:21 73:21
78:4 86:21
97:5 113:14
137:11 142:21
148:19 150:9
153:23
**agencies** 50:20
**ago** 56:11
69:24 77:22
96:5 116:2
128:10 149:13
**agree** 66:6
97:16,20
155:18 160:25
169:9

**agreed** 3:5,20
59:4 63:3
87:21
**agreeing** 153:9
**agreement**
22:18 58:13
72:13 73:4
163:24
**ahead** 8:7
169:23
**aided** 43:14
**air** 1:3,4 16:18
19:20,25 33:14
75:13 130:4
137:24 150:20
150:23 151:14
151:17 152:16
**air's** 151:24
**aircraft** 155:6
155:21 156:23
**airline** 58:25
63:15 154:17
154:19 155:4
155:20
**airlines** 16:24
22:12 36:25
88:7 105:12
157:15
**airplanes** 58:6
**airport** 7:24
8:4,9,21 9:5,5
9:25 10:19,24
11:15 12:3,6
12:12,16,20
13:7,14,14

**[airport - apply]** Page 4

| | | | |
|---|---|---|---|
| 14:20 15:2,16 | 90:5 91:18 | **amended** | **answers** 5:2 |
| 15:19,20,22,24 | 92:7,15,18 | 155:11,13,14 | **anticipate** |
| 15:25 16:2,9 | 93:21 95:22 | 155:17 156:2 | 127:9 |
| 16:17,19,21,23 | 97:15 104:18 | 163:20,21 | **anticipation** |
| 16:24 17:2,8 | 104:19 105:6 | 167:8 170:20 | 123:3 |
| 17:20,21 18:2 | 108:10,14,20 | 171:6,7 | **anxious** 18:25 |
| 18:4,8,19 19:4 | 111:8 122:15 | **amendment** | **apart** 115:22 |
| 19:7 21:4,9 | 122:20 123:5,8 | 156:10 167:15 | 151:20 |
| 22:6,17,20 | 123:16,17,21 | 167:17 168:9 | **apologize** 61:4 |
| 23:2 24:10,18 | 123:25 124:4,6 | 168:24,25 | **apparent** 121:8 |
| 24:20 25:14,20 | 125:11 128:6 | **amendments** | 121:9 145:13 |
| 26:2,8,19,23 | 129:25 130:14 | 161:22 167:21 | **apparently** |
| 27:2,6,14,16 | 132:7,9,12,14 | 167:22 168:3 | 82:11 117:15 |
| 28:2,4,5,9,11 | 132:16 135:5 | 168:15 170:4 | 119:10 125:15 |
| 28:14 29:15,17 | 143:12,24 | 171:3,8,18 | 170:14 |
| 29:24 30:16 | 144:4 145:2 | 172:10 | **appear** 121:3 |
| 31:19 32:4,19 | 146:13 150:25 | **amount** 23:24 | 141:11 144:18 |
| 32:20 34:16,24 | 154:8 164:9,22 | 37:15 132:14 | 149:10 155:23 |
| 36:25 37:2 | 165:4,12 166:4 | **analogy** 126:6 | 158:13 |
| 39:21 40:15,19 | 166:7 | **analysis** 15:2 | **appears** 60:15 |
| 40:23,24 41:7 | **airport's** 35:3 | 24:24 | 93:23 97:13,20 |
| 41:17,22,24 | 132:3 | **analyze** 160:7 | 118:10 120:15 |
| 42:12 43:15,17 | **airports** 87:10 | **anca** 62:16,23 | 121:10 143:7 |
| 43:22,25 44:14 | **al** 178:2 | **andrew** 81:2 | 144:10 150:2 |
| 44:17 46:19 | **alan** 53:17 | 82:2 85:13 | 151:6 155:22 |
| 47:10,15,18 | **alerted** 79:22 | **andy** 53:13 | 156:13,21 |
| 48:4,8 51:21 | **alex** 83:15 | **annual** 44:18 | 170:3 |
| 58:6 60:20 | **alike** 150:3 | **answer** 5:11 | **applicability** |
| 64:17 66:4 | **allowed** 105:12 | 45:13 59:12 | 160:20 164:6 |
| 74:16,17,19,19 | 145:11 | 60:6 159:8 | 164:18 165:10 |
| 76:3,23,24 | **allows** 26:4 | **answered** | **applied** 43:25 |
| 79:15 82:13,15 | 34:13,14 | 141:7 | **apply** 8:14 |
| 83:7,24,25 | **alternate** | **answering** | 75:11 128:24 |
| 84:9 87:8,9,16 | 106:24 | 72:23 | 128:25,25 |
| 87:19,25 88:6 | | | 142:8 164:8,19 |

164:21 165:3,4
165:12,22
166:21,23
167:11
**appoint** 90:13
**appreciate** 59:2
**appreciating**
121:25
**approach** 30:2
**approached**
19:24
**appropriate**
100:25 167:11
**approval** 28:23
31:4 34:11
49:14,25 50:11
53:11 55:8,16
56:19,20 57:4
57:5,23 59:6
88:3,20 116:21
158:21 161:23
161:24 169:16
172:8
**approve** 90:7
160:11
**approved**
51:15 53:4
55:3 170:10
**approximate**
80:7
**april** 78:14,14
89:4,10,25
91:7,7 92:9
93:9,16,22
95:20 96:18

**arbitrarily**
105:14
**ardsley** 132:17
**area** 21:5 29:21
29:22 51:9
71:18 83:15
92:23 105:13
129:23 136:7
137:8
**areas** 13:22
14:22 69:21
136:10
**argue** 120:17
**arises** 102:22
**arrangement**
21:18
**aside** 72:16
**asked** 13:16
49:22 58:16
59:8 67:7
78:23 100:4
102:4 111:13
114:25 141:6
163:15 169:14
**asking** 4:19,22
13:6 23:12
39:3 42:20
52:20 77:21
102:17 103:13
107:19 121:19
122:7 156:9
**aspect** 118:21
121:25 123:15
**aspirations**
16:25 28:21

**assembly** 6:15
54:7 56:12
160:13,14
**assert** 108:2
**asserted** 63:2
105:3,4
**assertion**
106:23 118:18
145:9
**assertions**
121:16
**asserts** 53:23
68:10 104:23
**assessment**
96:23
**asset** 30:16
124:2 133:10
133:11
**assigned** 69:21
**assignment**
71:11
**assignments**
99:25
**assistant** 70:4,5
70:11 71:4,14
71:15,15 83:15
84:14,15
**assistants** 71:9
**assume** 9:10,11
32:16 33:8,8
37:15 44:20
47:12 51:6
52:24 53:13
58:24 63:10
92:5 95:19,22

104:5 111:11
113:4 115:2
121:13 144:22
147:12 149:17
164:2
**assuming** 10:21
31:9 85:10
95:9
**assumption**
95:20 145:25
**astorino** 21:7
**attempted**
66:17
**attended** 56:13
**attention** 39:20
48:21 138:11
**attorney** 1:20
2:10,10 34:10
36:24 53:18,19
54:15,15 55:13
55:21 59:4
66:12 100:21
102:19,20
105:23 147:22
148:9 168:10
**attorney's**
53:22 96:14
147:9,13,19
**attorneys** 2:4
**audit** 44:18
**author** 63:4
**authority** 38:21
88:16 104:4,10
105:10,20
106:15 107:8

117:3 120:21
121:21 126:2,4
126:18 128:2
128:18 133:16
136:24 137:5,8
140:4
**authorization**
100:11 116:17
141:21
**authorize**
141:18 145:16
**authorized**
3:11 51:19
116:19
**authorizes**   34:9
**authorizing**
26:3
**available**   18:25
153:18
**avenue**   1:20 2:5
2:11
**avenues**   108:3
**aviation**   15:20
17:21 18:4
32:3,12 75:12
82:17,24 94:11
149:2 150:17
175:21
**aviva**   96:2,6
106:7
**avports**   87:2,4
87:18 89:24
90:21 91:22
92:3,9 94:20
104:23 114:17

138:8 139:16
140:3 143:8
147:14,16
148:3
**aware**   7:18
8:19 10:5,12
10:17,23,25
12:17 21:6,10
21:12,16 22:2
37:12,18,24
38:4,9 40:18
56:2 77:19
80:21 82:9
113:7 115:18
116:25 144:14
149:20 151:23
152:4,7 167:9

**b**

**b**   1:3 2:6 51:25
175:2
**back**   7:24
20:21 21:17
42:8 46:19
52:10 55:17
57:16,23 58:9
58:21 59:5
60:21 76:9
77:25 80:24
97:23 99:25
108:12 115:11
115:14,17
116:3 124:5
154:10 161:15
162:22 169:15
170:19 171:10

**backdrop**
95:23
**background**
28:20 121:24
133:7
**backup**   43:20
83:2
**balance**   127:13
**balancing**
125:14 131:24
**barr**   83:13 86:9
136:8
**base**   16:23
**based**   9:4 18:19
29:10 38:19
45:25 62:8,9
62:10,11 121:5
124:9,14 153:8
**basic**   42:25
**basically**
166:17
**basis**   91:8
**bass**   81:10
84:17
**bates**   47:3
**becoming**
41:14
**began**   135:2
**beginning**
14:23 54:23
55:2 99:13
108:6
**begins**   48:25
50:9,14 55:5
154:13

**behalf**   116:5
**believe**   34:24
45:15 61:13,15
61:17 63:6
76:18 79:4
110:17 121:20
128:4 131:23
137:4
**believes**   105:19
**benchmark**
7:12
**benefit**   58:12
127:19 128:17
132:20 142:18
151:25
**benjamin**
143:19
**best**   4:23 5:9
61:18 79:20
**better**   29:23
96:22
**beyond**   9:16
141:10
**bidder**   25:11
**biden**   113:7
**big**   99:7
**bigger**   26:6
**bill**   55:25 171:9
**bin**   101:21
**bins**   88:15
101:7
**bipartisan**   65:3
**birth**   90:14
**bit**   5:9 12:3
24:16 31:15

97:25
**blade**  1:4 20:15
  20:17,25 79:17
  82:10 108:13
  114:23,25
  136:3 137:24
  138:7,18,23,25
  140:23 151:25
  152:11,12,13
**blah**  55:17,17
  55:17 132:5,5
  132:5 166:15
  166:15,15
**blind**  16:14
**blood**  177:16
**board**  10:6,13
  10:14 11:4,6
  30:23,25 31:4
  34:11 47:19
  49:8,18,24
  51:12 52:7,11
  53:16,20,21
  54:4,12 55:22
  55:24 56:21
  64:14,24 69:8
  74:17 76:23,24
  81:21 83:7,13
  83:24 84:2,6
  92:7 107:6,12
  169:11 172:5
**boards**  83:22
**boat**  132:11
**body**  78:12
  106:13

**border**  131:25
**boss**  85:6
**boston**  41:3
  125:11
**bottom**  44:13
  47:2 65:19
  74:6,8 104:22
**box**  113:7
**bradbury**
  78:14,21 80:12
  83:16 85:15
  108:12 112:25
  152:12 175:14
**branch**  10:3
  12:13 40:6
  42:17 48:16
  54:10 66:11
  112:8
**branches**  112:5
  112:10
**break**  5:16 7:20
  168:25
**breakdowns**
  43:16,19
**breaks**  118:17
  127:7
**brief**  49:10
  131:7
**briefed**  12:13
  133:4
**briefing**  23:4
  136:19
**briefly**  5:25
  6:24

**briefs**  133:4
**bring**  48:17
  168:12
**broader**  161:3
**broadly**  34:22
**brook**  16:14
  38:8 39:17
  74:15,16 79:3
  79:10 130:21
  136:2
**brought**  39:19
**bucket**  89:22
  142:6
**budget**  21:22
  42:15,16,20,23
  43:15,16,18,24
  44:13,15 71:14
**budgetary**  15:8
  71:11
**buffalo**  112:11
**build**  124:19
**building**  29:6
  112:14 127:3,4
  127:5 164:11
  164:24 165:6
  165:17 166:15
**buildings**  26:4
**bullets**  62:8
**bunch**  14:16
**bureaucratic**
  111:22
**bus**  86:2,5
**business**  19:10
  28:19,20,22
  29:11 31:23

71:12,16
  121:24,25
  122:3,8,19
  124:8,9,9,14,16
  125:2,23 126:3
  126:24 127:14
  133:8 134:20
**businesses**  16:4
  30:15 125:3

**c**

**c**  2:2 51:25
  174:2 177:2,2
**call**  63:3 64:17
  68:7 81:13
  91:7,17,18
  98:12 112:24
  135:2 136:25
  150:23 172:4
**called**  4:2 7:12
  40:22 73:6
  87:2
**calling**  145:7
  145:18
**calls**  102:13
  134:24
**camillo**  129:16
  131:21
**campaign**
  13:17,20 14:2
  17:10 25:4
  26:11 28:7
  56:13,16
**canaan**  130:15
**candid**  56:11

**candidacy**
  21:23
**candidate**
  21:14
**candidly**  68:20
**capacities**
  83:22
**capitalistic**
  127:15
**cards**  71:12,16
**care**  130:3,4
**career**  6:25
  7:14 40:16
**careful**  35:17
**carrier**  75:13
**carriers**  40:25
**case**  1:6 7:19
  25:8 46:21
  63:10 96:18
  97:2 104:7
  105:15 110:6
  110:24 119:9
  121:10,14
  128:11 141:3,3
  145:5 152:5
  161:13,14
  178:2
**cases**  30:21
  102:21 146:4
**castle**  130:21
  136:11
**categorically**
  94:12
**category**
  120:10

**cc's**  98:2,3
  100:14 139:23
  143:14
**cease**  118:15,20
  118:23 119:16
  120:2,6,22
  141:19,25
  142:8 145:7,18
**centering**  42:8
**central**  32:21
  32:22
**ceo**  98:13
**certain**  8:13,22
  9:2 10:8 15:5
  28:21,24 30:24
  35:9 36:25
  48:4 69:21
  78:25 90:16
  92:23 103:21
  104:24 105:2
  107:13 122:9
  125:20 126:2
  126:11 127:18
  127:25 128:6
  135:4 145:12
**certainly**  19:20
  33:15 39:3
  42:25 75:19
  79:14 81:16
  111:13 136:5
  149:18 169:5
  172:15
**certainty**
  148:12

**certification**
  3:8
**certify**  174:4,8
  177:9,14
**cfr**  94:8
**chain**  74:4
  75:21 77:20
**chair**  84:2,5
**chairman**
  55:24 76:7,22
  172:5
**challenged**
  170:5
**challenges**
  167:9
**chamber**  69:15
**chaminski**
  109:20
**chance**  25:7
**change**  8:15
  51:3 57:20
  61:23 91:13
  169:6,11 178:5
**changed**  8:17
  17:7 31:21
  32:4 169:3
  171:15,21,22
**changes**  52:6
  52:19 57:3,6
  57:11 58:19
  61:9 169:10
  171:25
**changing**  92:20
**channels**  90:21
  90:25

**charter**  1:3,8
  31:25 32:12
  38:19 41:9
  73:14 94:7,10
  178:2
**chatting**  40:14
**check**  91:3
  97:23
**chen**  2:12
**chief**  6:4 60:17
  77:9 81:3
  98:12
**choose**  55:8
  140:16
**chooses**  33:17
**chose**  25:9
**chris**  79:8
  80:11,25 83:4
  83:8,8,16
  84:23,24 85:9
  85:12,15
  112:24 152:12
  175:14
**christina**  2:6
**christopher**
  78:13
**chronological**
  74:7
**circumstance**
  145:15
**circumstances**
  33:9 52:14
**city**  6:19 86:3
  123:22,23
  130:11,21

