# DORF NELSON & ZAUDERER LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

December 1, 2023

**VIA CM/ECF**
Honorable Philip Halpern
300 Quarropas Street,
Room 520 White Plains,
New York 10601

**Re:** *Delux Public Charter, LLC, et al. v. County of Westchester, et al. (Index No. 22-cv-01930)*

Dear Judge Halpern:

This firm represents Plaintiffs Delux Public Charter d/b/a JSX Air, JetSuiteX, Inc., XO Global, LLC, and Blade Urban Air Mobility Inc., (collectively "Plaintiffs") in the above-reference matter.

In conformance with Rule 4(L) of Your Honor's Individual Practices in Civil Cases, Plaintiffs request oral argument on the Summary Judgment motion which was filed via CM/ECF as document numbers 111-117 along with its corresponding opposition papers and reply.

Respectfully submitted,

Jonathan B. Nelson
JBN/vkw


cc: John Nonna, Esq.