UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; XO GLOBAL, LLC; and BLADE URBAN AIR MOBILITY, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　- vs -<br><br>COUNTY OF WESTCHESTER, NEW YORK, a charter company; APRIL GASPARRI, in her official capacity as AIRPORT MANAGER; and AVPORTS, LLC,<br><br>　　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 7:22-cv-01930-PMH |

**PLEASE TAKE NOTICE** that **JOHN M. NONNA**, Westchester County Attorney, by Robert P. Taglia, Assistant County Attorney, of counsel, hereby appears as counsel to defendant COUNTY OF WESTCHESTER, NEW YORK (hereinafter, "County Defendant") in the above-captioned action. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses.

DATED:　White Plains, New York
　　　　　January 22, 2023

　　　　　　　　　　　　　　　　　　　　**JOHN M. NONNA**
　　　　　　　　　　　　　　　　　　　　Westchester County Attorney
　　　　　　　　　　　　　　　　　　　　*Attorney for County Defendant*

　　　　　　　　　　　　　　　　　　　　By: *Robert Taglia*
　　　　　　　　　　　　　　　　　　　　　　Robert P. Taglia
　　　　　　　　　　　　　　　　　　　　　　Assistant County Attorney, of Counsel
　　　　　　　　　　　　　　　　　　　　　　Michaelian Office Building
　　　　　　　　　　　　　　　　　　　　　　148 Martine Avenue, Room 600
　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　　T: (914) 995-5103
　　　　　　　　　　　　　　　　　　　　　　F: (914) 995-3132
　　　　　　　　　　　　　　　　　　　　　　rbta@westchestercountyny.gov

To:　　All Parties via ECF