**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DELUX PUBLIC CHARTER, LLC d/b/a JSX
AIR, et al.,

               Plaintiffs,

      -against-                                       22 **CIVIL** 1930 (PMH)

                                                **JUDGMENT**

COUNTY OF WESTCHESTER, NEW YORK,
a charter county,

               Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 1, 2024, Defendant's motion for summary judgment is GRANTED IN PART (Doc. 111). The motion is granted to the extent that the claims for relief alleged in the Complaint and Plaintiffs' fourth affirmative defense alleged in the Answer to the Counterclaims are dismissed. Defendant's motion is denied to the extent it sought summary judgment granting relief on its First Counterclaim. The Court has granted summary judgment to Plaintiffs dismissing Defendant's First Counterclaim. The Court has declined to exercise supplemental jurisdiction over Defendant's Second Counterclaim and it is dismissed without prejudice. Plaintiffs' request for oral argument (Doc. 118) is denied as unnecessary; accordingly, the case is closed.

**Dated:**  New York, New York

      July 2, 2024

                                     **DANIEL ORTIZ**

                              _____
                                 **Acting Clerk of Court**

            **BY:**          K. Mango

                                  _____
                                     **Deputy Clerk**