UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; XO GLOBAL, LLC; and BLADE URBAN AIR MOBILITY, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF WESTCHESTER,<br><br>*Defendant*. | Civil Action No. 22-cv-01930 (PMH) |

## NOTICE OF APPEAL

Please take notice that, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), Plaintiffs Delux Public Charter, LLC d/b/a JSX Air; JetSuiteX, Inc.; XO Global, LLC; and Blade Urban Air Mobility, Inc. appeal to the United States Court of Appeals for the Second Circuit from each and every part of this Court's final judgment, entered on July 2, 2024 (ECF 121), and each and every part of this Court's opinion and order, entered on July 1, 2024 (ECF 120).

Dated: July 12, 2024

Respectfully submitted.

*/s/ Jonathan B. Nelson*
Jonathan B. Nelson, Esq.
Paul J. Noto, Esq.
Christina L. Grimes, Esq.
Dorf Nelson & Zauderer LLP
555 Theodore Fremd Ave.
Rye, New York 10580
(914) 381-7600
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing to all counsel of record by filing same with the Court via CM/ECF on July 12, 2024, which will provide notice to all counsel.

*/s/ Jonathan B. Nelson*
Jonathan B. Nelson