UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELUX PUBLIC CHARTER, LLC d/b/a JSX AIR and JETSUITEX, INC.; XO GLOBAL, LLC; and BLADE URBAN AIR MOBILITY, INC.,

        Plaintiffs,

– against –

COUNTY OF WESTCHESTER,

        Defendant.

Case No. 22 Civ. 01930 (PMH)

    JOHN M. NONNA, an Attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. Section 1746:

1. I am the Westchester County Attorney, Attorney for Defendant in the instant action. I submit this Declaration in Opposition to Plaintiffs' Motion for a Stay or Injunction Pending Appeal

2. Annexed hereto as Ex. 1 is a true and correct copy of email correspondence between my office and counsel for Plaintiffs, between March 11, 2022 and March 15, 2022, relating to the stay of enforcement that was ultimately agreed to and ordered in this case.

3. Annexed hereto as Ex. 2 is a true and correct copy of an email with an attached letter from Blade Urban Air Mobility, Inc., received on July 22, 2024, relating to Blade's activities at the Westchester County Airport.

    I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: White Plains, New York
       July 23, 2024

                              /s/ *John M. Nonna*
                              Westchester County Attorney
                              Michaelian Office Building
                              148 Martine Avenue, 6th Floor
                              White Plains, New York 10601
                              Tel: (914) 995-2690
                              jmn5@westchestercountyny.gov

Case 7:22-cv-01930-PMH    Document 130    Filed 07/23/24    Page 2 of 2