# EXHIBIT 2





**From:** Sam Stone <s.stone@blade.com>
**Sent:** Monday, July 22, 2024 3:24 PM
**To:** Gasparri, April <axgc@westchestercountyny.gov>
**Cc:** Alanna Wolff <a.wolff@blade.com>; Paul Noto <pnoto@dorflaw.com>; McDonald, Joan <JMcDonald@westchestercountyny.gov>; Greechan, Hugh <hjg7@westchestercountyny.gov>; Nonna, John <JNonna@westchestercountyny.gov>; Tejada, Francisco <fjtc@westchestercountyny.gov>; Hegt, Brian <bdhu@westchestercountyny.gov>; Melissa Tomkiel <melissa@blade.com>
**Subject:** Response to HPN Letter

> Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact the Help Desk.

Ms. Gasparri,

On behalf of Melissa Tomkiel, please see Blade's response to your letter dated July 15, 2024 attached. Please feel free to contact us with any questions or concerns.

Best,
Sam



**Sam Stone** | Associate General Counsel
O | 347.708.3595  M | 703.340.7786  W | blade.com

Download the app:  iOS  |  Android

Facebook  | Twitter  | Instagram  | LinkedIn

July 22, 2024

<u>*VIA E-MAIL*</u>
April L. Gasparri
Director of Aviation
Westchester County Airport
axgc@westchestercountyny.gov

RE: Compliance with Westchester County's Terminal Use Procedures

Dear Ms. Gasparri

This letter is in response to your July 15, 2024 letter sent on behalf of Westchester County Airport ("HPN") to Blade Urban Air Mobility, Inc. ("Blade").

As you may be aware, Blade has not sold any scheduled, by-the-seat flights utilizing aircraft of more than 9 seats from HPN's FBOs since April 30, 2023. As such, please accept this letter as your requested written notice of Blade's intent to continue to comply with the TUPs by continuing to not sell any such flights.

Nothing in this letter shall be construed as a discussion of the merits of your letter, the validity of the TUPs, an admission of guilt or liability or a waiver or relinquishment of any rights or remedies of Blade, all of which are expressly reserved.

Should HPN have any further questions regarding Blade's compliance with the TUPs, please feel free to contact me directly.

Sincerely,

Melissa Tomkiel
President and General Counsel
Blade Urban Air, Mobility, Inc.

CC:   Sam Stone, s.stone@blade.com
Alanna Wolff, a.wolff@blade.com
Paul Noto, pnoto@dorflaw.com
Joan McDonald, JMcDonald@westchestercountyny.gov
Hugh Greechan, hjg7@westchestercountyny.gov
John Nonna, JNonna@westchestercountyny.gov
Francisco Tejada, fjtc@westchestercountyny.gov
Brian Hegt, bdhu@westchestercountyny.gov