UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELUX PUBLIC CHARTER, LLC, et al.,

                Plaintiffs,

-against-

COUNTY OF WESTCHESTER, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

22-CV-01930 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs, on March 28, 2025, moved to vacate the judgment of this Court entered on July 2, 2024 (Doc. 121). (Doc. 134). On August 26, 2025, the Second Circuit issued a Summary Order which ordered, adjudged, and decreed that the Judgment is affirmed in part and reversed in part, and the case remanded. (Doc. 140). In light of that Summary Order, by September 3, 2025, the parties are directed to each file a letter advising as to their position on the impact of the Circuit's decision on the pending motion to vacate the Judgment.

Dated: White Plains, New York
        August 27, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge