# LEHOTSKY KELLER COHN LLP

200 Massachusetts Ave. NW
Washington, DC 20001

Jonathan Berry
jon@lkcfirm.com

September 25, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 146.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 26, 2025

RE: *Delux Public Charter, LLC v. County of Westchester*, No. 22-cv-1930
**Joint Motion for Extension of Time**

Dear Judge Halpern,

Plaintiffs write on behalf of all parties to request an eight-day extension of the Court's deadline to "meet and confer and file a proposed judgment for the Court's consideration." ECF 145 at 1. Pursuant to the Court's order, the proposed judgment is due today. If the requested extension is granted, the proposed judgment will be due on or before October 3, 2025. This is the first request for an extension of this deadline.

The purpose of the requested extension is to provide adequate time for the parties to continue to meet and confer regarding the proposed judgment. Counsel for the parties met and conferred via telephone on September 9, 2025 and September 22, 2025. They have continued to engage in productive discussions via email since then, and an eight-day extension would allow the parties to continue these productive discussions.

        Respectfully submitted,

        */s/ Jonathan F. Cohn*

        Jonathan F. Cohn
        Counsel for Plaintiffs

cc: All Counsel of Record