UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELUX PUBLIC CHARTER, LLC
d/b/a JSX AIR and JETSUITEX, INC.;

XO GLOBAL, LLC; and

BLADE URBAN AIR MOBILITY, INC.,

              Plaintiffs,

-against-

COUNTY OF WESTCHESTER, NEW YORK,
a charter county,

              Defendant.

**JUDGMENT**

22-CV-01930 (PMH)

---

    It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Order of the United States Court of Appeals for the Second Circuit dated August 26, 2025, the prior Judgment entered in this matter on July 2, 2024 (Doc. 121), is hereby vacated only insofar as it granted summary judgment to Defendant dismissing Plaintiffs' First Cause of Action; and

    It is further **ORDERED, ADJUDGED AND DECREED**: That, for the reasons stated in the Order of the United States Court of Appeals for the Second Circuit dated August 26, 2025 and consistent therewith, the 2005 Amendment to Westchester County Municipal Code § 712.462 is preempted by the Airport Noise and Capacity Act, 49 U.S.C. § 47524(c)(1).

Dated: White Plains, New York
       October 9, 2025

_____
Philip M. Halpern
United States District Judge