**[civil - components]**                                              Page 9

civil   1:18
clarification
  60:18
clarify   23:5
classified   68:10
clean   5:13
cleanliness
  126:10
clear   47:25
  48:13 94:11
  102:17 117:11
  121:15 122:16
cleared   87:22
clearly   118:17
  133:12
client   100:21
  105:23
close   98:21
  124:3
closely   141:14
closer   29:19
codification
  163:11
codified   67:7
  69:3
codifies   66:25
  162:7 166:18
codify   68:25
coli   126:21
combination
  146:2
come   13:7 14:3
  16:6 26:5,7
  28:20,22 39:24
  40:11 56:5

80:6 89:19
92:15,25,25
96:10 100:4
105:12 110:10
117:4,22,25
120:25 135:14
138:10 161:12
170:18
comes   29:7,9
  51:4,10 120:24
  126:25 134:15
comfort   86:14
comfortable
  27:15 89:13
  91:12
coming   126:20
  129:5 139:6
  146:6
commence
  133:17
commenced
  12:20
comment   50:23
  72:20 95:5
commercial
  15:19 17:19,25
  22:12 32:19
  38:17,18 41:5
  82:16,23
  101:15 105:13
  118:19 120:8,9
  125:10 128:21
  139:8
commercially
  31:25

commission
  178:25
commissioner
  69:13,25 70:2
  87:14 95:25
  99:2,4,20
commissions
  83:23
committee   34:8
  36:23 56:5,10
  64:14,15 65:16
  65:23 66:9
  68:23 74:16
  79:25 80:6,19
  89:20 90:4
  93:3 157:9
  162:17 168:11
  175:8
committee's
  67:12
committees
  64:18,22 65:12
common   40:4
communicate
  88:5 109:10
  148:11
communicated
  94:19
communicates
  48:16
communicating
  76:22
communication
  77:25 90:20
  91:25 129:13

138:5 139:12
139:13
communicati...
  39:11,13 79:3
  102:15
communities
  130:12
community
  18:10 39:25
  122:19
commuter
  123:22
companies
  41:10
company   7:12
  87:2
compare   59:14
  154:18 157:24
  171:13,16
compares
  157:13
compete   109:12
completely
  109:8,14
compliance
  72:2
complicated
  32:9
complication
  17:9
component
  147:24
components
  32:16

conceivably
  82:22
concept   8:3,10
  25:18
concern   76:2
  77:6 83:18
  163:7
concerned
  74:19
concerns   32:5
  41:25
conclude   62:12
concluded
  173:9
conclusion
  75:10 139:17
conditions
  126:14
conduct   134:20
  145:10
confer   133:23
conference
  2:14,15
confidence
  90:13
confident
  103:16
confidentiality
  38:24
configuration
  169:5
confirm   94:6
conflict   34:25
  54:11 117:17

conformity
  35:10
congressman
  172:17
connecticut
  29:17 99:6
  129:12,25
  130:5 131:2,10
  131:14 132:21
  133:12,24
  134:4
connection
  36:7
consensus
  164:3
consent   48:5,7
  65:24
consider   58:8
  109:15 156:8
  172:25
consideration
  31:12,17
considerations
  31:10
considered
  87:21 130:18
consistent
  57:13 92:24
  140:6 163:8,9
construct   27:3
construction
  26:3
consult   52:12
  54:14 102:23
  102:24 133:23

134:7 160:9
consultation
  136:14 147:9
  148:10
consulted
  117:6 135:23
consulting
  100:3
consults   91:22
contact   84:24
  85:24 134:16
contacting   77:8
contain   43:16
contained
  37:13
contemporary
  21:23
content   154:25
context   13:16
  17:10 46:23
  128:8 152:10
continue   63:18
  153:10,20
continued   15:7
contract   88:24
contracted
  87:7 148:3
contributes
  18:9
convenience
  132:7
convenient
  125:9
conversant
  13:20

conversation
  23:22 80:5
  89:9,10 91:16
  96:17 100:20
  106:17,20
  112:18 136:4
  136:13,15
  140:18 142:14
conversational
  5:9 112:3
conversations
  39:11,12 56:17
  100:23 101:3
  103:15,21
  106:14 107:11
  131:20
convey   64:25
  65:2 86:4
  88:11 96:19
  111:9
conveyance
  34:13 46:17
  49:16 64:12,13
  67:22 75:16,17
  79:19 80:17
  85:11 100:15
conveyances
  11:20
conveyed   94:4
  95:16 119:23
conveying
  78:21
convinced
  168:14

coo   98:12,14
cooperative
  172:16,20
copied   47:20
  72:7 84:22,23
  85:4 86:7,8
  100:19 103:9
  109:18 115:23
  116:22 140:10
  144:10
copies   116:11
copy   3:14,17
  79:24
corner   65:8
corporate   7:13
  31:23 32:12
  41:12 93:24
  132:8
corporation
  7:9,10
corporations
  7:6,7 19:8
  29:21 41:13
  115:2 123:19
  125:7 144:25
correct   9:21
  33:4 99:20
  100:8 126:15
  126:16 143:17
  147:21 155:9
  155:24 158:10
  174:9
corrections
  14:17

corresponden...
  55:18
council   6:19
counsel   3:6,17
  30:25 31:3
  38:2 53:16
  54:5,7,8 55:13
  60:17 63:5
  102:15 172:18
  175:24
counter   108:4
county   1:8,8,20
  2:10 5:21 6:5,8
  6:17 8:21 9:5
  9:19,22,24
  10:3,7,11 11:3
  11:6,11,15,24
  12:6,9,19 13:8
  13:13,17,23
  14:7 16:5
  21:25 22:3,15
  22:22 23:7,11
  23:22 24:2
  28:23,23 29:15
  29:16,24 33:5
  34:10 35:5
  36:24 40:21
  41:14,16,20,21
  42:9,23 43:7
  43:12,22,24
  44:2,13,21
  45:17,21,22
  46:18 47:10,14
  50:12,22 51:2
  51:16 53:13,18

  53:19,22 54:14
  54:15,16 55:4
  55:13,14,20
  56:22 59:4
  60:20 61:9
  62:12,25 64:17
  66:11,16,19
  71:5 75:10
  76:24 77:5
  81:21 83:14,18
  85:25 86:2,4,8
  86:16 87:9
  90:21 94:20
  95:16 96:14
  98:16 99:23
  100:12 101:18
  103:20 104:17
  105:19 110:5,8
  112:11 116:17
  118:5 120:12
  122:21 123:11
  123:19 124:2
  127:23 128:2
  129:11,12,14
  129:23,24
  130:8,9 131:16
  133:16,22
  134:25 136:7
  136:23 145:16
  146:11 147:9
  147:13,16,19
  147:22,24
  148:4,9 149:15
  149:19 151:17
  153:13,16

  154:7 156:6
  159:18 161:9
  163:11,18
  167:6,7,24
  168:4,10 170:6
  177:5 178:2
county's   62:15
  104:23 140:3
couple   28:10
  79:19 96:3
  99:10 134:21
  144:21 157:3
course   13:19
  40:10 54:24
  100:6,21
  101:17 108:25
  112:21 172:3
court   1:2 3:13
  5:3,12 9:12,17
  104:6 109:25
  110:2 128:11
  163:10
coverage   166:4
covered   15:10
  38:24
covid   17:5
  26:13 135:3
craft   53:11
cranny   42:18
create   105:11
  117:21 127:21
created   17:9
  62:24 88:2,2
  88:12

**creating**  117:20
 156:22
**critical**  109:22
**cunzio**  136:11
**curfew**  57:22
 57:25 58:2,4,8
 59:11 105:5,8
 105:9 157:6
**current**  5:20
 52:8 58:16
 89:4 106:7
**currently**  66:21
 69:12 84:18
**cursory**  60:7
**cv**  1:7

**d**

**d**  1:3 3:2 51:25
 174:2 176:2
**darien**  130:15
**date**  1:11 10:3
 11:8 33:24
 37:15 45:5
 59:21 63:23
 70:24 73:24
 77:23 78:7
 86:24 97:8
 113:17,25
 135:13 137:14
 142:24 148:22
 150:12 151:7
 154:2 169:22
 171:6 178:3
**dated**  21:17
 37:8,20 45:18
 71:20 93:15

 113:25 137:20
 137:21 143:8
 150:15 151:6
**david**  2:12
 93:25 100:10
**day**  11:21
 26:11 40:25
 47:17,18 48:9
 53:10,13,14,17
 55:14,15,25
 60:16 77:15
 87:8,8,15,15,17
 87:17 98:14,14
 106:7,8,18,18
 109:16,23
 115:25 174:19
 177:20 178:22
**days**  3:16 40:22
 137:20
**dc10**  26:22
**deal**  14:5 16:21
 24:7
**dealing**  16:4
 112:9
**dealt**  23:19
 24:4,6 39:8
 124:2
**debate**  11:17
 20:5 24:12
 27:20 163:25
 169:8
**debated**  168:19
**december**  6:14
 6:16,18,20

**decent**  169:6
**decided**  9:17
 24:9
**decision**  22:16
 22:22,23,25
 24:13 31:6
 39:6 104:7
 107:12 112:13
 122:10 129:8
 172:4
**decisions**  22:21
 107:18 109:16
**defendant**  1:9
 1:15 2:10
**defensible**
 109:25 110:2
**deficiencies**
 126:15,17
**deficient**
 126:14 127:6
**define**  25:16,20
 161:10 169:24
 172:11
**defined**  32:6
 160:22 161:4
 171:17
**defining**  155:20
**definitely**  60:5
**definition**
 27:11 154:17
 154:18 157:21
 157:25 158:9
 158:16 162:4
 162:18 166:9
 166:24 169:19

**definitions**
 163:14
**degree**  88:25
 112:2
**delta**  171:17
**delux**  1:3 94:10
 178:2
**demand**  19:7
 29:17 94:7,13
**demonstrate**
 65:25
**denied**  66:19
**department**
 12:11 14:9,11
 14:18,21 39:22
 53:9 67:23
 68:9 69:13
 75:18 77:5,8
 87:12,23 99:3
 99:9 100:5
 126:7 148:5,7
**department's**
 75:10
**departments**
 12:15 98:16,17
**depend**  88:4
**depending**
 28:25 29:2
 30:23 89:11
**depends**  52:13
 87:20 88:13,20
 89:21 96:16
 106:19 162:4
**depicted**
 114:17

**[depose - discussed]** Page 13

**depose** 172:16
**deposing** 109:5
**deposition** 1:15
  3:8,9,14 46:24
  78:23 110:10
  129:5 152:22
  153:10 173:4
  178:3
**deputy** 14:6,8
  14:14 24:21
  60:17 69:13,25
  70:2 80:9
  81:23 84:14
  98:19 103:19
**describe** 24:15
  68:15 101:25
  102:9 104:14
**described**
  27:19,25 70:6
  100:16
**describes** 119:6
**description**
  163:13 175:7
**design** 155:6,21
**designation**
  155:4
**desire** 67:3
**desist** 118:15
  118:21,23
  119:17 120:2,6
  120:23 141:19
  141:25 142:8
  145:7,19
**desk** 117:22

**detail** 23:20
  46:19,21 144:3
  160:7 166:12
**detailed** 46:16
  68:12
**details** 95:23
  162:3,19
**determination**
  161:16
**determine** 30:5
  30:19 32:15
  50:25 55:10,15
  55:21 89:7
  108:16 126:13
  128:12,13
  139:20 159:6
  172:18
**determined**
  110:23
**determines**
  57:9
**detroit** 41:4
**develop** 86:19
**developing**
  72:2
**development**
  16:3 93:25
  99:5 122:18,22
**dialog** 12:14
  50:25 52:2,22
  52:23,25 79:12
  89:3 110:15
  111:23 132:25
  134:4,13
  135:15 136:6,8

160:2,12,15
161:8,12,15
**die** 127:8
**difference**
  118:7 121:22
  122:2 150:4
  154:24
**differences**
  113:21 115:10
  115:21 155:2
**different** 6:8
  11:12 12:8
  14:16 18:5,6
  18:11 19:14
  25:18,25 27:9
  27:9 28:24
  29:8 41:7
  50:14 54:5
  68:25 75:25
  82:11,21 84:19
  85:3 88:19
  90:10,18
  106:25 107:2,5
  107:14 109:14
  119:15 127:24
  134:25 139:3
  142:6 154:19
  154:23 157:11
  169:4
**differentiation**
  56:4 163:19
**differently**
  90:10
**differing**
  106:15

**diligence** 24:11
  113:9
**direct** 12:6
  48:20 70:11
  131:19 134:16
  142:17
**directed** 34:22
**directing** 50:8
**direction** 25:2
  25:9 89:14
  112:2
**directly** 81:4
  85:9,25 87:11
  90:6 91:7,19
  102:20 131:21
  148:5
**director** 12:10
  14:7,8,13,14
  24:21 36:25
  71:17 80:9,14
  81:11,23 84:15
  84:18 96:7
  98:7,8,20
**disclosure**
  102:14
**discovery**
  111:11,14
  113:5
**discuss** 39:23
  54:18 90:7
  102:22 169:9
**discussed** 19:23
  37:25 76:9
  101:11 117:5
  162:16 170:17

discusses
168:12
discussion
11:16 16:6
20:5,6 21:3
24:12 30:19
38:22 55:12
56:5 69:10
93:2 94:6 96:9
96:11,20
100:24 103:10
103:11 106:5
107:17 123:14
135:25 140:11
152:10,19
156:21 162:10
162:12 163:25
167:4,20
169:21 172:23
173:2,5
discussions
24:25 40:6
53:15 101:23
102:10 105:22
105:25,25
114:13 130:20
140:7,9 144:23
163:4 168:18
distant   11:7
163:5
distinct   109:2
district   1:2,2
41:22 42:6
43:5,7,10

document
33:22 35:19,23
45:3,8,16,18
47:16 48:21
49:21 50:2,24
51:7,11,15
53:23 59:19
60:4,8,10,14
62:3 63:21
64:8,25 66:25
67:8,14 70:22
73:22 78:5
79:16,18,21
86:22 94:24
97:6 110:14,21
113:15 115:6
137:12 140:18
142:22 146:21
148:15,20
150:10,21
153:24 161:18
161:20,21
162:5,8,10
163:3,8,17
171:6,8,19
175:9,10,11,15
175:17,23
documentation
111:15
documents
11:20 13:25
14:25 23:20
43:20 44:23
48:12 77:24
113:8 146:2,18

169:24 170:3
170:23 176:8,9
doe   135:10
doing   4:25
58:12 86:14
110:21 118:16
120:21 121:2,7
121:8,18,20
122:3,6,8,9
131:5 137:7
142:7,9
domain   20:3
107:16
door   127:22,25
167:5,7
dorf   2:4
dotted   133:9
double   97:23
doubt   122:23
downstairs
53:21
dpw   14:21
24:18
dpwt   92:8
95:25 147:17
147:18
drabinsky
93:25 100:10
100:15 103:9
draft   49:6,12
49:23 52:25
56:18,25
drafted   111:9
drainage   30:12

draw   163:19
drinking   16:11
drive   29:20
drives   129:8
due   24:11
duly   4:3 174:5
177:11
duties   5:25
69:17

**e**

e   2:2,2 3:2,2 4:2
4:2,2 70:14,15
71:2,3,20 74:4
74:7,21 75:4
75:21,23 76:4
76:8,13 77:13
77:14,20 78:13
78:13,18 79:24
82:6,8 85:3,12
85:19 93:15,23
94:4 97:19
100:18 101:4
103:25 114:8
114:24 115:13
126:21 174:2
175:2,12,13
176:2 177:2,2
earlier   37:17
37:22 40:13
48:10,17 56:2
64:20 68:22
74:25 78:22
79:5 82:14
114:19 140:6
152:6 154:14

**[earlier - example]**                                                      Page 15

157:5
**early** 7:14 21:3
**ease** 47:4
**easier** 29:20
**easily** 106:9
  112:16
**easy** 32:3 91:5
**economic** 16:2
  18:10 30:14
  99:5 122:18,21
  123:15
**effect** 3:12,15
  61:11 62:13
  66:4 120:13
**effort** 66:18
**efforts** 96:4
**eight** 14:12
**either** 15:23
  18:9 19:15
  39:20 77:17
  102:18 104:8
  115:23 119:4
  128:24 136:16
  145:10 161:18
  165:5
**elected** 6:4,10
  6:21,24 86:9
**elective** 7:3
**element** 15:19
  15:20 16:5
  82:22 120:19
  121:14
**elements** 26:10
  50:2 124:3
  147:15 162:24

**ellen** 79:19 80:8
  81:23 84:12
  85:4
**elude** 116:23
  126:5
**eluded** 64:20
  82:14 114:18
  122:14 144:13
  149:6
**eluding** 77:4
**embedded**
  88:10
**emergency**
  69:14
**emily** 69:20
  80:20 89:16
  91:2 92:4
  96:11 98:18,19
  98:22 106:9
**employ** 122:4
**employed**
  123:17 124:18
**enact** 9:6 156:9
**enacted** 49:7
  154:14 167:13
**enacting** 156:9
**ended** 8:25
**endorsing**
  59:11
**enforce** 105:20
  110:19 127:18
**enforcing**
  137:4
**enjoy** 125:9

**ensue** 52:23
**ensued** 52:2
**ensure** 32:9
**enterprise**
  43:23
**entire** 99:12
**entirety** 105:15
**entities** 16:22
  34:24 58:7
  82:12 115:2
  119:24 120:14
  132:8 133:24
  134:9,21 166:6
**entitled** 121:5
  148:9
**entity** 8:16
  20:25 22:17,23
  22:25 44:4
  73:5 82:10
  115:18 117:24
  118:10 120:24
  125:15 147:23
  150:16,18
  152:14
**environment**
  27:15
**environmental**
  15:21 16:9
  18:9 30:8
  68:14
**equipment**
  26:4,18,20,24
**equivalent**
  130:8

**errata** 178:1
**esq** 1:19 2:6,6,9
  2:12,12,14,15
**essence** 81:6
**establish**
  107:13
**established**
  29:3 38:20
  88:15 106:12
  107:24 118:2
**establishes**
  64:16
**et** 178:2
**evaluate** 24:22
  77:10
**evaluating** 31:7
**events** 103:14
**everybody** 70:8
  83:17 87:25
  91:9
**evil** 128:22
**evolves** 106:20
**exact** 82:8
**exactly** 38:6
  39:15 53:8
  81:13 100:16
  150:3 162:7
**examination**
  4:6 173:8
  176:4 177:10
  177:12
**examined** 4:5
**example** 57:17
  92:6 118:16
  154:17 157:6

**[example - fair]**

164:5

**except** 3:21
113:20

**exception**
165:16

**exceptions**
14:10 99:10,10

**excerpt** 154:6

**executive** 5:21
6:7 7:4 10:3,7
11:11,24 12:9
12:13,14 13:9
13:13,24 14:6
14:7,12 22:2
23:11,25 24:2
24:20,24 39:2
40:5 42:17
47:17 48:15
53:14 54:14,16
55:6,14,20
56:22 64:13
66:11 69:15
71:5 79:25
80:5,15,19
81:9,20 89:19
90:3,9,12 93:2
96:6 102:18
103:20 107:8
107:10 110:5
112:8 127:23
149:19 153:14
153:17 156:6
163:19 167:6

**executive's**
170:6

**executives**
38:10 53:14
90:18 116:19

**exhibit** 33:23
45:4 49:11
59:20 63:22
70:23 73:23
78:6 86:23
97:7 113:16
137:13 142:23
148:21 150:11
153:25 157:21
158:2,4,12,16
175:6,6,8,9,10
175:11,12,13
175:14,15,16
175:17,18,19
175:20,21,23

**exhibits** 139:9
175:4,24

**exist** 31:22
108:3 127:24
128:15 158:12
158:13

**existed** 9:7

**existing** 26:15
28:11,13
117:18 120:16
168:9

**expand** 19:10
29:7 30:3

**expanded**
26:19

**expansion**
25:15,17,21,23

26:2,10 27:8
27:11,13,19,21
74:20

**expect** 5:5
29:25 117:21
141:4,20

**expectations**
16:25

**expected**
148:25 149:4

**expenditures**
44:7

**experience**
29:14 45:25
50:18 52:9
99:8

**expires** 178:25

**explain** 12:3
111:2

**explained**
155:25

**explaining**
119:7

**explains** 46:17

**exploring** 21:8

**exposure** 40:21

**extend** 19:16

**extended** 86:13

**extent** 13:19
45:12 102:13
108:8 125:6
130:11 143:25

**extreme** 124:3

| **f** |

**f** 3:2 157:21
177:2

**faa** 8:23 9:25
10:4 33:14
47:10,24 48:5
48:6,16 49:13
49:20 50:10,25
51:3,15,17,23
52:21 53:3
54:21 55:16
57:2,5,16,23
58:9,21,24
60:15 63:5
65:24,25 130:2
156:8 157:14
157:14 158:21
160:2 161:9,13
161:17,20,22
167:25 169:14
169:16,21
170:9,13 172:8

**faa's** 60:19

**face** 115:20
118:4

**facilities** 27:4

**fact** 46:22,25
50:9 66:16
76:13 86:10
116:21 121:18
123:20 149:6
153:16

**factor** 110:3

**fair** 25:7 37:5
115:16

fairfield 19:5
29:16 124:25
129:11,14
130:7
fairly 125:4
141:14
fall 15:11 42:24
120:9
falls 12:12
88:19 89:22
107:7
familiar 8:2
9:23 10:2
20:15,16,24
29:13 73:5
87:2 93:8,19
94:2,24 95:2,3
114:21 115:7
116:24 143:20
144:8 150:17
150:19,22
151:8 170:13
familiarity
144:2
far 115:17
130:13
fashion 19:17
87:11 131:19
139:4 140:16
favorably
65:16
fbo 18:18,20
20:13 29:4,7,9
32:6 138:18
139:6 145:3

146:9 149:8
150:24
fbo's 18:23,24
19:9,15,19
22:12 28:5,9
28:11,14,19,25
29:4,25 31:7
32:18 34:15
35:10 37:5
38:11,13 40:19
41:8 42:7,12
88:7 101:13
131:16 143:23
144:4 146:6,7
146:16 149:7
149:10,16,20
february 77:17
77:18
federal 1:17
33:3,12,13,17
50:21 75:12
81:21 94:11
feedback 160:6
feel 5:8 57:15
132:19
feelings 27:23
fees 44:9
felt 63:14 85:10
89:13
ferris 81:2 82:3
ffa 159:19
fiduciary
124:17
figure 7:21
103:4

filing 3:7
fill 127:17
final 52:17 65:2
find 19:12
60:16 171:3
finding 47:4
fine 4:16 18:17
89:14
fire 127:7
firm 63:11
first 4:3 7:24
11:2 21:12
37:12 40:18
41:21 42:11,13
42:22 60:8,9
77:24 84:23
91:8 97:18
107:21 115:6
116:4 129:17
149:12 152:13
154:21 157:2
159:2,25 164:7
174:5
fischer 83:12
fit 108:14
five 11:11
113:8
fixed 16:23
18:18
fixing 27:12
flagpole 88:18
89:16
flexibility 9:14
55:15

flexible 27:22
flight 15:24
32:2 41:5,5
57:18 121:12
143:19 146:24
flights 32:11
40:25 92:17
94:6,8,9
121:15 132:4
flip 25:19
floor 69:15
70:8 71:8 81:4
112:15
flow 16:13
103:6
fluid 25:18
fly 41:3
focus 43:4
73:10 97:24
101:19 109:19
119:25 160:16
163:13
focused 22:4
43:7 56:15
foil'd 111:18
folks 85:6
follow 34:20
followed 9:3
23:21 141:14
152:14
following 10:20
10:22 49:8
67:11 68:20
follows 4:5
76:17 112:19

**force** 3:15
34:23
**forefront** 13:7
**foregoing**
174:8
**forgot** 53:18
81:13 84:14
**form** 3:21 8:6
9:9 12:24
13:11 28:17
34:19 35:13,15
35:22 36:5
39:18 50:17
52:4 53:6,24
53:24 54:18
55:21 56:19
57:8 62:21
68:8 94:22
95:18 102:4
109:23 122:13
131:18 134:2
134:12 140:25
141:8,24
145:21 147:20
148:2 151:11
152:3 156:12
158:24 159:22
161:6 166:2
168:10
**formal** 160:5
160:10 161:24
**formalized**
91:24 92:12
93:6

**formally** 20:8
161:19 169:17
**former** 99:2,4
161:11 172:4
**forth** 19:6
52:10 55:18
73:12 77:25
100:3 122:5
161:16 177:11
**forum** 129:20
**forums** 11:18
135:12
**forward** 7:16
14:24 40:7
58:22 66:24
104:20
**found** 113:7
**four** 123:12
**fred** 129:16
131:4,4
**fremd** 2:5
**frequently** 92:3
**friendship**
86:11,12
**front** 138:10
161:20 170:3,8
171:2
**full** 4:21 7:15
22:15 23:24
89:19
**function** 13:14
84:19 104:2
134:17 148:4
**functional**
38:18

**functioning**
15:3
**fund** 43:23
**further** 3:20
29:16 51:25
52:22,23 54:21
57:4 68:2
89:16 132:13
169:16 171:8
174:8 177:14

**g**

**g** 4:2,2
**game** 142:4
**gasparri** 89:4
89:25
**gate** 38:16
**gates** 162:25
**general** 7:24
8:10 9:17
11:14 13:21,22
15:17,20 16:20
17:18,20,23
18:4 19:2
23:21 27:21
29:12 50:19
51:9 82:15,16
82:24 103:11
120:3 127:19
129:23 131:20
140:11 144:11
144:17,23
145:24 146:6
164:2 169:14
**generalist**
31:19

**generalizing**
160:9
**generally** 10:12
36:22 48:6
141:16 150:23
168:7,8
**generated**
16:17,18 23:7
47:16 75:23
83:9
**generously**
152:23
**george** 1:16 4:1
4:10 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1,13
66:1 67:1 68:1

**[george - government]** Page 19

69:1 70:1 71:1
71:5 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
91:7 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1,4
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1

148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1,6 171:1
172:1 173:1,3
174:1,15 175:1
176:1 177:1
178:3,21
**germane** 43:10
**getting** 41:6
79:18 95:8
102:25 104:21
129:21
**give** 25:7 37:14
57:16 75:25
89:13 90:14
98:9 108:8
111:25 113:9
117:3
**given** 30:6
37:15 39:2
55:16 104:4
110:19 111:25
128:2 146:3
153:16 170:2
174:10 177:13

**gives** 68:11
118:16 171:9
**global** 1:4
**go** 6:24 7:24
8:7 9:16 14:10
16:3,14 25:2,9
30:24 32:3,5
39:6 44:22
47:21 53:12
55:22 57:16,22
58:9,21 59:5
60:21 62:2
68:4,18 71:12
82:20 90:24
91:14 109:9
125:10,11
128:19 129:6
130:5 134:17
136:23 145:14
148:9 150:6
153:5 157:14
157:20 162:18
162:22 165:9
169:23 171:10
172:16
**god** 85:2
**goes** 46:19
52:15 91:23
105:16 107:15
107:22 108:12
116:8 126:11
127:4 133:12
**going** 4:18 7:20
7:25 14:24
18:14,15 23:13

25:19 34:3
36:19,20 45:8
45:9,11 48:20
58:22 59:16
60:2 61:6 62:5
64:2,3,23
65:17,20 66:15
67:9 73:10,13
88:9 93:12,16
94:5,14,17
97:24 98:2
104:20 107:24
109:12 115:11
117:20 119:12
120:3 133:14
136:21,25
148:23 151:4
154:10
**good** 4:14,15
5:18 48:22
89:23 90:23
91:20 93:5
94:16 128:22
173:6
**google** 71:23
72:9 73:8
**gotten** 20:2
85:9
**government**
6:5,8 22:3 33:3
33:12,13,17
44:3,21 50:21
50:21 54:6
81:22,25 83:20
84:4 85:2,24

**[government - hereunto]** Page 20

86:4 91:9
98:16 99:23
110:18 112:5,6
112:10 125:25
126:12 127:2,8
127:18 130:8,9
130:24 131:10
131:14 133:9
133:23 134:8
146:12 147:16
160:16 164:3
167:23
**governmental**
133:2
**governments**
85:4
**governor** 112:9
112:9
**governor's**
54:9
**grandfathered**
8:3,11,16
62:15 63:2
**granted** 104:25
163:12
**grasp** 42:25
46:15
**great** 19:7 99:6
144:3 160:7
**greater** 9:6
27:5 89:18
91:22 166:12
**greechan** 87:13
89:11 95:24
99:15 106:6

112:14 139:23
143:15
**greenwich**
129:17,22
130:11,17
132:10,24
135:18
**greet** 172:17
**grimes** 2:6
**ground** 16:16
108:24
**group** 74:18,19
165:21 166:5,5
**growth** 122:22
**guess** 13:5
75:22 77:16
81:12 92:17
118:8
**guessing**
142:15

**h**

**h** 2:12 175:2
**half** 46:11
103:22 115:22
116:2 153:18
163:2
**hand** 30:7 47:2
65:7 98:22
115:11 154:10
177:20
**handed** 59:22
**handing** 33:25
45:6 63:24
70:25 73:25
78:8 97:9

113:18 137:15
142:25 150:13
154:3
**handle** 91:10
**hang** 167:18
**hanger** 19:2,11
29:8
**happen** 17:2
29:11 34:12
48:7 53:4
87:16 96:19
119:12,18,19
119:20 135:16
145:12
**happened** 11:5
40:9 42:2
46:20 55:17
61:20 119:20
140:8 141:13
160:12,13
161:8 169:13
169:17,18
**happening**
13:21 22:3
39:19 108:10
108:13,17
135:10 144:19
**happens** 4:22
14:17,18,19
16:8,12 92:11
110:24 111:2,3
125:18 172:18
**harmonious**
103:2

**harrison**
130:22
**hastings** 132:17
**head** 25:20
83:6 100:4
109:24
**headquarters**
30:17
**heads** 19:20
74:15
**health** 14:18
126:7
**heard** 123:4
152:13 162:10
**hearing** 136:17
**hearings**
107:16 122:25
129:20
**heart** 105:17
**heavier** 26:4,19
26:20
**held** 1:18 5:22
69:10 152:19
167:20 172:23
**help** 73:16
110:10
**helps** 44:13
81:7
**hendrickx**
79:19 80:8
84:12
**hereinbefore**
174:11 177:11
**hereunto**
177:19

**hey** 91:3 172:6
**high** 125:5
**higher** 55:9
**highest** 90:6
**history** 46:17
  60:21
**hmm** 7:22
  31:11 37:10
  75:3 78:17
  133:20 139:24
  147:7
**hold** 6:11
  115:12 154:9
**honest** 158:25
**hospitality** 7:5
**host** 134:25
  162:21
**hour** 115:25
  153:5 163:2
**hours** 152:22
  153:7,18
**hpn** 94:7
**http** 73:13
**hugh** 87:13
  89:11,12 92:4
  93:9 95:24
  96:9 99:15,16
  99:18 100:21
  103:17 107:21
  112:14,16
  116:22 139:23
  143:15
**humorously**
  27:12

**i**

**idea** 160:11,14
**identification**
  33:23 45:4
  59:20 63:22
  70:23 73:23
  78:6 86:23
  97:7 113:16
  137:13 142:23
  148:21 150:11
  153:25
**identified**
  162:20,21
  163:2
**imaginary**
  157:6
**immediately**
  95:24
**impact** 16:9
  18:7 30:9,11
  30:14 68:14,15
  68:17
**impacted** 17:5
**impacts** 15:21
  16:11 30:8,13
  108:19 122:15
  132:19
**imperfect**
  22:14 38:5
**implement**
  27:24 49:25
  81:7
**implementati...**
  53:9 60:23

**implemented**
  9:14 60:25
**implementing**
  117:23
**implications**
  104:15 108:17
  171:24
**important**
  19:13 92:21
  95:11 104:10
  123:25 124:6
  141:12 169:25
  171:24
**impose** 105:5,8
**improve** 28:21
  51:7
**inaction** 50:15
**include** 22:11
  85:13 131:2
**includes** 19:5
  81:19 83:10
**inclusion**
  158:22
**incumbent**
  55:3
**independent**
  54:5
**indicate** 5:17
**indicating**
  71:24
**individual**
  39:24 60:16
  74:8 83:24
  103:15 143:21
  143:22

**individuals**
  19:8 39:25
  79:20 106:14
  116:12 123:6
**industry** 7:5
  58:25 124:13
  124:23
**inform** 40:3
  63:14
**informal**
  103:15 131:4
  161:24 169:20
**informally**
  134:15 160:10
  161:18 169:18
  169:19
**information**
  23:24 76:3
  95:11,14,16
  96:20 103:7
  111:10,10
  138:12 139:21
  176:8,9
**informational**
  145:17 151:3
**informed** 36:24
  39:15 65:23
  66:10,11 81:24
  82:2 115:9
**informing**
  117:13,24
  144:16 145:2
  146:16
**informs** 82:2

**[initial - jetsmarter]**                                                  Page 22

initial   96:16
initially   85:8
   136:3
initiate   34:10
initiative   85:5
input   33:5,8
   129:21 131:6,9
   131:13 135:12
   137:6,7 148:15
inside   32:24
inspector   127:3
instance   61:3
instant   151:21
intelligently
   95:5
intended   19:21
intending
   118:12
intensity   107:3
   107:5
intent   159:4
intention   36:3
interact   17:22
   70:8 115:2
   130:9,14
   135:10
interacting
   80:11
interaction
   32:21 81:17
   83:17
interacts   81:20
interest   135:9
interested
   177:17

interesting
   167:4
interests
   126:25
intergov   80:14
   84:21
intergovernm...
   80:10 81:12,19
   84:16
internal   39:11
   39:13 48:12
   68:2 111:8
internally
   19:24
interpret   54:9
   73:2 108:23
   120:20 139:5
   145:4 159:15
interpretation
   96:13 147:5
interpreted
   101:14 107:23
interrupted
   61:3
interviewed
   109:11
investigate
   80:23
investigation
   139:16 140:21
   141:5,21
involve   17:25
   107:25,25
involved   11:12
   12:2 13:24

21:20 84:21
89:17 95:2
96:15,23 101:3
103:18,20,22
103:22 106:9
119:24 132:23
133:6 135:21
140:9
involvement
   161:17
involves   12:5
   16:10 96:12
   106:17,22
island   16:15,15
   43:8
issue   13:6 24:4
   24:7 28:18
   33:7 38:23
   39:7 40:11
   43:2 48:9
   50:19 72:2
   85:25 87:24
   88:21 89:6
   102:21 118:23
   120:6 136:3
   141:12 160:16
issues   7:19 10:5
   12:2,16 13:15
   14:4,25 15:5,9
   15:9,13,15
   16:20 17:12,15
   17:16 18:9,10
   18:10,14,22
   20:14 22:4,21
   30:6 37:12

41:24 42:4
43:4,6 50:20
52:14 56:15
84:9 111:7
129:14 135:2,4
135:5,21
iteration
   107:21
iterations   6:9
   52:9
itt   7:11

**j**

j   158:6,7,16
jail   13:17
jane   135:10
january   1:11
   5:24 6:13,16
   6:18,20 20:12
   37:8,20 110:9
   177:20
jenkins   80:20
   101:2 109:20
jeopardize   67:4
jet   26:22 32:12
jets   41:12
jetsmarter
   71:25 72:8
   73:6,17 75:12
   75:20 76:8,14
   114:16,20
   115:8,19,23
   116:2,6,9,24
   119:9 121:11
   125:16 128:16
   139:11

**jetsuitex** 1:4
**jim** 135:10
**joan** 69:20,21
   80:20 81:6
   82:3 85:13
   89:16 90:25
   92:4 96:11
   98:3,5,18,21,25
   100:20 103:17
   106:8 109:21
   116:22 139:23
   143:15
**job** 56:14 128:9
**jobs** 30:14 99:7
   123:5
**joe** 113:7
**john** 1:19 2:9
   2:12 100:21
   109:20 116:23
   139:25 143:16
**joined** 99:22
**jonathan** 2:6
   93:7 172:20
**jonathan's** 4:16
**jsx** 1:3 93:25
   94:6 95:3
   100:10 101:9
   105:19 114:8
   114:23 119:6
   139:10
**jsx's** 94:9
**judge** 3:13
   159:10
**judgement**
   32:7

**june** 63:7
**justification**
   95:7

**k**

**kaplan** 63:12
   63:15
**keep** 5:2 18:15
   42:8 67:9
   126:10 133:5
**keeping** 28:6
   81:25 128:6
**ken** 80:20
   89:20 101:2
   103:18,19
   109:19
**key** 57:9
**kind** 29:8 90:17
   131:7 135:15
**kinds** 111:18
**kirsch** 63:12,16
**kitchen** 126:10
   126:12,13
**knew** 41:11
   80:25 86:12
   152:5
**know** 4:17,23
   9:11 10:7 18:6
   21:15 23:23
   25:12 27:20
   29:5,12 31:2
   33:12,13,15
   36:2 41:8,13
   42:19 43:9
   47:15 48:6,12
   50:6 51:10,17

52:8,8 53:2,7,8
54:9 55:12
57:25 60:23
61:21 63:11,16
63:17 70:7,17
72:8,11 73:15
74:11 75:19,20
76:2,15,16,17
77:9 79:9,14
79:17,23 80:3
80:4,16 82:4
82:25 83:3
84:7 86:2,11
86:15,25 87:20
88:14 90:4,7,8
92:2,19,21
93:10,18 98:4
99:15 101:21
102:19 103:12
103:19 106:4
106:20,21
107:2 108:20
110:12 112:4
112:22 113:11
114:15,15,25
115:24 118:6
119:19,25
121:11,15
123:9 125:17
125:18,19,20
129:5,22 131:4
131:6 133:8
136:22 138:9
138:25 139:5
139:19 140:5

140:17 141:2,9
141:14 142:14
142:16,18
144:4,6,20,25
145:17 146:17
147:8,11
149:22 152:5
152:10,14,25
153:5 155:13
158:25 161:7
161:13,14,23
161:24 162:2,2
162:20,23
163:16,17
168:6,18,20
169:12,16,23
169:25 170:15
170:25 172:13
**knowing**
   124:23 148:13
**knowledge**
   39:17 40:4
   61:18 131:12
   135:25 142:17
**knowledgeable**
   43:11 78:24
**known** 13:3,3
   20:25 40:25
   85:15
**knows** 85:2

**l**

**l** 2:6 3:2,2 4:2
   174:2
**ladder** 91:23
   100:17 103:23

**[ladder - law]** Page 24

| | | | |
|---|---|---|---|
| 107:22 | 34:2 35:1 36:1 | 103:1 104:1 | 154:14,19 |
| **laguardia** | 36:16 37:1,11 | 105:1,21 106:1 | 155:1,3,8,22,23 |
| 29:19 | 38:1 39:1 40:1 | 107:1 108:1 | 156:1,3 157:1 |
| **lake** 16:12 | 41:1 42:1 43:1 | 109:1 110:1 | 157:20 158:1 |
| **land** 26:3,22,23 | 44:1,25 45:1,3 | 111:1 112:1 | 159:1 160:1,18 |
| 26:25 28:2 | 45:6,7 46:1 | 113:1,13,15,18 | 161:1 162:1 |
| 108:9 | 47:1 48:1 49:1 | 113:19,19,24 | 163:1 164:1,7 |
| **lanes** 93:3 | 50:1 51:1 52:1 | 113:24,25 | 165:1,18 166:1 |
| **language** 34:21 | 53:1 54:1 55:1 | 114:1,7,9,14 | 167:1 168:1 |
| 52:25 68:24 | 56:1 57:1 58:1 | 115:1,12,13 | 169:1 170:1,6 |
| 120:23 138:17 | 59:1,17,19,22 | 116:1,3,13,15 | 171:1 172:1 |
| 141:25 145:8 | 59:23 60:1,9 | 117:1,7,9 | 173:1 174:1,15 |
| 155:7,19,20 | 61:1 62:1 63:1 | 118:1 119:1 | 175:1,4 176:1 |
| 156:3,7,14,17 | 63:9,19,21,24 | 120:1 121:1 | 177:1 178:3,21 |
| 157:8 160:4 | 63:25 64:1 | 122:1 123:1 | **latimer's** 173:4 |
| 168:6 | 65:1,14 66:1 | 124:1 125:1 | **launch** 136:22 |
| **large** 110:25 | 67:1 68:1 69:1 | 126:1 127:1 | 137:2 |
| 112:7 127:20 | 70:1,20,22,25 | 128:1 129:1 | **law** 49:7,12 |
| **larger** 166:5,5 | 71:1,2,6 72:1 | 130:1 131:1 | 50:13,13 53:9 |
| **late** 57:20 | 73:1,22,25 | 132:1 133:1 | 54:23,25 55:4 |
| 132:4 | 74:1,2 75:1 | 134:1 135:1 | 55:7,11 63:11 |
| **latimer** 1:16 | 76:1 77:1 78:1 | 136:1 137:1,10 | 66:2 68:9,21 |
| 4:1,10,14 5:1 | 78:3,5,8,9,12 | 137:12,15,16 | 68:24 69:3 |
| 5:19 6:1 7:1,17 | 79:1 80:1 81:1 | 137:19,20 | 75:10,17 77:5 |
| 8:1 9:1 10:1 | 82:1 83:1 84:1 | 138:1 139:1 | 77:8 96:13 |
| 11:1 12:1 13:1 | 85:1 86:1,20 | 140:1 141:1,16 | 102:23,24 |
| 13:5 14:1 15:1 | 86:22,25 87:1 | 142:1,22,25 | 104:6,12 |
| 16:1 17:1 18:1 | 88:1 89:1 90:1 | 143:1,2 144:1 | 106:24 107:14 |
| 18:13 19:1 | 91:1 92:1 93:1 | 145:1,15 146:1 | 107:25 109:25 |
| 20:1 21:1 22:1 | 93:12,13 94:1 | 147:1 148:1,20 | 111:17 128:12 |
| 23:1 24:1 25:1 | 95:1 96:1 97:1 | 148:23 149:1 | 147:6 154:14 |
| 26:1 27:1 28:1 | 97:4,6,9,10,13 | 150:1,2,3,10,13 | 155:10 156:21 |
| 29:1 30:1 31:1 | 97:21 98:1 | 151:1 152:1 | 163:11 167:6,9 |
| 32:1 33:1,20 | 99:1 100:1 | 153:1,24 154:1 | 168:3,4,9,16,25 |
| 33:22,25 34:1 | 101:1 102:1,16 | 154:3,4,10,12 | 170:7,8,19 |

**laws**  35:5 50:20
  130:25 154:7
**lawsuit**  15:10
  15:12 17:14,17
  46:21 60:22
  105:2,7 111:12
  111:14 129:15
  131:11 136:22
  137:2 153:15
  163:9 167:14
**lawyer**  9:12
  53:8 104:13
**lay**  108:9
**layman's**  62:22
**layout**  32:18
**lead**  24:12
  46:20 101:24
  139:16
**leaders**  12:15
**leadership**
  52:12
**lean**  106:23
**leap**  77:18
**learn**  149:12
**learned**  41:19
  42:11
**leave**  72:16
  170:16
**left**  7:13 11:3
  69:24 99:24
  110:11 120:12
  170:18
**legal**  15:2
  34:10 38:25
  53:23 54:10

71:7 76:10
  102:25 104:14
  104:15 106:17
  108:3 109:6
  117:6 120:17
  120:18 148:15
  167:10
**legally**  108:24
  131:2
**legislation**
  12:18 40:8
  53:12 54:13
  56:9,25 64:20
  65:4 67:25
  69:4 133:16,21
  171:11
**legislative**  10:9
  10:10 41:21
  79:11 106:13
  131:22 149:15
**legislator**  9:19
  9:23 10:11
  12:7 41:15,17
  41:20 42:3,9
  42:14,23 54:17
  83:14 86:8
  120:12 136:7
  170:12,18
  171:5
**legislators**  10:6
  10:14,15 11:4
  11:6 12:19
  30:23 31:5
  34:12 43:3
  47:20 49:8,18

49:25 51:12
  52:7,11 53:20
  53:21 54:4,12
  55:23 64:14,24
  81:22 86:16
  107:7,12
  136:23 169:5,7
**legislature**  6:17
  23:23 37:13
  40:21 42:5,17
  43:8 44:18
  45:18,21,23
  48:14,18,18
  50:15 51:5
  52:18 55:5
  79:12 107:25
  156:9,19
  168:11 169:8
  171:5 172:2
**lengthening**
  26:16
**letter**  40:2
  53:11 63:4,8
  75:16 83:9
  97:14,19
  100:10 103:10
  109:18 114:12
  114:17 116:5
  116:16 117:12
  117:12 118:4
  118:21 119:5
  119:17,22
  120:2 121:13
  137:16 138:8
  138:21,24

139:17 140:2,4
  140:22 141:14
  141:19,22
  142:9 143:8
  144:7,9,10,21
  145:5,13,17,19
  145:23 146:8
  147:17 149:9
  149:24 150:14
  151:3,9,13,15
  152:11 175:14
  175:16,18,19
  175:20,22
**letters**  117:19
  119:2,23
  120:24 138:4
  139:4 140:6
  144:13
**level**  8:22 13:21
  13:24 16:16,18
  18:8 22:10
  26:24 42:6
  55:9 96:11
  107:2,5 112:23
  117:8 118:23
  119:15 120:4
  122:9 124:11
  125:5 126:11
  127:2,12
  130:10 132:5
  132:23 136:6
**levels**  54:6
**liaison**  76:19
  96:2,4

**light**   32:12 44:6
  108:21
**likely**   76:25
  79:6 89:9,10
  91:2 103:14
  133:10 152:13
**limit**   23:14
**limitation**
  156:16 157:2
**limitations**
  61:10
**limited**   16:10
**limiting**   173:3
**line**   10:22
  44:13 97:18
  104:22 110:16
  116:4 130:16
  176:14 178:5
**lines**   27:25
  123:23 133:9
**lisa**   1:21 177:7
  177:24
**list**   19:21 31:9
  85:11
**listed**   31:8
**listen**   35:21
**listened**   122:24
**listing**   18:14
**litigate**   38:21
**litigated**   7:19
  105:17
**litigating**   104:2
**litigation**   8:20
  8:25 12:19
  34:15,21 39:6

104:3 106:25
  133:17 135:7
  135:21 151:16
  151:21
**little**   11:19
  31:15 97:24
  112:11
**live**   15:23
  29:20 58:2
  125:8 129:22
  132:17,18
**lives**   84:9
  134:17
**llc**   1:3,4 150:17
  175:22 178:1
**llp**   2:4
**local**   34:9
  36:12 50:12,13
  54:22,25 55:4
  66:2 68:21
  81:22,24 84:24
  84:25 127:2
  130:8 154:7
  155:10 168:3
**locals**   136:17
  137:3
**location**   170:22
**logical**   100:19
  172:13
**long**   5:16,22
  16:15,15 43:8
  69:24 75:5
  79:9,9 85:17
  92:11 129:3,6
  149:13

**longer**   26:5
**look**   30:4,7,9
  30:10,12,13,15
  32:14 34:3
  44:4,5,6,15
  45:13 46:25
  47:2,15 48:11
  49:22 50:23
  58:17,18 59:24
  64:2 71:3,12
  71:13,16 73:8
  78:9 86:7
  97:10 98:2
  108:15 113:21
  133:8 137:17
  143:5 146:2
  150:3 151:5
  154:5,16 155:9
  155:14 162:23
  163:21 164:4,7
**looked**   57:10
  97:23 124:12
  169:2 171:13
**looking**   14:24
  21:4 27:18
  45:24 47:19
  65:20 74:22
  100:13 103:6
  116:3 139:2
  149:10 156:17
  160:4 163:17
**looks**   46:16
  71:20,23 72:14
  77:22 92:23
  96:10 143:18

147:20
**loop**   96:8,22
**looped**   97:3
**lord**   110:10
**lose**   157:10
**loss**   105:9
**lost**   66:20
  105:2,3
**lot**   8:2 104:16
  112:22 126:8
  163:25
**lottery**   38:15
  162:20
**lucrative**   19:6
  124:24

**m**

**m**   1:19 2:9,12
  4:2
**macquarie**
  21:20 24:4,23
  25:7,10
**made**   21:12
  26:14,17 30:22
  37:12 38:9
  39:5 43:25
  58:23 61:19,22
  78:24 80:21
  82:20 98:4
  107:19 114:20
  119:21,23
  148:16 153:17
  160:10 170:4
  172:9
**magnitude**
  89:18 90:6

91:22 103:17
**mahmoud** 2:14
**mail** 70:14,15
  71:2,3,20 74:4
  74:7,21 75:4
  75:21,23 76:4
  76:8,13 77:13
  78:13,13,18
  79:24 82:6,8
  85:12,19 93:15
  93:23 94:4
  97:19 100:18
  101:4 103:25
  114:8,24
  115:13 175:12
  175:13
**mails** 77:14,20
  85:3
**main** 43:24
  78:12
**maintain** 8:22
  48:4
**major** 7:7
  29:21 41:12,23
  101:6 123:18
**make** 5:10,11
  22:21 25:8
  44:11,12 52:19
  57:3,24 58:5
  58:19,20 59:2
  61:9,22,23
  83:3 91:15
  95:6 109:16
  124:20 125:24
  126:5,8,19

127:6,15
  145:24,25
  147:18 148:6
  156:21,25
  157:9,12
  161:16
**maker** 22:22,23
  23:2
**makers** 31:6
  112:14 172:4
**makes** 27:14
  61:23 74:5
  100:19 118:13
  124:21 166:9
  172:13
**making** 22:16
  58:10,13 96:23
  146:9 157:7
  159:12
**malevolent**
  125:22
**manage** 12:5
  87:10 110:7
**management**
  7:12 8:4 12:12
  12:21 13:13
  16:13 24:19
  25:12 47:18
  87:8,15,18,24
  88:18 117:5
**manager** 25:11
  89:4,4,5,24
  90:9 93:21
  95:22 97:15
  143:12 145:2

**manifest**
  112:25
**march** 45:18
  49:21 71:20
  74:21 77:16
  115:14,17
**margaret**
  136:10,16
**marginally**
  22:2
**mark** 33:19
  44:24 73:19
  78:2 113:12
  137:9 142:19
  148:17 150:7
  153:22
**marked** 33:22
  34:2 45:3,7
  59:19 63:21,25
  70:20,22 73:22
  78:5 86:22
  97:6 113:15
  137:12 142:22
  143:2 148:20
  150:10 153:24
  176:13
**market** 19:3,4
  19:6 29:14
  124:13,15,21
  124:24 125:3
**marketing** 7:4
  121:12
**marketplace**
  125:24 133:7

**marks** 148:14
**marriage**
  177:16
**marshall** 83:15
**martine** 1:20
  2:11
**master** 123:3
  129:19,21
  135:9,13,19
**material**
  171:12
**matter** 4:18
  11:14,16 32:9
  39:22 41:17,23
  55:12 101:6
  104:11,11,12
  108:18 117:10
  118:25 122:20
  128:23 162:12
  177:18
**matters** 104:16
**mayor** 83:11
**mcdonald**
  69:20 80:20
  81:6 98:4
  109:21 139:23
  143:15
**mcdonald's**
  98:10
**mean** 15:17
  30:15 34:20
  48:11 73:2
  88:12 101:25
  106:2 108:5,19
  118:24 129:22

**[mean - myriad]** Page 28

160:8 162:16
162:17,22
**meaning** 26:5
162:19
**means** 25:24
27:9 65:15
86:14 109:10
128:5 153:2,3
158:10
**meant** 22:19
84:16 162:8
**meat** 163:4
**mechanism**
95:13,15
**meet** 92:3,4
**meeting** 80:6
92:8 103:8
106:11
**meetings** 56:13
92:6 106:13
111:17
**member** 6:15
6:19 45:22
64:19,21 66:9
83:13,25
**members** 6:6
23:22 48:13
56:3
**memo** 84:13
108:13 111:24
112:19 113:2
115:25 119:14
**memorandum**
47:9 111:9

**memorialize**
111:10
**memory** 11:7,7
38:5
**memos** 90:16
115:21,24
**men** 27:13
**mention** 98:4
160:20
**mentioned**
11:23 14:16
17:11 18:18
28:8 32:25
39:10 40:13
43:13 65:5
83:22 99:16
101:20 117:9
129:10 135:19
**mentioning**
15:14
**merritt** 132:5
**messed** 118:9
**meyer** 96:2
106:7
**micro** 90:9
**mid** 8:25 46:21
104:4,19
**midnight** 57:19
57:19
**midterm** 17:8
**midway** 105:14
**milestones**
133:15
**million** 19:20
19:25 150:20

150:23 151:14
151:17,24
152:16
**mind** 26:2
58:25 82:17
159:12
**minds** 25:18
**minor** 91:6
**minute** 46:10
77:22 102:23
**minutes** 112:16
112:17 128:10
153:4
**mission** 126:22
127:4,5
**mitigate** 68:16
**mm** 5:4 7:22
31:11 37:10
75:3 78:17
133:20 139:24
147:7
**mmm's** 5:4
**mobility** 1:4
137:24
**model** 28:19
29:11 124:9
**modernize** 29:5
**modes** 91:24
**modifications**
51:13,14
156:19
**modifies** 55:18
**modify** 55:19
**moment** 34:4
75:4,6 101:20

115:12 128:14
154:9
**money** 124:20
124:21 126:8
**monitor** 69:22
**montauk**
112:10
**month** 92:8
99:22 134:22
**monthly** 92:10
92:14
**moran** 1:21
177:7,24
**morning** 4:14
4:15,20 60:12
**moss** 2:15
**mount** 136:11
**move** 36:9,16
**moved** 84:19
**moving** 40:7
**multi** 175:9
**multiple** 32:18
45:8
**municall** 135:2
**municipal**
80:12,13 84:25
134:5,14,18,24
**municipalities**
132:11 135:16
135:23
**municipality**
133:4
**myriad** 13:15
14:4

| | | | |
|---|---|---|---|
| **n** | 91:12 112:16 | 176:5 | 62:20 67:20 |
| **n** 2:2 3:2 174:2 | 126:3 127:16 | **nestle** 7:10 | 72:18 94:21 |
| 176:2 | 128:19 136:19 | **never** 31:25 | 95:17 100:6 |
| **name** 4:8 19:18 | 147:17 158:21 | 58:15 72:6 | 102:3,7,12 |
| 20:17 60:17 | 159:18 171:10 | 75:21 94:23 | 109:21 114:3 |
| 91:8 96:3 | 172:2,16 | 102:17 161:21 | 122:12 131:17 |
| 114:21 115:19 | **needed** 39:8,8 | 162:8,10 | 133:25 134:11 |
| 116:24 150:16 | 41:3 | 163:18 | 139:25 140:24 |
| 178:2,3 | **needs** 118:15 | **new** 1:2,8,21,22 | 141:6,23 |
| **named** 74:8 | 120:5 122:11 | 2:5,11 4:4,12 | 143:16 145:20 |
| **nancy** 83:13 | **negative** 68:15 | 6:12,15 28:5,8 | 146:23 147:25 |
| 86:8 136:8,16 | 125:22 126:23 | 56:12 66:17 | 151:10 152:2 |
| **naturally** | 132:19 | 99:2,3 123:22 | 152:20,25 |
| 136:25 | **negotiating** | 129:25 130:14 | 153:7 156:11 |
| **nature** 49:16 | 52:18 | 130:25 133:13 | 158:23 159:21 |
| 86:18 101:4 | **neighboring** | 134:8 135:16 | 161:5 165:25 |
| 106:19 127:17 | 129:12 136:10 | 177:4,8 178:1 | 172:24 |
| 167:14 | **neighbors** | **night** 132:4 | **nook** 42:18 |
| **near** 84:9 | 132:24 | **nine** 14:12 | **normal** 85:23 |
| **necessarily** | **neither** 25:10 | 155:6,21 | 134:16 |
| 14:25 20:6 | **nelson** 2:4,6 4:7 | 156:23 157:17 | **normally** 79:13 |
| 27:10 88:12 | 4:15 10:20 | **noise** 16:10 | 80:2 85:18 |
| 112:25 135:6 | 23:17 33:19 | 30:10,10 | 92:24,25 |
| 163:14 | 35:14,20 36:10 | 122:17 132:4 | 135:17 |
| **necessary** | 44:24 59:16 | **nonexhaustive** | **north** 16:12 |
| 32:15 65:25 | 63:18 70:19 | 31:9 | 130:20 136:11 |
| 93:4 | 72:19 73:19 | **nonna** 1:19 2:9 | **notary** 1:22 4:4 |
| **necessity** 58:9 | 78:2 86:20 | 2:12 8:6 9:8 | 174:22 177:7 |
| **need** 12:25 29:5 | 97:4 102:6 | 10:18 12:23 | 178:25 |
| 29:7 45:13 | 113:12 137:9 | 13:10 20:18,23 | **note** 71:25 |
| 52:22 57:15 | 142:19 146:25 | 23:15 28:16 | 139:22 |
| 58:21 59:25 | 148:17 150:7 | 34:18 35:12,14 | **notes** 106:2,12 |
| 63:14 64:6 | 152:17,23 | 35:18 36:4,13 | **notice** 1:17 |
| 68:12 73:15 | 153:3,20 | 50:16 52:3 | 137:19 160:18 |
| 86:6 89:7 | 172:21 173:6 | 53:5 57:7 | |

**november**
97:15 114:2,5
114:6 119:12
121:13 137:21
143:8 150:15
**number** 6:12
13:15 64:9
67:14,17 75:25
92:16,17 96:5
98:5 99:16,24
123:4,9,16
129:11,18
149:7 162:25
162:25 175:7
**numbered**
67:18
**numbers** 47:3
54:24 73:11
**ny** 178:2

**o**

**o** 3:2 4:2 174:2
**oath** 3:12
**object** 8:6
35:22 102:3
**objecting** 20:23
**objection** 9:8
10:18 12:23
13:10 28:16
34:18 35:12,15
36:4,6,14
50:16 52:3
53:5 57:7
62:20 94:21
95:17 102:12
122:12 131:17

133:25 134:11
140:24 141:6,7
141:23 145:20
147:25 151:10
152:2 156:11
158:23 159:21
161:5 165:25
**objections** 3:21
36:12 170:15
**obliged** 20:9
**observation**
132:9
**obviously** 7:25
11:10 17:7
46:16 47:23,24
61:19 90:11
113:21 114:7
**occasion** 23:6
**occur** 34:13
92:18 120:5
**occurred** 51:2
91:10 105:2
108:15
**occurring**
38:11
**october** 62:14
97:19 114:9,11
116:5
**office** 7:3 13:12
14:3 15:15
20:10 21:2,14
42:3,22 53:22
61:21 81:14
84:20 90:18
96:14 109:13

110:11 112:18
147:10,14,19
**officer** 6:4
98:13,22
**offices** 1:19
98:17
**official** 11:17
86:9
**officially** 28:5
133:3
**officials** 134:5
134:14,18,24
**oh** 67:19
**okay** 36:21
46:13 61:5
64:7 72:21
74:3 75:7
78:11 82:20
93:14 97:12,13
113:23 118:8
137:18 143:3,6
147:2 157:23
158:19 160:8
160:23 168:5
171:20
**omission**
165:21
**omitted** 165:18
**once** 42:2 49:3
92:7 134:22
**ones** 20:4 145:6
**ongoing** 106:2
151:16
**open** 111:17

**operate** 16:24
18:3 19:7
82:22 104:19
105:13 119:7,8
120:15 121:2
125:3 126:4,15
128:17 138:18
140:16 146:10
146:12 167:10
167:21
**operated** 82:12
94:8,9 104:18
127:10 138:19
**operates** 8:16
33:13 38:17
**operating** 14:9
37:2,3 38:13
38:14 40:19
82:10,11,23
98:13,15
101:13,14
117:15,16
118:11 119:10
120:25 125:17
125:18,21
127:14 128:20
138:23 139:2
140:15 142:2
**operation** 12:6
15:18 17:3,25
18:7,8 22:15
23:2 38:18,19
38:19 42:12
95:3 115:7
130:4 139:6

**operational**
15:9 44:16
105:22,24
106:5 111:7
146:5
**operationally**
102:22 103:3
108:5
**operations**
12:10 14:8,8
14:10,14,15
17:19,20 19:17
24:17,18,21,22
25:12,13 37:25
38:11 39:20
40:5 41:18,25
42:19 43:15
69:16,18 70:12
75:14 79:22
94:12,13 98:8
98:8,20 118:12
132:3 140:23
144:24,24
145:12
**operator**
118:11
**operators**
16:23 18:19
20:14 117:14
117:14 140:13
140:15
**opine** 94:15
**opinion** 76:10
110:3

**opinions** 27:22
102:25 103:3
**opportunity**
19:9 22:7
125:23
**opposed** 25:4
41:6 44:7
**opposite** 61:24
**opposition** 26:9
132:15
**order** 48:3
65:24 74:7
107:10 118:9
120:5 153:12
**ordinance**
15:18
**organization**
22:19 87:6
114:22
**organizations**
19:21 100:2
101:12
**original** 3:9,17
57:13 85:11
**oscillation**
92:22
**ought** 119:19
**outbreak** 17:5
**outcome**
177:17
**outgrowth**
38:22 110:23
**outlined** 121:23
**outside** 15:11
25:11,11 32:23

43:6,23 44:14
46:23 111:22
121:20
**overall** 81:18
130:4
**overlaps** 7:3
**overseas** 24:19
**overview** 98:9
**own** 9:15 49:19
86:5 94:10
134:9 159:5

**p**

**p** 2:2,2 3:2
**p.m.** 78:15
173:7
**package** 49:19
**page** 37:7 45:8
47:4,5,7 49:22
61:7 62:2,3
65:6,7,18,19,20
67:11,11,12,13
67:13,14,15
68:4,6,18,20
97:25 116:11
154:11,13
155:10 164:13
175:6,9 176:4
176:9,14 178:5
**pages** 50:8
67:10,18 68:20
**paragraph**
35:3,8 36:22
62:7 138:16
147:3 164:7

**park** 44:9,11
**parks** 13:18
14:19
**part** 14:20
16:19 21:3,21
38:15 44:17,21
45:20 75:9,13
94:5,8,12
100:22 105:3
114:12 123:20
132:25 133:3,6
140:17 142:13
144:22 145:23
151:23 154:14
155:13 156:20
160:15 167:2
168:17 170:16
**particular** 6:2
13:25 31:3
33:6 50:8,19
67:6,24 70:10
71:17,19 79:18
96:17 117:3
138:17 145:3
148:4 149:24
**particularly**
34:14 75:5
97:25 130:2
138:15 149:25
**parties** 3:7
163:24 177:15
**partners**
150:17 175:22
**parts** 44:16
147:24

**[passed - player]** Page 32

| | | | |
|---|---|---|---|
| **passed** 69:7 | 81:5 85:10 | **periodic** 92:5 | **phonetic** |
| 162:18 163:3 | 90:10,13 96:22 | 93:8 | 109:20 |
| 167:24 169:14 | 104:16 109:21 | **permissible** | **phrase** 18:16 |
| 171:9 | 112:23 117:5 | 36:7 | 119:16 120:4 |
| **passenger** | 122:4 123:4,9 | **permission** | **physical** 32:18 |
| 101:15 155:5,7 | 123:12,16 | 159:19 | 103:12 |
| 155:21 157:17 | 124:18 125:8 | **permit** 12:19 | **physically** |
| 157:22,25 | 127:8 132:16 | **person** 32:23 | 112:6 |
| 158:5,10 | 132:18 133:11 | 69:19 70:9 | **pick** 112:24 |
| 160:21,25 | 133:24 134:8 | 74:25 81:7 | **piece** 54:13 |
| 161:3,10 162:5 | 136:9 159:6 | 84:23 127:10 | 67:25 |
| 162:11 164:10 | 165:22 166:5 | 136:9 | **place** 66:14,21 |
| 164:23 165:5 | 168:13 | **person's** 27:11 | 67:2 101:25 |
| 165:13 166:7 | **people's** 25:18 | **personal** 91:20 | 102:10 108:22 |
| 166:10,14,16 | **perceive** 104:3 | 112:23 | 168:18 174:11 |
| 166:18,22,25 | **perceived** | **personality** | **plains** 1:21 |
| 169:19 172:11 | 105:10 | 90:12 | 2:11 130:22 |
| **passengers** | **perception** | **personally** | 150:16 175:21 |
| 26:21 27:16 | 19:3 29:10 | 39:15 117:2 | **plaintiffs** 1:5 |
| 32:10 162:25 | **perceptions** | 130:18 140:8 | 1:16 2:4 4:18 |
| **past** 29:14 | 104:9 | **peter** 74:9,13 | **plan** 119:8,11 |
| 137:2 | **perfect** 5:18 | 76:7 77:15 | 123:3 129:19 |
| **path** 15:24 | **perfectly** | 83:5,19 89:5 | 129:21 135:9 |
| **paul** 83:10 | 102:17 | 93:20,21 94:25 | 135:13,20 |
| **pavilion** 44:10 | **performs** 96:4 | 97:14 100:14 | **plane** 41:9 |
| **pay** 125:4 | **perimeter** | 107:20 116:20 | 125:11 |
| **pending** 5:17 | 30:18 32:23,24 | 143:11 175:16 | **planes** 26:6 |
| **people** 11:18 | 58:11 | **peter's** 75:23 | **planning** 67:23 |
| 12:10 15:23 | **perimeters** | **philosophical** | 68:8 142:4,5 |
| 25:25 26:7 | 9:12,13,16 | 129:3,7 | **plants** 13:18 |
| 27:9,12,15 | 88:22 | **philosophy** | **play** 16:7 18:11 |
| 29:20 37:25 | **period** 11:22 | 29:4 | 104:15 |
| 39:20 52:16 | 37:18 76:19 | **phone** 112:24 | **played** 95:4 |
| 71:8 77:8 | 81:16 86:13 | 160:3 | **player** 130:19 |
| 79:22 80:17,18 | 93:8 120:13 | | |

**players**  18:5
  88:5 95:2
  109:22 142:4
  144:5
**playland**  13:18
  43:9
**pleasant**
  136:12
**please**  4:8
  20:19 35:17
  44:24 73:19
  88:15 97:11
  113:12 137:9
  137:17 142:19
  143:5 144:2
  148:17 150:7
  153:22 154:22
**plural**  101:12
**pmh**  1:7
**point**  7:15
  11:13 12:18
  14:6,7,23 15:8
  21:9 26:14
  32:21,22 48:14
  53:4 54:4
  55:20 56:15
  76:23 90:3
  104:6 106:16
  113:5 125:20
  127:14 146:15
  149:14 152:9
  159:11 170:2,5
**pointed**  119:17
**policies**  27:24
  30:19,21 41:19

48:4 146:16
**policy**  11:15
  12:16 14:25
  16:20 21:5
  26:17 27:20
  28:6 30:6
  39:23 41:18,23
  69:22 71:17
  87:19,21,22,24
  88:2,3,3,10,11
  88:13,21 90:4
  91:15,21 96:7
  98:24 101:7,17
  101:18,22,24
  102:11 104:11
  104:12 108:18
  109:3 111:7,25
  117:8,11,11,18
  117:20,21,25
  118:2,4 119:21
  119:22 120:7,9
  126:21 144:11
  144:17 146:11
  169:11 171:24
**pollution**
  122:17
**poor**  86:2
**population**
  123:11
**portion**  78:16
  123:10
**position**  5:20
  5:23 6:3,11
  12:5 13:8
  33:16 35:9

36:3 41:9
  52:17 70:6
  81:14,15 84:3
  84:3,12 90:14
  104:23 110:17
  117:7 121:17
  131:15 158:20
**positions**  6:11
  6:21,24 7:15
  75:25 79:11
**positive**  132:20
**possession**
  46:11
**possible**  125:19
  148:12
**post**  32:4
**potential**  56:19
  117:14,24
  124:13 125:2
**potentiality**
  156:2
**potentially**
  29:18 88:7
  105:12
**practicality**
  118:25 128:23
**practice**  50:11
  108:7
**preceded**
  140:22
**precedes**  76:16
**precise**  37:14
**predate**  62:25
**predecessor**
  23:5,19

**predecessor's**
  21:15
**predecessors**
  128:8
**prefer**  58:7
  157:15
**prerogative**
  55:7
**presence**
  122:21 123:18
**present**  2:14
  92:10
**presented**
  38:12 42:16,24
  119:3 163:11
  168:5,7
**president**  93:24
**press**  23:21
  109:11
**presumably**
  49:23
**presume**  32:8
  38:23 49:15
  50:3 54:17
  57:22 59:3
  100:13,25
  116:19 140:5
**presumption**
  22:18 58:5
  83:4 140:10
  146:14
**pretty**  32:3
  132:10
**previously**  9:7
  31:22 69:14

79:11 99:23
134:23
**primarily**  43:5
130:10,17
**principal**  27:21
74:18
**prior**  6:10,23
8:17,20 21:6
21:25 31:24
37:18 40:7,12
41:14 60:11
75:17 79:17
89:5 93:22
99:8 100:9,15
102:10 106:8
133:15,21
135:22 138:4
141:21 156:8
158:21
**private**  22:17
22:19,23,25
32:2,11 73:14
98:11
**privatization**
21:8,18 22:6
23:16,18 25:5
25:10
**privatize**  24:10
**privilege**
100:22 105:23
**privileged**
102:14
**privy**  13:25
56:17 161:15

**probably**  46:22
56:2 58:21
89:16 96:25
149:14 167:13
**problem**  86:6
169:23
**procedure**  1:18
35:4 72:16
118:22
**procedures**
34:17 35:11
75:11 154:8
**process**  15:6
21:22 22:16
24:16 31:6
42:21 54:19
67:24 91:15
107:20 110:16
111:12 129:19
**product**  124:11
**professional**
6:25 31:20
40:16 98:23
**professionally**
124:12
**profit**  43:24
44:12 124:16
125:25 127:16
**profitable**
124:11
**profitably**
19:10 127:17
128:17
**profound**
123:16

**program**  71:17
73:15 96:7
**prohibit**  120:21
**project**  110:4
124:19 130:23
**prominent**
144:5
**promoted**
69:25
**prompted**
39:12
**promulgated**
120:11,11
**promulgating**
87:19
**proper**  54:18
168:10
**properly**
167:13
**proposal**  19:16
21:17,19 24:3
24:23 25:6
30:5 31:3
**proposals**
19:23 20:7
21:11,13 22:5
22:8,11,14
23:8,16,18
30:3
**propose**  50:22
55:2
**proposed**  12:18
49:7 50:13
51:4 54:23
69:4 94:7

144:24
**protect**  34:22
126:24
**protections**
34:25 64:16
67:2,3,5,7
104:24 121:6
128:15 157:11
**protective**
153:12
**provide**  33:11
87:7 111:14,16
124:10 156:16
165:5
**provided**  96:5
166:7,8,17
**provides**  54:10
84:8
**providing**
155:5 164:10
164:23 165:13
**provisions**  66:2
160:19
**proximate**
112:12
**public**  1:3,22
4:4 11:15,16
11:17,18 12:11
14:24 16:20
20:2,6 21:15
26:17 27:3,3,4
27:5 30:6
39:23 41:18,23
52:15 69:22
87:12,23 90:18

94:10 99:3,21
100:4 104:11
104:12 107:15
107:16,16
108:3,18 109:2
109:10,13
110:2,25
122:25 126:21
126:24 129:20
129:20 135:12
148:5,7 174:22
177:7 178:2,25
**publicly**   26:9
52:15 123:24
**pulled**   159:7
**pulling**   159:12
**purport**   104:14
**purpose**   172:10
**pursuant**   1:17
8:19,23 156:3
**push**   124:4
**pushing**   76:9
**put**   30:17 32:7
73:9 111:19,20
113:4 124:20
125:22
**pyramid**   98:14

**q**

**qualify**   68:13
**quality**   30:11
**quarters**   98:21
**question**   5:12
5:16 20:19,21
33:2 36:18,20
45:14 49:3

54:25 56:4
60:6 61:8 62:6
65:18,22 72:18
72:23 78:23
90:24 91:6
95:10,18 102:7
102:13 103:24
104:5 107:19
141:24 153:13
156:12 159:9
159:11 169:15
170:21 176:14
**questioning**
10:22
**questions**   4:19
11:19 28:10
42:20 64:3
102:4 112:20
146:21 168:13
176:13
**quick**   65:22
113:21
**quickly**   170:22
**quite**   44:15
**quotation**
147:5,6 148:14
**quote**   94:4
**quoting**   11:25

**r**

**r**   2:2 3:2 4:2,2
174:2 177:2
**race**   41:21
**radar**   40:11
**radius**   133:10

**rail**   123:23
**raised**   136:2
170:14
**ramp**   164:11
164:24 165:7
165:18
**ranking**   98:21
**rare**   89:25
**rather**   37:4
42:5 73:11
145:17
**rationale**   67:6
**raymond**   2:15
**reach**   118:22
161:3
**react**   160:5
**reactions**   15:22
15:25
**read**   20:21
42:18 45:9
46:13,14,23
50:3,7 59:25
61:6 62:5
65:21 66:15
73:13 75:5,6,7
77:3 82:19
110:14 115:5
118:3 119:3
154:21,24
157:2,3 158:17
159:2 166:11
**reading**   49:5
60:7 115:8
142:15 159:10

**reads**   144:15
**realities**   17:8
**really**   42:11
83:16 95:4
103:13,25
104:2 105:16
142:16,17
160:7 172:16
**reason**   29:22
61:13,15 124:4
172:12 178:5
**reasonable**
27:18
**recall**   19:18
38:3 40:2,10
48:8 49:17
69:24 78:25
79:16 101:9
103:7,10 134:3
134:5 136:4
163:5
**receive**   54:13
100:11 119:14
131:9,13
**received**   40:2
85:19 100:18
**receiving**   95:21
**recently**   74:17
**recognition**
49:4
**recognize**   34:5
45:12,25 46:4
48:24,25 78:18
80:23 102:24
103:8 124:7,25

129:24
**recollection**
51:6,8 79:21
**record** 4:9
21:16 52:15
69:9 98:25
114:5 152:17
152:18 167:19
172:21,22
177:12
**recreation**
14:19
**recycling** 88:15
101:7,21
**redefine** 104:8
**refer** 47:3
**reference** 68:11
95:6 97:21
98:18 101:10
114:10,11,20
115:22 119:11
138:4,11
144:18 146:10
150:19 155:16
171:11
**referenced** 20:3
114:8 122:17
122:18 152:15
160:23
**references**
60:24 116:8
**referred** 20:20
150:21
**referring** 99:19
141:19

**refers** 138:13
**reflect** 101:16
**reflected** 118:3
**reflecting**
35:18
**regard** 7:18,23
9:25 10:24
12:20 13:8
15:13,16 18:23
22:5 28:13
33:6 34:15
42:7 61:12
64:8 66:23
71:19 73:16
84:7 94:3
105:21,24
111:5 114:14
116:15 118:20
122:8 129:14
131:11,16
132:22 135:20
167:15
**regarding**
76:14
**regular** 79:12
92:10
**regulation** 67:8
75:13 94:11
**regulations**
8:14,23 68:25
73:3 120:10,16
120:19 137:5
**reinforce** 104:8
**relate** 12:16
15:22 88:8

154:7
**related** 41:24
98:24 135:3
153:14 177:15
**relates** 142:10
**relating** 60:19
**relation** 34:16
**relationship**
85:21 86:19
89:23 91:19,20
93:6
**relevant** 123:13
130:19 154:6
168:12
**rely** 30:25
122:19
**remaining**
110:8
**remember**
11:19 39:16
56:7 64:23
78:22 104:25
170:17
**remembering**
79:7
**reminding**
144:16
**renovated**
151:24
**rentals** 44:10
**rented** 44:10
**repave** 26:12
**repaving** 26:14
26:14

**repeat** 20:18
164:15
**rephrase** 4:24
36:15,20 46:6
102:6
**report** 14:15
34:8 64:15
68:23 69:22
81:5 87:11
98:17 148:5
157:9 175:8
**reported** 65:16
**reporter** 5:3,12
20:22 33:24
45:5 59:21
63:23 70:24
73:24 78:7
86:24 97:8
113:17 137:14
142:24 148:22
150:12 154:2
**reporting**
92:14 178:1
**reports** 23:7,21
81:4 92:19
99:9 112:8
**represent** 4:17
27:8 63:13
111:19 117:13
123:10 146:18
147:14,23
**representation**
136:12
**representatives**
92:3 131:22,23

163:6
**represented**
43:8,10 63:13
63:15 79:10
92:9
**represents**
83:14 86:10
96:24 101:5,6
120:8 136:10
136:11 147:15
**request** 29:6,9
29:9 33:10
51:18 148:7
160:10
**requested**
43:20 51:16
176:8
**requesting**
28:23
**requests** 31:7
113:5
**require** 10:10
31:4,21 33:17
51:25 88:20
**required** 10:14
68:2 161:9
**requirement**
62:17
**requires** 34:11
107:6
**reread** 142:9
**research** 80:14
84:18
**reservations**
119:13

**reserved** 3:22
**reserving**
153:11,19
172:24
**resident** 74:14
**residents** 125:6
132:2,6,7
**resolved**
107:24
**respect** 111:7
131:15
**respectfully**
25:19 167:16
**respective** 3:6
**respond** 29:3
**responded**
51:23 146:3
**responding**
70:18 75:9
77:2
**responds** 54:21
76:5 97:19
**response** 23:8
51:17 63:8
76:7,11 77:5
77:10,10 80:24
82:5 100:24
101:6,16
103:24 104:22
105:18 120:19
129:2 139:11
139:13 151:12
**responses**
50:24

**responsibilities**
6:2 12:8 69:18
76:20 98:15
109:17 121:3
**responsibility**
26:12 70:11
103:4 110:7
111:4,6 124:17
128:4
**responsible** 6:5
80:13 81:18
110:25
**rest** 44:2 56:3
89:20
**restate** 105:15
**restatement**
139:3 144:11
**restating** 139:5
**restaurant**
126:8,9,20
**restriction**
57:14,17,18
58:11 62:13,15
**restrictions** 8:4
8:9 9:6 17:24
18:3 34:23
46:18 60:20
62:24 66:3,18
66:20 108:22
126:6 127:18
128:24 162:13
162:15,24
**restrictive**
57:21,25 58:5
58:10,14,20,24

59:3 61:10,24
66:3,14 156:15
156:22 157:7
157:10,12,16
157:16,18
159:9,13,14,17
159:20,23,25
162:6 165:23
165:24
**result** 62:14
116:16
**resulted** 144:7
**results** 151:9
**resume** 112:22
**retained**
175:24
**retracted** 21:19
**revenue** 43:16
43:18 44:11
122:5
**revenues** 44:5
**review** 22:7
23:6 25:6
49:11,13,20
64:6 67:23
68:2,23 108:21
109:19 157:22
**reviewed** 22:9
140:13 170:9
**reviews** 68:9
**revolves** 142:2
**rid** 165:16
**right** 4:25
20:11 23:17
35:2,5 47:2,11

52:23 56:24
58:3 62:4,11
65:7,13 67:21
71:13,14 75:2
83:20 90:11
97:22 98:22
105:5,7 110:18
110:22 116:13
126:2,17
137:22 139:14
143:12,13,16
147:21 153:11
156:5 164:12
165:20 168:14
**rights** 153:19
172:25
**rise** 117:8
**rockwell** 63:12
63:16
**role** 70:12
98:10
**room** 109:9
**rooms** 27:13
**rosenberg**
83:11
**ross** 148:25
149:2,8,13,17
149:20,23
175:20
**routes** 130:5
**rudiments** 43:2
**rule** 8:15
**rules** 1:18 8:13
8:17,22 31:20
36:12 38:20

62:24 64:16
110:19 126:9
166:4
**rulings** 176:13
**rumbarger**
93:17
**run** 13:12
88:17 89:15
109:12 137:2
169:13
**running** 21:25
56:12
**runway** 26:6
26:12,15 28:3
**ryan** 55:25
**rye** 2:5 4:12
6:19 16:11
38:8 39:17
74:15,15 79:3
79:10 130:21
136:2

**s**

**s** 2:2 3:2,2
175:2 178:5
**safety** 26:15
**sake** 54:25
56:16 95:10
132:7
**sales** 7:4
**saltzman** 69:20
80:20 98:19,19
**samra** 2:14
**sanitarian**
126:11

**sanzone** 143:19
**sat** 101:11
163:18
**saw** 19:9 56:3
77:21 79:21
85:12 113:20
115:25 152:11
**saxon** 44:9
**saying** 36:8
72:22 75:19
122:6 136:16
147:22 149:2
**says** 29:7 35:19
37:6 47:13
52:21,22 53:3
54:22 61:8
66:8 71:25
72:3 73:12,13
75:18 76:6
97:18 98:7
110:21 116:4
120:9 138:10
157:8,9 161:20
164:8,12,25
165:11 166:10
166:13,16,20
**scenario** 85:21
157:16
**scheinkman**
53:17
**scherrer** 89:5
93:20 94:25
95:19 96:17
97:14 100:9,11
105:18 106:5,6

143:12 175:16
**schlactus** 74:9
74:13 75:9
76:7,14,21
77:11,15 83:5
83:19
**scope** 32:20
128:7
**screen** 40:12
**sealing** 3:7
**search** 71:24
72:9 73:8
**season** 14:2
**seat** 84:4
155:22
**seater** 32:11
**seats** 155:7
157:17
**second** 21:20
35:2 61:7
115:13 116:11
138:16 147:3
167:18
**secondarily**
43:6
**section** 35:4,7
160:20 164:6,8
164:18,20,21
165:4,10,11
**sector** 98:12
**secure** 65:24
**security** 31:12
31:16,22 32:5
32:10,16,22,23
32:24 33:2,6

**[security - showed]**                                          Page 39

33:11,18 73:15
**see**   25:17 29:23
  35:6,7 36:13
  37:7,10 47:2
  47:19,21 52:16
  62:9 72:3,4,17
  72:25 73:12
  74:7 75:16
  76:4,6,17,18
  77:4 78:15
  79:18 80:17,22
  81:8 84:22
  85:8 90:16
  92:18 100:18
  101:5 110:9
  115:9 127:16
  132:19 134:18
  137:24 138:9
  138:15,21
  139:24,25
  142:10,11
  147:6 154:12
  154:24 155:16
  158:4,17 164:4
  164:12,25
  165:7,14,19
  168:25 169:3
  171:11 172:2
**seeing**   49:5
  79:16 115:6
  125:23 161:17
**seek**   57:4
  153:12 159:18
**seeking**   118:12
  120:25 137:6

**seemed**   159:24
**seems**   77:24
  147:4 160:8
  166:3
**seen**   45:15 49:4
  60:10,11 64:4
  64:9 72:7
  75:21 90:19
  94:23 96:2
  114:12 119:4
  133:15 140:18
  144:9 155:3
  161:21 162:6
**sees**   77:4,6
**segmented**
  82:18
**selectmen**
  129:17
**self**   90:8
**senate**   54:8
**senator**   6:13
  21:25
**send**   79:13 85:7
  147:17
**sending**   77:7
  113:2
**senior**   87:23
  88:18 117:4
**sense**   9:17 74:5
  82:15 93:5
  100:19 172:13
**sent**   76:8,13,25
  77:15 78:14
  79:25 80:9
  85:10,14 86:16

122:11 143:18
  145:24
**sentence**   61:6
  61:12 62:6,19
  65:21 66:7,8
  66:16,23
  164:17 165:11
  166:6
**sentences**   157:3
**sentiment**
  94:19
**separate**   92:13
  108:25 109:8
  115:3 151:20
**separated**
  112:7 154:11
  154:12
**seqra**   67:23
  68:8,23
**sequence**
  103:14
**sequentially**
  67:18
**series**   4:19
  64:16
**served**   26:18
  40:20 42:3
  56:8 69:14
  112:4 169:7
**serves**   74:16
  83:21
**service**   3:16
  29:23 101:15
  123:7 124:10
  125:15 158:5

158:10 160:21
  161:2,3,10
  162:5,11
  164:23 165:5
  165:13 166:7
  166:10,14,16
  166:18,22,25
  169:20 172:11
**services**   19:11
  19:12 30:3
  33:11 44:2
  69:14 84:16
  125:4 155:5
  164:10
**session**   102:19
  119:5 173:3
**set**   9:12 57:10
  62:8 177:11,20
**setting**   100:7
**settlement**   8:20
  105:6
**several**   133:14
**sewer**   13:17
**shape**   39:18
  86:3 109:22
**she'll**   91:11
**sheet**   178:1
**shelter**   86:2,5
**sheraton**   7:10
**short**   17:7 68:8
**show**   93:12
  146:17 148:23
**showed**   114:19
  114:24 117:13
  144:13

showing   146:8
shut   126:18,19
  127:5
side   17:19,21
  18:4 38:17
  40:23 58:13
  80:13 82:16,17
  82:23,24 109:3
  125:10 131:25
  139:8
sides   65:13
signature   64:21
  65:6,10,11
  67:10,12,13
  71:4 143:19,23
  144:2,19
  145:10 146:23
  149:7 177:23
signed   3:10,12
  3:15 64:10
  155:12
significant
  29:15 31:21
  32:17 92:20
  96:10,21 100:2
  123:10,18
similar   87:11
  113:19 115:4
  132:22 137:16
  144:21 145:6
  148:24 149:9
  149:11 150:14
simplest   59:14
sit   14:11 30:4
  90:3 110:4

112:17 128:13
sits   43:23 44:14
  86:3
sitting   53:20
  59:9 90:22
  106:10
situation   20:2
  35:25 105:4
  106:25 107:14
  118:19 127:7
  161:11
situations   92:5
  146:5
size   32:20
  128:6
skip   73:14
skirting   121:3
slightly   55:11
  119:13
smaller   123:8
smith   135:11
society   127:15
  127:20
solid   108:24
somebody
  63:13 111:22
  142:2 160:3
somewhat
  115:3
sorry   10:21
  36:17 67:19
  72:22 76:5
  102:5 164:15
sort   11:25
  29:24 57:15

74:5 92:24
  140:21 141:18
sought   26:25
  27:2 28:4
sound   16:15
  43:9
source   38:8
south   16:14
southern   1:2
space   18:25
  19:2
spano   53:13
speak   8:8 61:19
  97:2 109:6
  116:18 167:24
speaking   8:2
  10:12 11:9
  19:19 36:11,14
  36:23 47:5
  74:25 141:17
  152:24 168:2
speaks   35:3,9
  36:23 93:9
spear   69:11,12
  71:2 74:24
  76:5,13 77:15
  96:5 106:8
  115:14 175:12
specific   11:20
  12:25 30:2,24
  40:2 60:24
  88:21 103:7
  106:12 118:16
  136:4 142:3,16
  144:15,18

146:5,9,9
  162:2,13,15
specifically   8:5
  8:8 47:20 79:2
  89:24 97:2
  132:10 135:20
specificity
  109:7
specifics   79:7
  88:4 162:22
specified
  174:11
specify   38:6
  146:7
speculate
  141:10
speculating
  52:6
speculative
  170:16
spelled   88:23
spent   7:2
spoke   111:4
  162:14
spotted   150:4
ss   177:4
staff   77:9 81:3
stages   19:15
  21:4
stamford
  130:12
stamp   47:3
stand   134:6
standard   73:14

**[standards - summarized]** Page 41

**standards**
128:5
**standpoint**
27:3 28:18
31:19 60:19
124:8 167:23
170:7
**stands** 72:11
**start** 42:18,20
74:6 106:21
118:12 122:6
**started** 15:7
52:20 121:11
128:16
**starting** 69:2
**starts** 62:8
125:15
**state** 1:22 4:4,8
6:13,15 21:24
22:4 50:21
54:7,8 56:12
56:15 58:16
79:12 81:21
99:2,4,5 112:5
130:3 131:22
131:22 160:12
160:14 171:5
177:4,8
**stated** 25:3
28:7 61:25
**statement** 36:6
49:20 61:14
90:8 139:3
153:8

**states** 1:2 75:15
**stating** 88:7
**statistics** 92:15
**status** 68:8
**statute** 147:22
**staying** 163:9
**stays** 93:3
**step** 39:9 53:9
54:20 82:8
103:22
**stephanie**
83:12
**steve** 84:17
85:6,13
**steven** 81:10,25
**stipulated** 3:5
3:20 9:2
**stipulation**
60:22 127:22
127:23 128:3
**stop** 121:7
122:3,8
**storm** 16:13
**stouffer** 7:8
**straight** 66:24
**strategic** 93:24
**streams** 43:17
43:19
**street** 4:12
**strengthened**
28:3
**strengthening**
26:16
**stringent** 66:17

**stronger** 26:5
121:17
**structural**
91:21
**structurally**
131:2 135:24
**structure** 33:10
41:14 43:12
92:13 130:25
135:17 147:20
151:24 162:21
**structures** 93:7
131:3 133:2
**studied** 21:15
**study** 68:13
**stuff** 162:13
**style** 90:17
**styles** 90:19
**subject** 47:14
52:18 62:16
111:17 114:16
138:8 149:23
**subjective** 89:2
109:4 131:24
**submission**
9:24 51:24
54:22 57:14
63:8 160:5
**submit** 49:24
50:12 52:10,14
53:16 55:4,7
135:14 168:9
**submits** 53:22
**submitted** 9:24
10:4 20:8

47:23 49:13
50:10 51:12
52:7 56:20,21
57:2 156:7
169:10
**subordinate**
33:16 81:23
84:17
**subscribed**
174:18 178:22
**subsequent**
8:15 50:24
**subsequently**
8:18 9:3 51:14
155:17
**subset** 159:6,7
**subsidiaries**
7:6
**subsidiary** 7:9
7:10 94:10
**substance**
17:14 54:22
99:7
**substantive**
57:3,5,10,12
**suburban**
130:12
**sufficient** 68:13
153:15
**suggestions**
76:10
**suit** 135:22,22
**summarized**
43:18

summarizes 105:18
summer 123:2
supervisor 134:19
support 10:9 10:10,15 124:16 143:20 146:24
sure 5:10,11 6:22 7:2 13:4 38:6 39:14 46:5 54:2 72:8 117:16 122:23 126:19 127:6 146:22 147:2 147:18 149:18 158:18 164:16 170:24
surprise 86:18
surprised 76:4 101:10 116:25 170:13
surprising 76:21 90:15
surround 14:13
surrounding 111:8
surveys 126:13
susan 69:11,12 71:2 74:24 76:13,19 77:15 96:5 106:8 115:14 175:12

suspect 96:14
sworn 3:10 4:3 174:5,18 177:11 178:22
system 38:15 38:16 105:11 109:6 128:19
systems 33:14

**t**

t 3:2,2 4:2 174:2 175:2 177:2,2
table 14:13 15:5,14,15 17:12,16 18:15 18:23 20:14 24:3 25:7 84:5 89:6 106:11 110:4
take 5:3,13,15 10:6 22:20 25:13 34:3 37:16 39:9 46:12 48:19 53:10 54:20 59:23,24 60:5 75:4,5 78:9 97:10 101:24 106:22 107:6 110:17 113:21 121:17 137:17 142:12 143:4 151:4 154:4 164:5

taken 1:16 51:9
takes 32:22 85:5
talk 13:22 92:16 112:23 122:16 135:4,5 135:6,8
talked 63:9 122:15 123:5 129:18,18 162:12
talking 17:13 23:10 59:15 88:14,23 107:20 127:11 144:14 159:5 168:23
tasked 24:17 87:14,18
team 6:7 12:5 12:14 14:6,12 24:17,18,20,24 25:13 38:10 39:2 40:5 80:15 81:9,20 96:6
telephone 91:16 106:10
tell 31:15 46:8 56:6 68:5,19 82:7 85:5 87:4 89:7 90:25 91:11 92:2,13 100:17 108:9 120:20 128:16

143:25 154:5 162:9,15 171:15
telling 83:16 122:3,8 138:17 153:9
ten 106:18
tend 43:3 91:8
tenure 9:22 11:5 17:6 21:24 40:12 42:14 43:12 149:19 152:6 163:18
term 17:7 42:9 110:9 120:4 149:15 160:21 160:22,22 161:2,4
terminal 34:16 35:4,11 37:4 38:14 40:24 72:13,15 73:2 73:3 75:11 101:8 138:20 139:8 154:8 164:11,11,24 164:24 165:6,7 165:17,18 166:8,14,15,17 166:19,21,23
terms 13:22 18:6 33:18 103:11 108:19

| | | | |
|---|---|---|---|
| **testified**  4:5 | **things**  8:17 9:2 | 36:5 59:9 69:8 | 63:5 64:6 |
| 123:9 154:13 | 9:15,18 10:13 | 74:5 85:20,22 | 70:13,13 72:10 |
| **testify**  35:21 | 10:16,24 11:4 | 85:22 89:2 | 76:19 77:23 |
| 174:5 | 11:12 14:16 | 90:23 91:6,19 | 79:10 80:7,8 |
| **testifying**  35:16 | 16:6,19 17:5 | 111:23 117:10 | 81:16 83:11 |
| 35:24 36:2 | 18:12 19:12 | 118:24,25 | 84:13,20 85:16 |
| **testimony** | 24:14 25:25 | 132:21 137:7 | 85:17 86:13,19 |
| 122:25 123:4 | 27:8,9 28:24 | 149:13 157:13 | 93:8 102:8 |
| 135:14 174:6 | 30:18,24 42:19 | 159:25 167:16 | 104:6 105:10 |
| 174:10 177:13 | 43:9,14 46:20 | **thinking**  79:6 | 112:17 113:6 |
| **thank**  93:11 | 48:7,15 49:9 | 110:13 131:5 | 115:6 120:13 |
| 116:4 | 52:10 75:18 | 171:25 172:6 | 121:9 138:24 |
| **thanks**  143:4 | 78:25 79:13 | **thinks**  77:6 | 140:8,14 |
| **theodore**  2:5 | 81:7 82:19 | **third**  47:6 | 142:11,12,14 |
| **theoretical** | 84:10 87:15 | **thought**  39:7 | 143:4 146:15 |
| 58:3,4,15 59:7 | 92:22 95:7 | 40:23 57:11,12 | 149:8,14,17 |
| 59:8 | 96:3 104:16 | 57:19 79:2,14 | 152:9,13 |
| **theoretically** | 106:3 107:13 | 171:23 | 153:11,13 |
| 58:22 | 108:23 111:12 | **three**  81:15 | 154:11 163:6 |
| **theorize**  89:22 | 111:18 113:6 | 110:8 123:12 | 163:20 174:10 |
| 145:22 | 115:4 118:9 | 153:18 | **timeframe** |
| **theorizing** | 119:5,20 | **thumb**  45:10 | 144:20 |
| 167:2 | 120:22 121:2 | **tie**  152:15 | **times**  5:8 98:5 |
| **theory**  171:18 | 122:16 127:11 | **time**  1:12 3:22 | 99:16 129:11 |
| **thing**  11:2 | 128:12 129:7,8 | 4:20,22,23 | 129:18 134:22 |
| 36:11 45:10 | 130:23 135:3 | 5:15 7:11,15 | 135:5 |
| 46:14 50:4,7 | 140:12 144:12 | 7:17 10:17 | **title**  71:7,18 |
| 70:10 88:9 | 162:23 163:20 | 11:9,13,22 | 84:15 |
| 89:8 91:3,10 | 163:21,22 | 14:23 23:10,13 | **titles**  83:6 |
| 92:11 107:10 | 164:3 167:2 | 24:5,7 31:8,8 | **today**  34:2 |
| 127:24 129:4 | 168:22 171:15 | 37:16,19 46:12 | 61:11 170:12 |
| 131:8 136:18 | 172:3 | 48:14 53:19 | 171:16,22 |
| 142:3 157:4 | **think**  17:18 | 54:2,3,4 55:20 | **told**  66:13 |
| 159:25 168:14 | 27:17 28:6 | 56:10 59:24 | **tom**  93:17,19 |
| | 31:18 32:15 | 60:5 61:2,20 | |

**took** 20:10 21:2
  37:16 49:18
  51:20 79:24
  102:10 168:18
**tool** 16:3
**top** 32:8 37:9
  61:7 65:20
  67:14,17,20
  77:9 80:25
  98:13 155:10
  156:3
**topic** 110:11
  153:14
**total** 18:7
**touch** 95:24
**touched** 67:10
  119:2
**town** 85:23
  86:3 130:10,20
  130:21
**towns** 134:19
**traditionally**
  108:15
**traffic** 16:16,17
  16:18 30:12
  33:14 132:4
**transcript** 5:6
  5:13 174:9,9
**translate** 5:5
**transparent**
  113:6
**transportation**
  12:11 14:20,22
  24:19 39:21
  56:9 64:19

87:13 99:3,21
  100:5 123:25
  148:6,8
**travel** 31:23
**traveled** 31:24
**treatment**
  13:17
**trial** 3:22
**triggered** 82:8
  103:10 140:12
**true** 54:3 107:4
  127:2 151:18
  174:9 177:12
**truth** 109:7
  174:5
**truthfully**
  40:20 94:23
**try** 30:17 75:22
  113:9 127:15
  130:22 133:5
  159:5,14
**trying** 59:8,13
  121:23 125:23
**tsa** 31:20 32:7,8
  32:9,14 33:3,9
**tua** 71:25 72:11
  73:3 145:4
**tup** 35:10 72:15
**tup's** 37:3
**tur** 71:25 72:14
  73:2
**turn** 22:15 31:2
  47:5 77:7
**twice** 155:12,17

**two** 14:9 17:6
  32:11 42:13
  64:3,4,18,22
  68:3,10 71:15
  77:14,24 82:19
  83:22 98:20
  102:4 112:5
  115:21,21,24
  117:19 119:2,4
  139:4,9 146:4
  150:15 151:4,7
  152:21 153:7
**type** 29:6 32:2
  51:24 68:2,10
  85:19 145:16
  151:2
**types** 107:13
**typo** 72:15

**u**

**u** 3:2
**uh** 5:4
**uhh's** 5:4
**uhm** 38:23
  80:16 84:21
  87:22
**ultimate** 24:13
  32:25
**ultimately** 24:9
  25:8 107:8
  110:20 112:8
  168:6
**unable** 95:5
**unanimous**
  65:2

**unanimously**
  163:22,23
**unaware** 75:20
**unclear** 4:20
**undefined**
  160:22 161:2
  161:11
**under** 8:16
  20:5 33:9
  36:12 56:22
  62:7,16 63:9
  71:3 94:8
  103:13 104:5
  111:14 147:22
  156:24
**undercuts**
  121:16
**underlying**
  139:15
**underneath**
  14:21
**understand**
  8:10 13:2
  33:15 36:8
  39:5 43:21
  46:3,6 49:6
  59:12 95:8
  106:21 108:11
  110:15 114:23
  121:22 122:2
  124:5,22 128:3
  129:4 159:3
**understanding**
  4:21 8:12,24
  9:4 17:24

22:13,24 23:3
34:17 43:14
46:9 48:2
49:12 60:3,13
60:18 62:18,22
62:23 63:7
64:5 66:22
72:5,6 73:17
75:8 76:12
77:12 78:20
82:18 94:18
108:4 128:14
138:22 140:20
159:17
**understands**
95:22
**understood**  5:7
42:14 50:5
51:22 59:10
71:10 149:16
173:6
**unforeseeable**
17:9
**unfortunately**
25:24
**united**  1:2
**universal**  44:21
166:3
**unknown**
125:12
**unlimited**
29:18
**unpaid**  84:2,6
**unsigned**  3:14

**upcoming**
135:12
**upfront**  122:14
**upper**  65:7
**upstairs**  69:23
71:13 84:20
96:6 172:17
**urban**  1:4
137:24
**urgent**  118:14
**usage**  129:24
132:15
**use**  27:5,16
29:14,17 34:16
35:4,11 46:18
72:13,15 73:2
73:3 75:11
88:15 119:16
120:3,8 125:6
125:9,24 132:6
132:8 133:11
154:8 165:6
**used**  3:14 40:15
148:14 157:6
**users**  164:9,22
165:4,13
**using**  18:15
138:17 164:10
164:23 165:17
166:14

**v**

**v**  178:2
**vacate**  104:8
**vaguely**  39:16

**valid**  36:5
**value**  123:7
125:8,22
**various**  6:6
12:9 13:18
16:22 19:15
58:7 60:19
88:5,6 117:13
135:4
**vendors**  88:6
89:8
**verbal**  5:2
106:10
**veritext**  178:1
**version**  171:7
**vetting**  54:19
**viable**  30:5
**vice**  93:24
**video**  2:14,15
**view**  25:14
28:14
**viewed**  89:12
**views**  25:22
**village**  38:7
39:17 74:14,15
79:3,8 83:5,12
83:13 84:8
85:23
**village's**  83:7
84:5
**villages**  134:19
**violation**  37:2
121:15
**vital**  30:16

**voluntarily**
83:23
**voluntary**
57:18 105:8
**vote**  64:15 65:2
168:15
**voted**  64:18
69:7 156:14
157:18 170:11
**voting**  162:9

**w**

**wainwright**
4:12
**waive**  123:13
**waived**  3:9
**walk**  127:22,25
167:5,7
**want**  5:15 28:9
29:22 30:8,13
35:24 40:3
59:25 63:3
75:22 81:8
91:15 105:23
120:22 124:3
126:16,18,19
131:5,6 153:3
153:5 157:20
166:9 172:15
**wanted**  25:2,5
57:20,24 72:24
89:15 103:18
114:4
**wanting**  52:19
**wants**  135:14

**[warranted - years]**                                             Page 46

| | | | |
|---|---|---|---|
| **warranted** | 162:18 | **witness**  3:10,16 | **writing**  100:9 |
| 139:18 | **west**  40:23 | 3:18 4:3 35:16 | 106:3 111:20 |
| **washington** | **westchester**  1:8 | 35:21 173:8 | 111:21 113:4 |
| 41:4 | 1:19 2:10 5:21 | 177:10,13,19 | 113:10 140:22 |
| **water**  16:13 | 6:5,17 8:21 | **witnesses'** | **written**  97:14 |
| 30:11 | 16:4 19:3,4,5 | 178:3 | 111:13,15,24 |
| **watershed** | 29:15,24 35:5 | **woman**  99:6 | 116:16,20 |
| 16:11 | 41:6 42:9 | **women's**  27:13 | 135:14 138:24 |
| **way**  11:13 16:3 | 46:18 47:10,14 | **wondering** | |
| 37:9 39:18 | 47:24 50:12 | 95:9 | **x** |
| 44:15 59:14 | 60:20 62:12,25 | **woods**  44:9 | **x**  1:3,10 88:7 |
| 70:6 82:11 | 71:5 104:17 | **word**  25:17,24 | 110:3 175:2 |
| 84:25 88:9,19 | 118:5 123:19 | 60:2 | 176:2 |
| 90:2,11 98:23 | 124:24 132:12 | **words**  62:9 | **xo**  1:4 114:15 |
| 98:24 104:18 | 133:5,22 | 73:10 108:7 | 114:22 115:7 |
| 104:19 107:23 | 134:14,18,25 | **work**  9:18 14:5 | 116:5,24 119:9 |
| 109:14,22 | 167:7,23 168:3 | 19:22 81:19 | 125:15 128:16 |
| 110:16 120:15 | 177:5 178:2 | 98:21 100:3 | 139:10 |
| 129:9 130:15 | **westport** | 112:2 170:8 | **xo's**  121:11 |
| 133:4 138:23 | 132:18 | **worked**  7:5,8 | |
| 145:4 146:10 | **whereof**  177:19 | 7:11 41:10 | **y** |
| 146:12 147:11 | **white**  1:20 2:11 | 99:23 | **y**  88:8 |
| 147:11 148:13 | 130:22 150:16 | **working**  86:11 | **ya**  110:9 |
| 172:12 177:17 | 175:21 | 86:12 89:23 | **yada**  91:18,18 |
| **ways**  48:22 | **whitlow**  60:17 | 93:5 120:16 | 123:23,23,23 |
| **we've**  44:9 | **wholly**  94:9 | 135:8 142:16 | **yeah**  95:12 |
| 88:14 161:21 | **wide**  76:24 | **works**  12:11 | 158:11 |
| **wealth**  125:5 | 90:14 112:7 | 87:12,23 96:25 | **year**  21:21 |
| **weekly**  134:23 | **willing**  172:25 | 99:21 100:5 | 22:18 26:13 |
| **weights**  18:6 | 173:4 | 110:16 148:6,7 | 42:13,15,22 |
| **welcome**  137:6 | **wish**  128:7 | **world**  83:17 | 44:19 49:18 |
| **went**  67:17 | **wished**  57:2 | **wound**  51:19 | 51:10 77:18 |
| 77:25 100:17 | **withdraw** | **write**  140:4 | 92:11 |
| 114:7 116:12 | 36:19 | 146:8 | **years**  7:2,13 |
| 133:19 147:16 | | | 11:3,11 17:6 |
| | | | 31:23 56:10 |

**[years - z]**                                               Page 47

81:15 90:19
96:5 99:24,24
110:8 113:8
115:22 163:5
170:10,11
**yep**   48:23
65:15 97:17
**yesterday**   76:8
**yonkers**   132:17
**york**   1:2,8,21
1:22 2:5,11 4:4
4:13 6:13,15
56:12 99:2,4
123:22 129:25
130:25 133:13
134:8 135:16
177:4,8 178:1

| z |
|---|

**z**   88:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.